1  Yaw-Jiun (Gene) Wu (# 228240)
   gwu@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
3  301 N. Lake Ave, Suite 1100
   Pasadena, CA 91101-4158
4  Tel: (626) 535-1900 | Fax: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.,
6  successor by merger with Wells Fargo
   Bank Southwest, N.A., f/k/a
7  Wachovia Mortgage, FSB, f/k/a
   World Savings Bank, FSB, and
8  successor by merger with Wells Fargo
   Home Mortgage, Inc. ("Wells Fargo")

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  DINO ADAM, an individual; TRINA        CASE NO.: 8:16-cv-01630-JLS (JCGx)
    ADAM, an individual; LUKE ADAM,
14  an individual; and CHANDRA ADAM,       **DECLARATION OF YAW-JIUN
    an individual,                         (GENE) WU IN SUPPORT OF
15                                         DEFENDANT WELLS FARGO
              Plaintiffs,                  BANK, N.A.'S MOTION FOR AN
16                                         AWARD OF ATTORNEYS FEES**
         v.
17                                         Date:   June 22, 2018
    WELLS FARGO BANK, N.A. dba            Time:   2:30 p.m.
18  WELLS FARGO HOME MORTGAGE,            Ctrm:   10A
    INC., a National Banking Association;
19  NBS DEFAULT SERVICES, LLC, a          [Assigned to the Hon. Josephine L.
    Texas Limited Liability Company;       Staton]
20  DOES 1 through 15, inclusive,

21           Defendants.

22

23

24

25

26

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

# DECLARATION OF YAW-JIUN (GENE) WU

I, YAW-JIUN (GENE) WU, declare as follows:

1.     I am an attorney at law licensed to practice before this Court and am a partner in the law firm of Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, counsel of record for Attorneys for Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and successor by merger with Wells Fargo Home Mortgage, Inc. ("Wells Fargo").  I make this declaration in support of the bank's motion for an award of attorneys' fees.  I have personal knowledge of the matters stated below.

2.     I had primary responsibility for defending this case and was assisted by paralegal Emily Martinez.  During the pendency of this action I was also assisted on ancillary tasks by the following individuals:  Mark T. Flewelling (attorney); Jeremy Shulman (attorney); Leigh O. Curran (attorney); Viddell Lee Heard (attorney); Fred Hickman (attorney); David M. Newman (attorney); Sandra Dries (paralegal); Gabriel Hernandez (paralegal); Malinda S. Sinclair (paralegal); and Isaac Figueroa (docket clerk).

a)     Yaw-Jiun (Gene) Wu ($330/hr. in 2017; $289/hr. in 2018),2003 JD graduate of the University of California at Berkeley (Boalt Hall) School of Law.  I have worked continuously in commercial and real estate litigation since graduation.  Prior to joining AFRCT, I was an associate at Sheppard Mullin Richter and Hampton, LLP, and Milbank, Tweed, Hadley and McCloy, LLP.  I billed a total of 122.4 hours on this case.

b)     Emily Martinez ($155/hr. in 2017; $163/hr. in 2018); paralegal, with 31 years of experience.  Ms. Martinez billed a total of 28.3 hours on this case.

c)     Mark T. Flewelling ("MTF") ($365/hr.); J.D., University of Southern California, 1980.  Mr. Flewelling has over 35 years of experience litigating business and banking cases before state and federal courts.  During the

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

past eight years, he has handled or supervised more than 4,000 cases filed in state and federal courts against World Savings Bank, FSB, and its successors-in-interest, Wachovia Mortgage, FSB and Wells Fargo Bank, N.A. (Walker, Wright, Tyler and Ward, 1980-2002; AFRCT, 2002-present.)  Mr. Flewelling billed a total of 0.3 hours on this case.

d)      Jeremy E. Shulman ($330/hr.); J.D. Boston University School of Law, 2001; member of the bars of Massachusetts, New York and California; 16 years of experience in litigating business and commercial disputes including real estate and banking matters.  Mr. Shulman billed a total of 0.4 hours on this case.

e)      Leigh O. Curran ($330/hour); J.D., Loyola Law School, Los Angeles, 1994. Ms. Curran have more than 22 years' experience litigating business and commercial disputes.  Ms. Curran  has represented financial institutions for more than 11 years.  The cases Ms. Curran has handled for financial institutions included lien priority issues.  Before joining AFRCT in 2011, Mr. Curran  was a litigator with Bingham McCutchen, LLP for more than 6 years.  Ms. Curran billed a total of 0.2 hours on this case.

f)      Frederick J. Hickman ($330/hr. in 2017; $280/hr. in 2018), senior counsel; J.D. University of California, Hastings College of the Law, 1986; 23 years of experience litigating business, real estate and bankruptcy claims before state and federal courts. Positions with the Federal Deposit Insurance Corp., 1991-1996 and AFRCT, 2002 -present. Mr. Hickman has years of experience representing financial institutions in matters involving a secured lenders' lien priority.  Mr. Hickman billed a total of 1.0 hours on this case.

g)      Viddell Lee Heard ($273/hour); J.D., UCLA Law School, 1994; 21 years of experience litigating business and commercial disputes, including real property and banking litigation.  Mr. Heard billed a total of 0.2 hours on this case.

h)      David M. Newman ($265/hr.) J.D. University of Southern California, 2006.  Mr. Newman  has over 12 years' of civil litigation experience.

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  Mr. Newman's practice covers a broad range of state and federal litigation with an

2  emphasis on complex commercial litigation and lender liability matters.  Mr.

3  Newman billed a total of 3.5 hours on this case.

4        i)      Sandra Dries ($135/hr.); paralegal, with 30 years of experience.

5  Ms. Dries billed a total of 4.4 hours on this case.

6        j)      Gabriel Hernandez ($155/hr.); paralegal, with 20 years of

7  experience.  Mr. Hernandez billed a total of 0.2 hours on this case.

8        k)      Malinda Sinclair ($140/hr.); paralegal, with 11 years of

9  experience.  Ms. Sinclair billed a total of 0.2 hours on this case.

10       l)      Isaac Figueroa ($115/hr.); docket clerk, with 10 years of

11  experience.  Mr. Figueroa billed a total of 0.3 hours on this case.

12       3.      Attached hereto as <u>Exhibit A</u> is a spreadsheet of the itemized tasks

13  performed pursuant to the Court's standing order regarding motions for

14  attorney's fees.

15       4.      Attached collectively as <u>Exhibit B</u> are copies of the billing

16  statements that AFRCT prepared from the inception of this case in August 2016

17  through February 2018.  Our business practice leading to the creation of these

18  statements consists of: (i) each timekeeper enters their time; (ii) the time is

19  aggregated for each case; (iii) billing statements are prepared; *and* (iv) a partner

20  at AFRCT reviews the invoices before they are sent to Wells Fargo.  The

21  statements itemize the dates the legal services were provided, the time spent on

22  each task, the timekeeper's initials, and the subtotal for each entry.  Time is billed

23  in increments of one-tenth of an hour.

24       5.      The firm's federal tax identification number and any entries that

25  would disclose  privileged information or communications have been redacted

26  from the billing statements.  Otherwise, the statements were: (i) made at or near

27  the time of the occurrence of the matters set forth by, or from, information

28  transmitted by a person with knowledge of those matters; (ii) kept in the regular

1  course of business; and (iii) made as part of a regular business practice.

2      6.     For certain cases in which AFRCT defends Wells Fargo, a flat rate

3  fee of $7,800.00 is paid by Wells Fargo.  The instant action fell under this flat

4  rate arrangement.  On February 13, 2018, this action was converted to an hourly

5  arrangement because the amount of work exceeded a set threshold.  However, the

6  total work that AFRCT performed from the inception of this case through entry

7  of final judgment totaled $45,251.20. (Exhibits A [Spreadsheet] and B

8  [Invoices].)

9      7.     The work performed during the pendency of this action, as reflected

10  in detail in the attached spreadsheet and monthly invoices, is summarized in

11  Exhs. A and B attached hereto.

12      8.     The bulk of the above fees are based on tasks performed by me and

13  paralegal Emily Martinez.  As reflected in the billing invoices, a team of additional

14  attorneys and paralegals performed ancillary tasks such analysis regarding defense

15  strategy and legal research. (Exs. A and B.)  The below chart lists the total time

16  spent by each individual that worked on this case.

| TIMEKEEPER | JOB TITLE | TOTAL HOURS WORKED ON CASE |
|---|---|---|
| Yaw-Jiun (Gene) Wu | Attorney | 121.0 |
| Emily Martinez | Paralegal | 28.3 |
| Mark T. Flewelling | Attorney | 0.3 |
| Jeremy E. Shulman | Attorney | 0.4 |
| Leigh O. Curran | Attorney | 0.2 |
| Fred Hickman | Attorney | 1.0 |
| Viddell Lee Heard | Attorney | 0.2 |
| David M. Newman | Attorney | 3.5 |
| Sandra A. Dries | Paralegal | 4.4 |
| Gabriel Hernandez | Paralegal | 0.2 |
| Malinda S. Sinclair | Paralegal | 0.2 |
| Isaac G. Figueroa | Docket Clerk | 0.3 |
| TOTAL HOURS ON CASE | | 160.0 |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

9.      I spent no less than 5.2 hours revising the bank's fee motion, the accompanying declaration, the request for judicial notice, and the proposed order. Emily Martinez spent no less than 8.7 hours preparing the initial draft of the fee motion and this declaration, as well as preparing Exhibits A and B.

10.     My billing rate for Wells Fargo matters varies depending on the classification of the case.  As noted in paragraph 2 above, my current billing rate for this action is $289 per hour.  Therefore, an additional $2,920.90 was spent preparing this fee motion.

11.     Attached as Exhibits C and D, are true and correct copies of the subject Promissory Note and Deed of Trust, respectively, as provided by Wells Fargo.  Further, the recording stamp on the Deed of Trust shows that it was imaged from public records of the Orange County Recorder's Office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on April 19, 2018 at Pasadena, California.


_/s/  Yaw-Jiun Wu_
YAW-JIUN (GENE) WU

CASE NO.: 8:16-CV-01630-JLS (JCGX)
WU DECL. ISO WELLS FARGO'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES

EXHIBIT A

| DINO ADAM, et al. v WELLS FARGO BANK, N.A. et al. |
|---|

| Date | Timekeeper | Task Description | Hourly Rate | Hours Worked | Fee (Hourly Rate x Hours Worked) |
|---|---|---|---|---|---|
| 8/15/2016 | MTF | Review new complaint and exhibits. | $365.00 | 0.300 | $109.50 |
| 8/15/2016 | SAD | Email communications with client (.2). | $135.00 | 0.200 | $27.00 |
| 8/15/2016 | SAD | Preliminary review of documents received from client in new case and to ascertain service information (.3). | $135.00 | 0.300 | $40.50 |
| 8/16/2016 | SAD | [Intake Memo] -  Preliminary review of Complaint and other documents for initial case information (.3). | $135.00 | 0.300 | $40.50 |
| 8/16/2016 | SAD | [Intake Memo] - Perform due diligence bankruptcy search for debtor, property profile, third party owners, judicial profile, transaction history, recorded title documents, trustee's sale information, Orange County recorder's database and review court docket and USDC Settlement Agreement (.3 | $135.00 | 2.100 | $283.50 |
| 8/16/2016 | SAD | [Intake Memo] - Summarize findings in an initial intake memorandum (.5). | $135.00 | 0.500 | $67.50 |
| 8/16/2016 | DMN | Review intake summary, due diligence materials, complaint, and client files in preparation for executive summary | $265.00 | 1.500 | $397.50 |
| 8/17/2016 | SAD | [Executive Summary] - Prepare first draft of 7 Day Executive Summary and Litigation Checklist (.6). | $135.00 | 0.600 | $81.00 |
| 8/18/2016 | SAD | Review file regarding initial executive summary and litigation checklist (.1). | $135.00 | 0.100 | $13.50 |
| 8/18/2016 | SAD | Update to case information regarding summary and checklist in preparation to send to client (.1). | $135.00 | 0.100 | $13.50 |
| 8/18/2016 | DMN | Draft seven day executive summary and litigation checklist | $265.00 | 0.600 | $159.00 |
| 8/18/2016 | DMN | Draft demurrer in support of complaint re: notice and statement of demurrers (.3); homeowners bill of rights (.5); fraud and misrepresentation (.6) | $265.00 | 1.400 | $371.00 |

| 8/23/2016 | GWU | Reviewed complaint. | $330.00 | 0.300 | $99.00 |
|---|---|---|---|---|---|
| 8/23/2016 | EVM | Review complaint in preparation for drafting Notice of Removal. | $155.00 | 0.300 | $46.50 |
| 8/23/2016 | EVM | Initial draft of NBS Default Services LLC's Consent to Removal. | $155.00 | 0.300 | $46.50 |
| 8/24/2016 | EVM | Initial draft of Notice of Removal Sections: introduction (.2); state court action (.2); Diversity (.2); Plaintiff's citizenship (.4); Wells Fargo's citizenship (.2); Wells Fargo's Home Mortgage's citizenship (.2).; NBS Default Services, LLC's citizenship | $155.00 | 3.500 | $542.50 |
| 8/25/2016 | GWU | Closely reviewed lengthy complaint to establish damages for overstated debt in Notice of Trustee's Sale and ties to numerous causes of action (1.3).  Reviewed draft notice of removal and highlighted areas to revise (.8). Telephone call with client regardi | $330.00 | 2.300 | $759.00 |
| 8/26/2016 | GWU | Legal research on amount in controversy allegations in notice of removal and reviewed Dart Cherokee case. | $330.00 | 0.700 | $231.00 |
| 8/26/2016 | GWU | Revised notice of removal to bolster amount in controversy allegations and other changes. | $330.00 | 1.600 | $528.00 |
| 8/26/2016 | GWU | Analyzed file in Dino Adams # 1 for evidence to negate allegations in current complaint. | $330.00 | 0.500 | $165.00 |
| 8/29/2016 | EVM | Initial draft of shell Notice of Motion and Motion to Dismiss Complaint. | $155.00 | 0.400 | $62.00 |
| 8/30/2016 | GIF | Update case information in preparation to send to client. | $115.00 | 0.100 | $11.50 |
| 8/31/2016 | EVM | Revise exhibits to Notice of Removal. | $155.00 | 0.500 | $77.50 |
| 9/2/2016 | GWU | Final review and edits to notice of removal (.4) and checked civil cover sheet and other papers (.2). | $330.00 | 0.600 | $198.00 |
| 9/6/2016 | GWU | Exchanged emails with opposing counsel for meet and confer on Motion to Dismiss and warning against seeking default. | $330.00 | 0.300 | $99.00 |
| 9/6/2016 | GWU | Drafted notice of motion and memorandum in support of motion to dismiss based on HOLA preemption, substantive compliance, lack of reasonable reliance and no duty of care. | $330.00 | 6.300 | $2,079.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/6/2016 | GWU | Privileged communication | $330.00 | 0.100 | $33.00 |
| 9/6/2016 | EVM | Review on-line property title documents (.1); procure additional foreclosure documents for attorney review in preparation for motion drafting (.3). | $155.00 | 0.400 | $62.00 |
| 9/7/2016 | GWU | Provided notice of removal and supplement to opposing counsel, exchanged emails on meet and confer on motion to remand. | $330.00 | 0.300 | $99.00 |
| 9/7/2016 | GWU | Reviewed and finalized notice of supplement to notice of removal re complete complaint. | $330.00 | 0.200 | $66.00 |
| 9/7/2016 | EVM | Revise initial draft of Motion to Dismiss Complaint with judicial, court and date information (.5); initial draft of Request for Judicial Notice in Support of Motion to Dismiss Complaint (.7); prepare and revise Request for Judicial Notice in Support of Motion to Dismiss Complaint (.6); initial draft of Proposed Order Granting Motion to Dismiss Complaint (.3) | $155.00 | 2.100 | $325.50 |
| 9/8/2016 | GWU | Reviewed and revised draft Motion to Dismiss. | $330.00 | 0.800 | $264.00 |
| 9/8/2016 | GWU | Met and conferred by telephone with opposing counsel on motion to dismiss and motion to remand and timing of same (.3), memorialized conversation in email (.1). | $330.00 | 0.400 | $132.00 |
| 9/8/2016 | EVM | Initial draft of Joint Stipulation to Extend Time to Respond to Complaint. | $155.00 | 0.500 | $77.50 |
| 9/9/2016 | GWU | Revised stipulation re extension of motion to dismiss and motion to remand; sent to opposing counsel. | $330.00 | 0.300 | $99.00 |
| 9/9/2016 | GXH | Process ICMP loan files received by client. | $155.00 | 0.200 | $31.00 |
| 9/16/2016 | GWU | Final review and edit to Motion to Dismiss (1.0), reviewed and edited tables (.3), reviewed draft Request for Judicial Notice and Proposed Order (.2). | $330.00 | 1.500 | $495.00 |
| 9/16/2016 | GWU | Exchanged emails with plaintiff's counsel regarding basis to continuing 9/26 sale. | $330.00 | 0.300 | $99.00 |

| 9/20/2016 | GWU | Analyzed lengthy loan file to determine if borrowers were actually reviewed and assessed whether to recommend to continue sale, as requested by plaintiffs' counsel. | $330.00 | 1.500 | $495.00 |
|---|---|---|---|---|---|
| 9/20/2016 | GWU | Privileged Communication (.2), Privileged Communication (.1). | $330.00 | 0.300 | $99.00 |
| 9/20/2016 | GWU | Exchanged emails with opposing counsel regarding unlikely to continue sale given April 2016 denial and new postponed sales date. | $330.00 | 0.300 | $99.00 |
| 10/4/2016 | SAD | Privileged Communication (.1). | $135.00 | 0.100 | $13.50 |
| 10/4/2016 | SAD | Preliminary review of retention letter received from client (.1). | $135.00 | 0.100 | $13.50 |
| 10/10/2016 | GWU | Reviewed motion to remand and formulated initial opposition arguments (.5). Reviewed First Amended Complaint, noted changed allegations (.7) and analyzed response deadline (.2). | $330.00 | 1.400 | $462.00 |
| 10/10/2016 | MSS | Further update case information in preparation to send to client. | $140.00 | 0.100 | $14.00 |
| 10/11/2016 | FJH | Analyze information from prior title litigation and judgment against bank for relevance to present action. | $330.00 | 0.500 | $165.00 |
| 10/11/2016 | GWU | Reviewed extensive filings in prior bankruptcy adversary proceedings, complaint, declarations and bankruptcy schedules and amended schedules (2.3). Selected documents to use for opposing motion to remand on value of property. (.3).  Reviewed emails exchanges between Fred J. Hickman, client and Fidelity regarding adversary judgment (.5). | $330.00 | 3.100 | $1,023.00 |
| 10/11/2016 | GWU | Office conference with and exchanged emails with Fred J. Hickman regarding bankruptcy case and adversary. | $330.00 | 0.300 | $99.00 |
| 10/11/2016 | EVM | Initial draft of Notice of Withdrawal of Motion to Dismiss Complaint. | $155.00 | 0.400 | $62.00 |

| 10/11/2016 | EVM | Review bankruptcy docket for pleadings needed (.3); procure various bankruptcy pleadings for attorney review and use in motion preparation (.4); Review  adversary proceedings docket for pleadings needed (.3); procure various bankruptcy pleadings for attorney review and use in motion preparation (.4) | $155.00 | 1.400 | $217.00 |
|---|---|---|---|---|---|
| 10/17/2016 | GWU | Reviewed detailed scheduling conference order. | $330.00 | 0.200 | $66.00 |
| 10/17/2016 | GWU | Emailed plaintiff's counsel (.1) and telephone call with same to meet and confer on Motion to Dismiss First Amended Complaint, motion to remand and initial meet and confer on Joint Rule 26(f) report (.3). | $330.00 | 0.400 | $132.00 |
| 10/17/2016 | EVM | Review case file and docket in preparation for drafting Joint Rule 26(f) Report. | $155.00 | 0.300 | $46.50 |
| 10/17/2016 | EVM | Initial draft of Joint Rule 26(F) Report. | $155.00 | 0.300 | $46.50 |
| 10/21/2016 | GWU | Carefully compared lengthy First Amended Complaint with length original Complaint for new allegations and deleted allegations (1.3), initial formulation of arguments to new allegations and new causes of action (.4). | $330.00 | 1.700 | $561.00 |
| 10/21/2016 | GWU | Legal research for authority that plaintiff's first breach will defeat a breach of contract cause of action (.7), post-statement reliance not actionable (.6). | $330.00 | 1.300 | $429.00 |
| 10/21/2016 | GWU | Telephone call with opposing counsel regarding re-noticed motion to remand and joint Rule 26 report. | $330.00 | 0.200 | $66.00 |

| 10/24/2016 | GWU | Revised motion to dismiss to be motion to dismiss First Amended Complaint (.3), added grounds to dismiss 2 additional causes of action (.3), revised introduction (.2), drafted summary of additional allegations (.8), revised memorandum to correspond with new paragraph cites (1.4), revised section on preemption to reflect new allegations and new causes of action (1.1), grounds to dismiss negligent misrepresentation, pre-reliance not actionable (.6), grounds for dismissal of breach of contract based on prior breach (.4), based on different contract language (.6). Revised Request for Judicial Notice and Proposed Order (.3), reviewed and finalized motion to dismiss (.3). | $330.00 | 6.300 | $2,079.00 |
| 10/24/2016 | GWU | Legal research regarding motion to remove punitive damages and pleading standards under Rule 9(b) versus Civil Code 3294 (.8), closely reviewed Rees v. PNC Bank case (.3). | $330.00 | 1.100 | $363.00 |
| 10/25/2016 | GWU | Outlined opposition to motion to remand (.4), drafted section of opposition to motion to remand regarding determining from amount in controversy from original complaint (.8), drafted introduction as broad summary of opposition (.6). | $330.00 | 1.800 | $594.00 |
| 10/25/2016 | GWU | Legal research in treatise for authority that propriety of removal determined by original complaint (.7), research for case applying that to amount in controversy(.5), closely reviewed Williams case (.3), citing references to Williams (.3).  Legal research  on value of judgment as determined by defendants' cost of compliance, reviewed McCauley case (.4). | $330.00 | 2.200 | $726.00 |

| 10/25/2016 | GWU | Reviewed amended motion to remand and formulated initial arguments (.5), and compared to original motion to remand on relief sought by Complaint (.3). | $330.00 | 0.800 | $264.00 |
|---|---|---|---|---|---|
| 10/25/2016 | EVM | Review Zillow for property estimate (.1); procure Zestimate of property (.1). | $155.00 | 0.200 | $31.00 |
| 10/26/2016 | GWU | Exchanged emails with plaintiff's counsel regarding Joint Rule 26(f) report. | $330.00 | 0.200 | $66.00 |
| 10/26/2016 | GWU | Office conference with Emily Martinez regarding how to complete Joint Rule 26(f) Report. | $330.00 | 0.100 | $33.00 |
| 10/26/2016 | GWU | Exchanged emails with Fred J. Hickman regarding covering Initial Case Conference hearing and likelihood of continued hearing. | $330.00 | 0.200 | $66.00 |
| 10/26/2016 | EVM | Initial draft of Notice of Change of Address. | $155.00 | 0.200 | $31.00 |
| 11/1/2016 | GWU | Telephone call and reviewed email from plaintiff's counsel regarding Nov. 3 foreclosure sale being canceled. | $330.00 | 0.200 | $66.00 |
| 11/1/2016 | GWU | Emailed client. | $330.00 | 0.100 | $33.00 |
| 11/1/2016 | EVM | Revise Joint Rule 26(f) Report with Proposed Pre-trial and trial dates. | $155.00 | 0.700 | $108.50 |
| 11/2/2016 | GWU | Exchanged emails with plaintiffs' counsel regarding Nationwide Posting's sales date and discrepancy on website and whether 11/03 sale canceled. | $330.00 | 0.300 | $99.00 |
| 11/2/2016 | GWU | Emails and voicemail with client. | $330.00 | 0.300 | $99.00 |
| 11/2/2016 | GWU | Reviewed and revised Joint Rule 26(f) Report. | $330.00 | 0.300 | $99.00 |
| 11/2/2016 | GWU | Emailed plaintiff's counsel with draft Rule 26(f) report, deadline for filing and summary of changes. | $330.00 | 0.200 | $66.00 |
| 11/4/2016 | GWU | Emails (.3) and telephone voicemails (.1) to plaintiffs' counsel for e-signature for Joint Rule 26(f) Report. | $330.00 | 0.400 | $132.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/14/2016 | GWU | Drafted section of opposition to motion to remand summarizing allegations and causes of action in original complaint (1.3), section on Dart case and why defendant not limited to materials submitted in the Notice of Removal (.4). | $330.00 | 1.700 | $561.00 |
| 11/15/2016 | GWU | Email to client. | $330.00 | 0.100 | $33.00 |
| 11/15/2016 | GWU | Exchanged emails with plaintiffs' counsel regarding loan modification application submission. | $330.00 | 0.100 | $33.00 |
| 11/16/2016 | GWU | Drafted sections of opposition to motion to remand. | $330.00 | 1.300 | $429.00 |
| 11/16/2016 | GWU | Closely analyzed order staying case and referring case to loan modification settlement conference. | $330.00 | 0.300 | $99.00 |
| 11/17/2016 | GWU | Exchanged emails with client. | $330.00 | 0.400 | $132.00 |
| 11/29/2016 | GWU | Telephone call with plaintiff's counsel regarding availability for loan modification settlement conference. | $330.00 | 0.200 | $66.00 |
| 12/2/2016 | GWU | Drafted and revised letter regarding mandatory loan modification settlement conference and instructions on sending. | $330.00 | 0.800 | $264.00 |
| 12/5/2016 | GWU | Reviewed notice of mediation, noted briefing and continuance deadlines; informed client re the same. | $330.00 | 0.200 | $66.00 |
| 12/15/2016 | GWU | Office conference with Emily Martinez. | $330.00 | 0.200 | $66.00 |
| 12/15/2016 | GWU | Exchanged emails with plaintiffs' counsel regarding loan modification package and need for re-submission. | $330.00 | 0.200 | $66.00 |
| 12/15/2016 | EVM | Review file to determine loan modification documents received. | $155.00 | 0.400 | $62.00 |
| 12/15/2016 | EVM | Email communication to client regarding disposition of loan modification and a resubmit of loan modification resulting from November letters generated to plaintiffs from client. | $155.00 | 0.200 | $31.00 |
| 1/5/2017 | EVM | Email correspondence with client. | $155.00 | 0.100 | $15.50 |

| 1/9/2017 | GWU | Reviewed missing documents sent by client to borrower and analyzed if loan modification settlement conference needs to be postponed (.1), analyzed order regarding loan modification conference for deadlines to report to Court regarding still missing docume | $330.00 | 0.300 | $99.00 |
|----------|-----|-------------|---------|-------|--------|
| 1/9/2017 | GWU | Email to plaintiff's counsel with missing documents letter and statement of due date and no prejudice. | $330.00 | 0.200 | $66.00 |
| 1/9/2017 | GWU | Exchanged emails with client. | $330.00 | 0.200 | $66.00 |
| 1/23/2017 | GWU | Exchanged emails with client. | $330.00 | 0.200 | $66.00 |
| 1/23/2017 | EVM | Email correspondence with client. | $155.00 | 0.100 | $15.50 |
| 1/27/2017 | GWU | Reviewed email exchange with plaintiff's counsel regarding missing documents and office conference with Emily Martinez on next steps. | $330.00 | 0.300 | $99.00 |
| 1/27/2017 | GWU | Drafted notice regarding need for loan modification readiness conference and missing documents. | $330.00 | 0.800 | $264.00 |
| 1/27/2017 | EVM | Email communication to client. | $155.00 | 0.100 | $15.50 |
| 1/30/2017 | GWU | Analyzed purpose of plaintiff counsel's email requesting clarification as to need to submit profits and loss statements. | $330.00 | 0.200 | $66.00 |
| 1/30/2017 | GWU | Email with client. | $330.00 | 0.300 | $99.00 |
| 1/31/2017 | JES | Prepare agenda. | $330.00 | 0.100 | $33.00 |
| 1/31/2017 | JES | Conference call with client. | $330.00 | 0.100 | $33.00 |
| 1/31/2017 | GWU | Reviewed docket entry and emailed client (.3). | $330.00 | 0.500 | $165.00 |
| 1/31/2017 | LOC | Confer with client and handling attorney. | $330.00 | 0.100 | $33.00 |
| 2/1/2017 | GWU | Exchanged emails with client. | $330.00 | 0.200 | $66.00 |
| 2/1/2017 | GWU | Monitor emails regarding missing profit and loss statements and reason why. | $330.00 | 0.200 | $66.00 |
| 2/1/2017 | EVM | Email communication with plaintiff's counsel regarding missing loan modification documents. | $155.00 | 0.100 | $15.50 |
| 2/14/2017 | JES | Prepare for client conference call. | $330.00 | 0.100 | $33.00 |
| 2/14/2017 | JES | Conference call with client. | $330.00 | 0.100 | $33.00 |
| 2/14/2017 | GWU | Meeting and follow-up email with client (.2), exchange email with client (.2). | $330.00 | 0.400 | $132.00 |

| 2/14/2017 | GWU | Telephone all with Clerk of the Court re location of loan modification readiness conference and attendance of Wells Fargo employee. | $330.00 | 0.200 | $66.00 |
| 2/14/2017 | LOC | Confer with client. | $330.00 | 0.100 | $33.00 |
| 2/17/2017 | EVM | Email correspondence to client. | $155.00 | 0.100 | $15.50 |
| 2/23/2017 | GWU | Exchanged emails with client. | $330.00 | 0.300 | $99.00 |
| 2/23/2017 | GWU | Exchanged emails with plaintiffs' counsel regarding missing documents, type of 4506-T and reviewed attachment. | $330.00 | 0.300 | $99.00 |
| 2/24/2017 | GWU | Exchanged emails with plaintiff's counsel (.2) and telephone call with plaintiff's counsel regarding letter potentially in lieu of paystubs (.2). | $330.00 | 0.400 | $132.00 |
| 2/24/2017 | GWU | Drafted supplemental notice regarding loan modification readiness conference. | $330.00 | 0.400 | $132.00 |
| 3/1/2017 | GWU | Email to plaintiffs' counsel regarding plan for second supplemental notice. | $330.00 | 0.200 | $66.00 |
| 3/1/2017 | GWU | Drafted second supplemental notice regarding loan modification readiness conference and request to cancel. | $330.00 | 0.400 | $132.00 |
| 3/2/2017 | GIF | Update case information in preparation to send to client. | $115.00 | 0.100 | $11.50 |
| 3/6/2017 | GWU | Drafted executive summary for ADR and recommended settlement authority. | $330.00 | 0.500 | $165.00 |
| 3/6/2017 | GWU | Telephone call with Diane from plaintiff's counsel regarding fresh 4506-T (.2) and confirming email (.1). | $330.00 | 0.300 | $99.00 |
| 3/7/2017 | GWU | Telephone call and reviewed email. | $330.00 | 0.300 | $99.00 |
| 3/7/2017 | GWU | Email to plaintiff's counsel regarding continuing mediation. | $330.00 | 0.200 | $66.00 |
| 3/8/2017 | GWU | Exchanged emails with Plaintiff's counsel regarding new 4506-T. | $330.00 | 0.100 | $33.00 |
| 3/8/2017 | GWU | Email with client. | $330.00 | 0.100 | $33.00 |
| 3/9/2017 | GWU | Exchanged emails with ADR Officer and plaintiffs' counsel continuing mediation to April 4. | $330.00 | 0.300 | $99.00 |
| 3/9/2017 | GWU | Email to client. | $330.00 | 0.100 | $33.00 |

| 3/14/2017 | EVM | Email correspondence with client. | $155.00 | 0.200 | $31.00 |
|-----------|-----|-----------------------------------|---------|-------|--------|
| 3/15/2017 | GWU | Attention to emails with client (.2), exchanged emails with client (.2). | $330.00 | 0.400 | $132.00 |
| 3/16/2017 | GWU | Exchanged emails with client. | $330.00 | 0.200 | $66.00 |
| 3/21/2017 | EVM | Email communication with plaintiff's counsel regarding loan modification update. | $155.00 | 0.100 | $15.50 |
| 3/21/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 3/27/2017 | GWU | Email to client (.1), email to client (.1). | $330.00 | 0.200 | $66.00 |
| 3/27/2017 | EVM | Review on-line case information in preparation for drafting a Stipulation to Extend Date to Complete Loan Modification Mediation (.1); procure federal register of action for attorney review (.1). | $155.00 | 0.200 | $31.00 |
| 3/27/2017 | EVM | Initial draft of Stipulation to Extend Date to Complete Loan Modification Mediation. | $155.00 | 0.600 | $93.00 |
| 3/28/2017 | GWU | Exchanged emails with Court's ADR officer regarding no underwriting decision yet and extension of deadline by 45 days. | $330.00 | 0.300 | $99.00 |
| 3/28/2017 | GWU | Reviewed and revised draft Stipulation and Order to extend mediation deadline. | $330.00 | 0.300 | $99.00 |
| 3/28/2017 | EVM | Initial draft of Joint Stipulation to Extend Loan Modification Mediation (.8); initial draft of Proposed Order Granting Joint Stipulation to Extend Loan Modification Mediation (.3). | $155.00 | 1.100 | $170.50 |
| 3/29/2017 | GWU | Exchanged emails with clients. | $330.00 | 0.200 | $66.00 |
| 3/29/2017 | GWU | Exchanged emails with mediator regarding her available dates. | $330.00 | 0.200 | $66.00 |
| 3/29/2017 | GWU | Revised stipulation and proposed order with extended dates due to mediator's unavailability. | $330.00 | 0.300 | $99.00 |
| 3/30/2017 | EVM | Email communications with client. | $155.00 | 0.200 | $31.00 |
| 3/30/2017 | EVM | Email communications with plaintiffs' counsel regarding loan modification submission and request for additional documents. | $155.00 | 0.200 | $31.00 |
| 3/31/2017 | GWU | Updated entry re client (.2), exchanged emails with client (.2). | $330.00 | 0.400 | $132.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3/31/2017 | GWU | Exchanged emails with court clerk regarding stipulation and proposed order to continue mediation deadline (.2), email and telephone call with ADR Officer regarding whether mediation will go forward and whether telephonic appearance would be permitted (.2) | $330.00 | 0.400 | $132.00 |
| 4/2/2017 | GWU | Emailed client. | $330.00 | 0.100 | $33.00 |
| 4/4/2017 | GWU | Reviewed court order and exchanged emails with Court's ADR Officer regarding scheduling mediation only after underwriting decision. | $330.00 | 0.300 | $99.00 |
| 4/13/2017 | GWU | Attention to email exchange with plaintiffs' counsel regarding missing documents letter and letters of explanation. | $330.00 | 0.200 | $66.00 |
| 4/13/2017 | EVM | Email communications with borrowers/plaintiffs counsel regarding additional information needed for loan modification consideration. | $155.00 | 0.200 | $31.00 |
| 4/13/2017 | EVM | Email communications with client. | $155.00 | 0.200 | $31.00 |
| 4/18/2017 | EVM | Email communication with Plaintiffs/borrowers counsel regarding April 11, 2017 letter to borrowers. | $155.00 | 0.100 | $15.50 |
| 4/25/2017 | EVM | Email communication with borrowers/plaintiff counsel regarding additional documentation needed. | $155.00 | 0.100 | $15.50 |
| 4/25/2017 | EVM | Email communication with client regarding additional borrower documentation for loan modification review. | $155.00 | 0.100 | $15.50 |
| 4/28/2017 | EVM | Email communication with plaintiff's counsel regarding additional documentation needed for loan modification review. | $155.00 | 0.100 | $15.50 |
| 4/28/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 5/10/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 5/10/2017 | EVM | Telephone communication with plaintiffs counsel regarding loan modification update. | $155.00 | 0.100 | $15.50 |
| 5/16/2017 | GWU | Reviewed emails regarding modification decision and assess need for further continuance and office conference with Emily Martinez for further stipulation. | $330.00 | 0.300 | $99.00 |

| 5/17/2017 | EVM | Initial draft of Second Joint Stipulation to Extend Loan Modification Mediation Deadline (.5); initial draft of Proposed Order Granting Second Joint Stipulation to Extend Loan Modification Mediation Deadline (.2). | $155.00 | 0.700 | $108.50 |
|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|-------|---------|
| 5/18/2017 | GWU | Reviewed and revised draft stipulation to continue mediation deadline and proposed order. | $330.00 | 0.300 | $99.00 |
| 5/18/2017 | GWU | Emails to plaintiff's counsel regarding stipulation and order to continue mediation deadline. | $330.00 | 0.200 | $66.00 |
| 5/25/2017 | EVM | Email communication with plaintiffs/borrowers counsel regarding progress of loan modification. | $155.00 | 0.100 | $15.50 |
| 5/26/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 5/26/2017 | EVM | Email communication with plaintiffs/borrowers counsel regarding progress of loan modification. | $155.00 | 0.100 | $15.50 |
| 6/8/2017 | MSS | Review file regarding current case information in preparation to update client. | $140.00 | 0.100 | $14.00 |
| 6/20/2017 | GIF | Update case information in preparation to send to client. | $115.00 | 0.100 | $11.50 |
| 6/29/2017 | EVM | Email communication with plaintiffs/borrowers counsel regarding acknowledgement letter of receipt of documentation for loan modification review and additional documentation required. | $155.00 | 0.200 | $31.00 |
| 7/20/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 7/20/2017 | EVM | Email communication with plaintiffs' counsel regarding requested loan modification documentation. | $155.00 | 0.100 | $15.50 |
| 7/25/2017 | EVM | Email communication with plaintiffs' counsel regarding additional documentation to submit for loan modification review. | $155.00 | 0.100 | $15.50 |
| 7/25/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 7/28/2017 | EVM | Email communications with borrowers/plaintiffs counsel regarding additional documentation needed to complete loan modification review. | $155.00 | 0.200 | $31.00 |
| 8/1/2017 | EVM | Email correspondence with plaintiffs/borrowers counsel regarding loan modification documentation. | $155.00 | 0.100 | $15.50 |

| 8/16/2017 | EVM | Email communication with plaintiffs' counsel regarding Wells Fargo's August 15, 2017 acknowledgement of receipt of documentation. | $155.00 | 0.100 | $15.50 |
| 8/16/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 8/18/2017 | EVM | Initial draft of Third Joint Stipulation to Extend Loan Modification Mediation Date (.4); initial draft of Proposed Order Granting Third Joint Stipulation to Extend Loan Modification Mediation Date (.2). | $155.00 | 0.600 | $93.00 |
| 8/22/2017 | GWU | Exchanged emails with plaintiffs' counsel regarding missing paystubs for Luke Adams. | $330.00 | 0.200 | $66.00 |
| 8/22/2017 | GWU | Exchanged emails with Ms. Shuller regarding whether to extend foreclosure hold. | $330.00 | 0.200 | $66.00 |
| 8/22/2017 | EVM | Email communications with plaintiffs' counsel regarding additional documentation needed for loan modification review. | $155.00 | 0.200 | $31.00 |
| 8/23/2017 | GWU | Closely reviewed lengthy explanation from bank's loss mitigation department. | $330.00 | 0.500 | $165.00 |
| 8/23/2017 | GWU | Exchanged emails. | $330.00 | 0.200 | $66.00 |
| 8/23/2017 | GWU | Office conference with Emily Martinez. | $330.00 | 0.200 | $66.00 |
| 8/28/2017 | GWU | Prepared for call with client. | $330.00 | 0.300 | $99.00 |
| 8/28/2017 | GWU | Conference call. | $330.00 | 0.300 | $99.00 |
| 8/28/2017 | EVM | Telephone conference with Mr, Wu and client. | $155.00 | 0.400 | $62.00 |
| 8/28/2017 | EVM | Email communication with Plaintiffs' counsel regarding Luke Adam's current employment and/or income classification for loan modification purposes. | $155.00 | 0.100 | $15.50 |
| 8/28/2017 | EVM | Email communication with the client. | $155.00 | 0.100 | $15.50 |
| 8/29/2017 | GWU | Reviewed order relieving plaintiff's counsel. | $330.00 | 0.200 | $66.00 |
| 8/29/2017 | GWU | Exchanged emails with former plaintiffs' counsel regarding continuance of foreclosure stay. | $330.00 | 0.200 | $66.00 |
| 8/29/2017 | GWU | Telephone calls with Dino Adam on next step regarding foreclosure stay and missing documents (.4), email to ADR officer regarding plaintiffs now in pro se and extension of stay (.2). | $330.00 | 0.600 | $198.00 |
| 8/29/2017 | GWU | Revised stipulation for further extension and proposed order. | $330.00 | 0.300 | $99.00 |

| 8/30/2017 | GWU | Finalized third stipulation to extend ADR deadline. | $330.00 | 0.200 | $66.00 |
|---|---|---|---|---|---|
| 9/7/2017 | GWU | Exchanged emails. | $330.00 | 0.200 | $66.00 |
| 9/7/2017 | GWU | Office conference with Emily Martinez. | $330.00 | 0.100 | $33.00 |
| 9/7/2017 | EVM | Email communications with Plaintiff regarding requested documentation for loan modification. | $155.00 | 0.200 | $31.00 |
| 9/14/2017 | EVM | Telephone conference with Mr. Dino Adam regarding documentation needed and approaching deadline (.1); email communication with Mr. Dino Adam regarding documentation needed and approaching deadline (.1). | $155.00 | 0.200 | $31.00 |
| 9/19/2017 | EVM | Email communication and telephone conference with Mr. Adam regarding additional documentation received for loan modification review. | $155.00 | 0.200 | $31.00 |
| 9/19/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 9/29/2017 | GWU | Exchanged emails. | $330.00 | 0.200 | $66.00 |
| 10/3/2017 | GWU | Privileged Communication. | $330.00 | 0.200 | $66.00 |
| 10/4/2017 | EVM | Telephone conference with Mr. Dino Adam regarding loan modification. | $155.00 | 0.100 | $15.50 |
| 10/4/2017 | EVM | Email communication with Mr. Wu. | $155.00 | 0.100 | $15.50 |
| 10/4/2017 | EVM | Email communication with client. | $155.00 | 0.100 | $15.50 |
| 10/4/2017 | GWU | Telephone call with Dino Adams regarding rain damages, insurance proceeds and mold remediation (.2), reviewed insurance estimate regarding work and joint check (.2). | $330.00 | 0.400 | $132.00 |
| 10/5/2017 | GWU | Exchanged emails with client. | $330.00 | 0.300 | $99.00 |
| 10/5/2017 | GWU | Telephone call with Dino Adam regarding hazard insurance package from Assurant and next steps. | $330.00 | 0.200 | $66.00 |
| 10/16/2017 | GWU | Reviewed loan modification denial letter. | $330.00 | 0.200 | $66.00 |
| 10/16/2017 | GWU | Emailed loan modification denial letter and outlined next steps with Dino Adams (.2), telephone call with Dino Adams (.2). | $330.00 | 0.400 | $132.00 |
| 10/16/2017 | GWU | Exchanged emails with Court's ADR Officer regarding available dates in November. | $330.00 | 0.300 | $99.00 |
| 10/16/2017 | GWU | Email to client. | $330.00 | 0.200 | $66.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/18/2017 | GWU | Call with Dino Adams re denial and missing documents. | $330.00 | 0.200 | $66.00 |
| 10/18/2017 | GWU | Exchanged emails with client. | $330.00 | 0.300 | $99.00 |
| 10/25/2017 | EVM | Email communication with plaintiffs/borrowers pro per transferring Wells Fargo Disaster Acknowledgement Notification letter. | $155.00 | 0.100 | $15.50 |
| 10/26/2017 | EVM | Email communication with Mr. Adam transferring October 16, 2017 Letter from Wells Fargo with appraisal information used during Loan Modification review. | $155.00 | 0.100 | $15.50 |
| 10/26/2017 | GWU | Exchanged emails with client (.2), telephone call with client (.3), telephone call with client (.3) | $330.00 | 0.800 | $264.00 |
| 10/26/2017 | GWU | Telephone call and exchanged emails with Dino Adam regarding ADR scheduling for Nov. 14. | $330.00 | 0.300 | $99.00 |
| 10/26/2017 | GWU | Emails to Court's ADR Officer regarding Nov. 13 at 3pm and Nov. 14 at 10:30 am for mediation. | $330.00 | 0.200 | $66.00 |
| 10/30/2017 | EVM | Search on California Bar site for attorney Kimberly Jo Manning (.1); email communication with Mr. Wu (.1). | $155.00 | 0.200 | $31.00 |
| 10/31/2017 | GWU | Analyzed and responded to email from plaintiff's potential counsel regarding date of mediation. | $330.00 | 0.300 | $99.00 |
| 10/31/2017 | GWU | Separate emails to client (.2) and (.1). | $330.00 | 0.300 | $99.00 |
| 11/1/2017 | GWU | Emailed client. | $330.00 | 0.200 | $66.00 |
| 11/3/2017 | GWU | Exchanged emails with clients. | $330.00 | 0.300 | $99.00 |
| 11/3/2017 | GWU | Emailed request to ADR Officer for telephonic appearance to Nov. 14, 2017 mediation and to set that date and time. | $330.00 | 0.400 | $132.00 |
| 11/6/2017 | GWU | Updated monthly case list (.1). | $330.00 | 0.100 | $33.00 |
| 11/6/2017 | GWU | Email to clients. | $330.00 | 0.100 | $33.00 |
| 11/7/2017 | GWU | Follow-up email to client. | $330.00 | 0.200 | $66.00 |
| 11/8/2017 | GWU | Reviewed loan modification history, appraisal and documents submitted (1.3), reviewed loan modification file for pre-litigation denials (.3), reviewed loan file for bankruptcy discharge of ELOC lien (.3). | $330.00 | 1.900 | $627.00 |

| 11/8/2017 | GWU | Call with client (.5), email to clients (.2). | $330.00 | 0.700 | $231.00 |
|---|---|---|---|---|---|
| 11/8/2017 | GWU | Call with mediator for background. | $330.00 | 0.300 | $99.00 |
| 11/8/2017 | EVM | Lexis search for Staton case decisions specific to HOLA (.2); search case files for Staton case decisions specific to HOLA (.2). | $155.00 | 0.400 | $62.00 |
| 11/8/2017 | EVM | Review client loan documents for denial letters, loan modification agreements and Request Modification Assistance Cancellation letters. | $155.00 | 0.600 | $93.00 |
| 11/9/2017 | GWU | Exchanged emails with new plaintiff's counsel regarding time, date and appearance of mediation. | $330.00 | 0.200 | $66.00 |
| 11/9/2017 | GWU | Reviewed court's local rules regarding confidential settlement statement. | $330.00 | 0.200 | $66.00 |
| 11/9/2017 | GWU | Exchanged emails with appointed mediator regarding confidential settlement statement. | $330.00 | 0.200 | $66.00 |
| 11/10/2017 | GWU | Reviewed payoff estimate and compared with appraisal for equity position. | $330.00 | 0.300 | $99.00 |
| 11/13/2017 | GWU | Exchanged emails with client. | $330.00 | 0.200 | $66.00 |
| 11/13/2017 | GWU | Reviewed ELOC charged off records and prepare for mediation. | $330.00 | 0.500 | $165.00 |
| 11/14/2017 | GWU | Attended loan modification settlement conference. | $330.00 | 3.000 | $990.00 |
| 11/14/2017 | EVM | Joint Status Report on Loan Modification Mediation Conference. | $155.00 | 0.700 | $108.50 |
| 11/15/2017 | GWU | Revised joint post-mediation report. | $330.00 | 0.300 | $99.00 |
| 11/15/2017 | GWU | Exchanged emails with plaintiff's counsel regarding joint report, motion to remand and filing. | $330.00 | 0.200 | $66.00 |
| 11/15/2017 | EVM | Initial draft of Renewed Notice of Motion to Dismiss First Amended Complaint. | $155.00 | 0.500 | $77.50 |
| 12/26/2017 | GWU | Briefly reviewed Opposition to Motion to Dismiss First Amended Complaint and noted missed deadline. | $330.00 | 0.500 | $165.00 |
| 12/27/2017 | GWU | Reviewed First Amended Complaint, Motion to Dismiss and Opposition and formulated initial arguments. | $330.00 | 1.300 | $429.00 |

| 12/27/2017 | GWU | Drafted reply in support of Motion to Dismiss First Amended Complaint, introduction section (.3), HOLA (.2), material violation first part (1.4), outlined remaining sections (.4). | $330.00 | 2.300 | $759.00 |
|---|---|---|---|---|---|
| 12/28/2017 | GWU | Drafted sections of reply regarding substitution of trustee and chain of title of the loan (.5), completed no material violation and cure provision for HBOR causes of action (2.3), no reliance and reliance not justifiable for fraud and negligent misrepresentation (1.1), section on Luceras as followed in the Ninth Circuit (.3). | $330.00 | 4.200 | $1,386.00 |
| 12/29/2017 | GWU | Drafted remaining sections of reply (.8) and reviewed and finalized reply as a whole (.9). | $330.00 | 1.700 | $561.00 |
| 1/2/2018 | GWU | Analyzed motion to remand (.5), complaint, First Amended Complaint (.6) and formulated arguments for opposition (.6). | $289.00 | 1.700 | $491.30 |
| 1/2/2018 | GWU | Legal research on either view point test for amount in controversy. | $289.00 | 0.500 | $144.50 |
| 1/2/2018 | GWU | Drafted opposition to motion to remand, introduction section (.8), section that initial complaint controls (.7). | $289.00 | 1.500 | $433.50 |
| 1/2/2018 | EVM | Initial draft of Amended Joint Rule 26(f) Report. | $163.00 | 0.900 | $146.70 |
| 1/3/2018 | GWU | Drafted section of Opposition to Motion to Remand on: limit in First Amended Complaint to be disregarded (.3), relevant factual summary (.8), standard for remand motions and summary of amount in controversy (1.0), either view point test (.8), facially apparent Test (1.1), permanent injunction (.5), section on fee request (.4) | $289.00 | 4.900 | $1,416.10 |
| 1/3/2018 | GWU | Legal research on when evidence is not necessary to oppose motion to remand and facially apparent test. | $289.00 | 1.100 | $317.90 |
| 1/3/2018 | EVM | Initial draft of Exhibit A Proposed Pretrial and Trial Dates to Joint Rule 26(f) Report. | $163.00 | 0.700 | $114.10 |
| 1/4/2018 | GWU | Revised and finalized opposition to motion to remand. | $289.00 | 1.100 | $317.90 |

| 1/10/2018 | EVM | Examination, preparation, amalgamation and summary of relevant pleadings for attorney review in preparation for hearing. | $163.00 | 0.800 | $130.40 |
|---|---|---|---|---|---|
| 1/16/2018 | GWU | Reviewed court's standing order on scheduling conference and joint Rule 26(f) report. | $289.00 | 0.300 | $86.70 |
| 1/16/2018 | GWU | Drafted and revised Joint Rule 26(f) Report (1.0), calculated deadlines based on the Court's presumptive deadlines in Scheduling Order (.3). | $289.00 | 1.300 | $375.70 |
| 1/16/2018 | GWU | Sent draft Joint Rule 26(f) Report to plaintiff's counsel for review and set deadline for input and response. | $289.00 | 0.200 | $57.80 |
| 1/24/2018 | FJH | Begin analysis of motion to remand by Plaintiff (.2), Motion to Dismiss (.1), and history of case (.1) and track record of this judge (.1). | $280.00 | 0.500 | $140.00 |
| 1/24/2018 | GWU | Office conference with Fred J. Hickman (.2) and (.1). | $289.00 | 0.300 | $86.70 |
| 1/30/2018 | GWU | Exchanged emails with Fred J. Hickman. | $289.00 | 0.200 | $57.80 |
| 2/16/2018 | GWU | Updated client. | $289.00 | 0.100 | $28.90 |
| 2/26/2018 | GWU | Reviewed order granting motion to dismiss (.3) and reviewed Second Amended Complaint on whether the Court identified defects were corrected (.5). | $289.00 | 0.800 | $231.20 |
| 2/27/2018 | GWU | Updated monthly case list. | $289.00 | 0.100 | $28.90 |
| 3/2/2018 | GWU | Email and telephone call with opposing counsel to meet and confer on Motion to Dismiss the Second Amended Complaint. | $289.00 | 0.200 | $57.80 |
| 3/2/2018 | GWU | Legal research for 125% principal aggregate cases for Motion to Dismiss. | $289.00 | 0.500 | $144.50 |
| 3/7/2018 | GWU | Reviewed bankruptcy filings by plaintiffs and amended schedules for admissions regarding loan balance and portion of principal in 3 bankruptcy cases (1.3), closely analyzed attached exhibits and focused Exhibit C to First Amended Complaint and calculated | $289.00 | 2.100 | $606.90 |
| 3/7/2018 | GWU | Drafted introduction section to Motion to Dismiss the Second Amended Complaint (.3), revised grounds to dismiss UCL cause of action (.2). | $289.00 | 0.500 | $144.50 |

| 3/7/2018 | GWU | Legal research on 125% cases (.2), reviewed Judan, Diamos and Nadaf cases (.3), closely reviewed Velasquez case (.2). | $289.00 | 0.700 | $202.30 |
|---|---|---|---|---|---|
| 3/8/2018 | GWU | Drafted Motion to Dismiss fact section and grounds to dismiss to add new facts for new arguments (1.5), legal argument for fraud and negligent misrepresentation (1.3), no duty to modify and Deschaine, no actionable reliance (.8). UCL cause of action, Iqbal and conclusory allegation contradicted by NOD (.8), breach of contract, November 22, 2014 letter and Velasequez case (1.2) | $289.00 | 5.600 | $1,618.40 |
| 3/8/2018 | GWU | Emails to client. | $289.00 | 0.200 | $57.80 |
| 3/8/2018 | VLH | Analyze arguments for Motion to Dismiss. | $273.00 | 0.200 | $54.60 |
| 3/9/2018 | GWU | Reviewed, revised and finalized Motion to Dismiss and Request for Judicial Notice and deleted unnecessary exhibit. | $289.00 | 1.300 | $375.70 |
| 3/16/2018 | GWU | Telephone call with plaintiff's counsel regarding Joint Rule 26(f) report and due date, exchanged emails with plaintiff's counsel regarding the same. | $289.00 | 0.200 | $57.80 |
| 3/19/2018 | GWU | Office conference and email exchanges with Emily Martinez. | $289.00 | 0.300 | $86.70 |
| 3/19/2018 | GWU | Reviewed Opposition and formulated initial arguments for Reply. | $289.00 | 0.400 | $115.60 |
| 3/19/2018 | EVM | Review file in preparation for drafting Joint Rule 26f Report. | $163.00 | 0.300 | $48.90 |
| 3/19/2018 | EVM | Initial draft of Second Amended Rule 26f report. | $163.00 | 1.200 | $195.60 |
| 3/20/2018 | GWU | Revised draft Joint Rule 26(f) report. | $289.00 | 0.400 | $115.60 |
| 3/20/2018 | GWU | Email to plaintiff's counsel with draft Joint Rule 26(f) report and note re Court's scheduling chart. | $289.00 | 0.100 | $28.90 |
| 3/20/2018 | EVM | Revise Exhibit A to Joint Scheduling Report. | $163.00 | 0.500 | $81.50 |
| 3/23/2018 | GWU | Legal research regarding definition of detrimental reliance and preclusion of contract damages if there is no legal right. | $289.00 | 1.000 | $289.00 |

| 3/23/2018 | GWU | Reply - drafted intro (.2), section on fraud and negligent summarized MTD arguments (.6), allegations omitted by the Opposition (.4), UCL claim summary of argument (.4), Opposition's discussion re unlawful (.5), no facts to support unfair as held by the Court (.4), breach of contract claim summary argument (.4), plaintiff's argument re performance (.5), plaintiffs' damages theory (.6), no argument on Deed of Trust language (.2), reviewed and revise Reply as a whole (.8). | $289.00 | 5.000 | $1,445.00 |
| 3/27/2018 | GWU | Updated client. | $289.00 | 0.100 | $28.90 |
| 3/28/2018 | GWU | Office conference with Fred J. Hickman. | $289.00 | 0.100 | $28.90 |
| 4/4/2018 | EVM | Initial draft index to Motion to Dismiss Second Amended Complaint pleadings and Joint Scheduling Report for attorney review and use at hearing. | $163.00 | 0.400 | $65.20 |
| 4/5/2018 | GWU | Reviewed Order granting Motion to Dismiss Second Amended Complaint. | $289.00 | 0.300 | $86.70 |
| 4/5/2018 | GWU | Email to clients. | $289.00 | 0.200 | $57.80 |
| 4/5/2018 | GWU | Legal research on deadline to file motion for attorney's fees under FRCP and local rules. | $289.00 | 0.300 | $86.70 |
| 4/5/2018 | GWU | Analyzed need for motion for attorney's fees as leverage against appeal. | $289.00 | 0.200 | $57.80 |
| **TOTALS** | | | | **160.000** | **$45,251.20** |

EXHIBIT B

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ▮▮▮▮▮▮

Wells Fargo Bank



September 28, 2016

Invoice #            98061
In Reference To:     Adam, Dino (2) (WF2016024960)
Client Number:       93000-BR2050

For Services Rendered Through August 31, 2016

| Professional Services | | |
| --- | --- | --- |
| | **Hours** | **Amount** |
| 08/15/2016  MTF   Review new complaint and exhibits.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.30 | 109.50 |
| 08/15/2016  SAD   Email communications with client ▮▮▮▮▮▮▮▮▮▮.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 27.00 |
| 08/15/2016  SAD   Preliminary review of documents received from client in new case and to ascertain service information (.3).<br>A104 - Review/analyze<br>L110 - Fact Investigation/Development | 0.30 | 40.50 |
| 08/16/2016  SAD   [Intake Memo] -  Preliminary review of Complaint and other documents for initial case information (.3).<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration | 0.30 | 40.50 |
| 08/16/2016  SAD   [Intake Memo] - Perform due diligence bankruptcy search for debtor, property profile, third party owners, judicial profile, transaction history, | 2.10 | 283.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES
PAGE 27

**AFRCT**

Client Number: 93000-BR2050

Page 2

| | | Hours | Amount |
|---|---|---|---|
| | recorded title documents, trustee's sale information, Orange County recorder's database and review court docket (1.8); review bankruptcy court docket and USDC Settlement Agreement (.3).<br>A104 - Review/analyze<br>L110 - Fact Investigation/Development | | |
| 08/16/2016 SAD | [Intake Memo] - Summarize findings in an initial intake memorandum (.5).<br>A103 - Draft/revise<br>L110 - Fact Investigation/Development | 0.50 | 67.50 |
| 08/16/2016 DMN | Review intake summary, due diligence materials, complaint, and client files in preparation for executive summary<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration | 1.50 | 397.50 |
| 08/17/2016 SAD | [Executive Summary] - Prepare first draft of 7 Day Executive Summary and Litigation Checklist (.6).<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administration | 0.60 | 81.00 |
| 08/18/2016 SAD | Review file regarding initial executive summary and litigation checklist (.1).<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 13.50 |
| 08/18/2016 SAD | Update to case information regarding summary and checklist in preparation to send to client (.1).<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 13.50 |
| 08/18/2016 DMN | Draft seven day executive summary and litigation checklist<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administration | 0.60 | 159.00 |
| 08/18/2016 DMN | Draft demurrer in support of complaint re: notice and statement of demurrers (.3); homeowners bill of rights (.5); fraud and misrepresentation (.6)<br>A103 - Draft/revise<br>L240 - Dispositive Motions | 1.40 | 371.00 |
| 08/23/2016 GWU | Reviewed complaint.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.30 | 99.00 |
| 08/23/2016 EVM | Review complaint in preparation for drafting Notice of Removal. | 0.30 | 46.50 |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                    Page 3

| | | Hours | Amount |
|---|---|---|---|
| | A103 - Draft/revise | | |
| | L210 - Pleadings | | |
| 08/23/2016 EVM | Initial draft of NBS Default Services LLC's Consent to Removal. | 0.30 | 46.50 |
| | A103 - Draft/revise | | |
| | L210 - Pleadings | | |
| 08/24/2016 EVM | Initial draft of Notice of Removal Sections: introduction (.2); state court action (.2); Diversity (.2); Plaintiff's citizenship (.4); Wells Fargo's citizenship (.2); Wells Fargo's Home Mortgage's citizenship (.2).; NBS Default Services, LLC's citizenship (.4); amount in controversy (.4); timeliness and other pertinent information (.3); initial draft of Civil Cover Sheet (.2); initial draft of Certification and Notice of Financial Interest (.3); prepare Exhibits to the Notice of Removal (.5). | 3.50 | 542.50 |
| | A103 - Draft/revise | | |
| | L210 - Pleadings | | |
| 08/25/2016 GWU | Closely reviewed lengthy complaint to establish damages for overstated debt in Notice of Trustee's Sale and ties to numerous causes of action (1.3).  Reviewed draft notice of removal and highlighted areas to revise (.8). Telephone call with client regarding tax return and depreciation schedule (.2). | 2.30 | 759.00 |
| | A104 - Review/analyze | | |
| | L210 - Pleadings | | |
| 08/26/2016 GWU | Legal research on amount in controversy allegations in notice of removal and reviewed Dart Cherokee case. | 0.70 | 231.00 |
| | A102 - Research | | |
| | L210 - Pleadings | | |
| 08/26/2016 GWU | Revised notice of removal to bolster amount in controversy allegations and other changes. | 1.60 | 528.00 |
| | A103 - Draft/revise | | |
| | L210 - Pleadings | | |
| 08/26/2016 GWU | Analyzed file in Dino Adams # 1 for evidence to negate allegations in current complaint. | 0.50 | 165.00 |
| | A104 - Review/analyze | | |
| | L210 - Pleadings | | |
| 08/29/2016 EVM | Initial draft of shell Notice of Motion and Motion to Dismiss Complaint. | 0.40 | 62.00 |
| | A103 - Draft/revise | | |
| | L210 - Pleadings | | |
| 08/30/2016 GIF | Update case information in preparation to send to client. | 0.10 | 11.50 |
| | A103 - Draft/revise | | |
| | L190 - Other Case Assessment, Development and Administration | | |

---

**AFRCT**

Client Number: 93000-BR2050                                                     Page 4

| | Hours | Amount |
|---|---|---|
| 08/31/2016  EVM   Revise exhibits to Notice of Removal. | 0.50 | 77.50 |
| A103 - Draft/revise | | |
| L210 - Pleadings | | |

|  | **For professional services rendered** | **18.50** | **4,172.50** |
|---|---|---|---|

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Flewelling, Mark T. | 0.30 | 365.00 | 109.50 |
| Wu, Yaw-Jiun | 5.40 | 330.00 | 1,782.00 |
| Dries, Sandra A. | 4.20 | 135.00 | 567.00 |
| Martinez, Emily V. | 5.00 | 155.00 | 775.00 |
| Newman, David M. | 3.50 | 265.00 | 927.50 |
| Figueroa, G. Isaac | 0.10 | 115.00 | 11.50 |
| Totals | 18.50 | | 4,172.50 |

**Total amount of this bill**                                            **4,172.50**

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

## ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: █████████

Wells Fargo Bank



October 7, 2016

| | |
|---|---|
| Invoice # | 98312 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through September 30, 2016

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 09/02/2016 | GWU | Final review and edits to notice of removal (.4) and checked civil cover sheet and other papers (.2). | 0.60 | 198.00 |
| | | A103 - Draft/revise | | |
| | | L210 - Pleadings | | |
| 09/06/2016 | GWU | Exchanged emails with opposing counsel for meet and confer on Motion to Dismiss and warning against seeking default. | 0.30 | 99.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L230 - Court Mandated Conferences | | |
| 09/06/2016 | GWU | Drafted notice of motion and memorandum in support of motion to dismiss based on HOLA preemption, substantive compliance, lack of reasonable reliance and no duty of care. | 6.30 | 2,079.00 |
| | | A103 - Draft/revise | | |
| | | L210 - Pleadings | | |
| 09/06/2016 | GWU | ███████████████████████████ | 0.10 | 33.00 |
| | | A106 - Communicate (with client) | | |
| | | L210 - Pleadings | | |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                     Page 2

|            |     |                                                                                                                                                                                                                                                                                                                     | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/06/2016 | EVM | Review on-line property title documents (.1); procure additional foreclosure documents for attorney review in preparation for motion drafting (.3).<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration                                                                           | 0.40  | 62.00  |
| 09/07/2016 | GWU | Provided notice of removal and supplement to opposing counsel, exchanged emails on meet and confer on motion to remand.<br>A107 - Communicate (other outside counsel)<br>L230 - Court Mandated Conferences                                                                                                             | 0.30  | 99.00  |
| 09/07/2016 | GWU | Reviewed and finalized notice of supplement to notice of removal re complete complaint.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                    | 0.20  | 66.00  |
| 09/07/2016 | EVM | Revise initial draft of Motion to Dismiss Complaint with judicial, court and date information (.5); initial draft of Request for Judicial Notice in Support of Motion to Dismiss Complaint (.7); prepare and revise Request for Judicial Notice in Support of Motion to Dismiss Complaint (.6); initial draft of Proposed Order Granting Motion to Dismiss Complaint (.3).<br>A103 - Draft/revise<br>L210 - Pleadings | 2.10  | 325.50 |
| 09/08/2016 | GWU | Reviewed and revised draft Motion to Dismiss.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                                                             | 0.80  | 264.00 |
| 09/08/2016 | GWU | Met and conferred by telephone with opposing counsel on motion to dismiss and motion to remand and timing of same (.3), memorialized conversation in email (.1).<br>A107 - Communicate (other outside counsel)<br>L230 - Court Mandated Conferences                                                                    | 0.40  | 132.00 |
| 09/08/2016 | EVM | Initial draft of Joint Stipulation to Extend Time to Respond to Complaint.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                                | 0.50  | 77.50  |
| 09/09/2016 | GWU | Revised stipulation re extension of motion to dismiss and motion to remand; sent to opposing counsel.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                      | 0.30  | 99.00  |
| 09/09/2016 | GXH | Process ICMP loan files received by client.                                                                                                                                                                                                                                                                          | 0.20  | 31.00  |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 3

|            |     |                                                                                                                                                                                        | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | A111 - Other<br>L190 - Other Case Assessment, Development and Administration                                                                                         |           |            |
| 09/16/2016 | GWU | Final review and edit to Motion to Dismiss (1.0), reviewed and edited tables (.3), reviewed draft Request for Judicial Notice and Proposed Order (.2).<br>A103 - Draft/revise<br>L210 - Pleadings | 1.50      | 495.00     |
| 09/16/2016 | GWU | Exchanged emails with plaintiff's counsel regarding basis to continuing 9/26 sale.<br>A107 - Communicate (other outside counsel)<br>L220 - Preliminary Injunctions/Provisional Remedies | 0.30      | 99.00      |
| 09/20/2016 | GWU | Analyzed lengthy loan file to determine if borrowers were actually reviewed and assessed whether to recommend to continue sale, as requested by plaintiffs' counsel.<br>A104 - Review/analyze<br>L120 - Analysis/Strategy | 1.50      | 495.00     |
| 09/20/2016 | GWU | Emailed ███████████████████████████ (.2), reviewed ████████<br>███████████████ (.1).<br>A106 - Communicate (with client)<br>L120 - Analysis/Strategy | 0.30      | 99.00      |
| 09/20/2016 | GWU | Exchanged emails with opposing counsel regarding unlikely to continue sale given April 2016 denial and new postponed sales date.<br>A107 - Communicate (other outside counsel)<br>L220 - Preliminary Injunctions/Provisional Remedies | 0.30      | 99.00      |

|                                    |           |            |
|------------------------------------|-----------|------------|
| **For professional services rendered** | **16.40** | **4,852.00** |
| MTF Discount                       |           | -1,224.50  |

| **Additional Charges** |     |     |        |
|------------------------|-----|-----|--------|

|            |           |                                                                                                                                                  | **Amount** |
|------------|-----------|------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 09/19/2016 | 9/14/2016 | Filing of Notice of Removal at US District Court, Central District on 09/02/16. First Appearance Fee: $400.00.<br>E112 - Court fees | 400.00     |
| 09/19/2016 | 9/14/2016 | Orange County Superior Court fee to obtain Verified Complaint on 09/06/16.<br>E112 - Court fees | 20.03      |
| 09/19/2016 | 9/14/2016 | Filing of Notice to State Court of Removal of Action to United States District Court at Orange County Superior Court on 09/08/16. First Appearance Fee: $435.00. Invoice #10529643. | 435.00     |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Name: 93000-BR2050                                                                               Page 4

|  |  |  | Amount |
|---|---|---|---|
| | | E112 - Court fees | |
| 09/20/2016 | 9/15/2016 | Golden State Overnight Services of Defendant Wells Fargo's Notice of Removal; Civil Cover Sheet; Certification and Notice of Interested Parties; Defendant NBS Default Services LLC's Consent to Removal by Wells Fargo to Judge Jospehine Staton at US District Court, Santa Ana, CA on 09/06/16. Shipment #533188835. Invoice #3168479. | 21.42 |
| | | E108 - Postage | |
| 09/20/2016 | 9/15/2016 | Golden State Overnight Services of Supplemental Notice of Removal to Judge Josephine Staton at US District Court, Santa Ana, CA on 09/07/16. Shipment #533194031. Invoice #3168479. | 21.42 |
| | | E108 - Postage | |

| | Total Costs | 897.87 |
|---|---|---|

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 13.20 | 330.00 | 4,356.00 |
| Martinez, Emily V. | 3.00 | 155.00 | 465.00 |
| Hernandez, Gabriel | 0.20 | 155.00 | 31.00 |
| Totals | 16.40 | | 4,852.00 |

| **Total amount of this bill** | **4,525.37** |
|---|---|

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 34

# AFRCT, LLP

## ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ▮▮▮▮▮▮▮

Wells Fargo Bank



November 29, 2016

Invoice #              99746
In Reference To:    Adam, Dino (2) (WF2016024960)
Client Number:     93000-BR2050

For Services Rendered Through October 31, 2016

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/04/2016 | SAD | Email communications with client ▮▮▮▮▮▮▮▮ ▮▮▮ (.1). <br> A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration | 0.10 | 13.50 |
| 10/04/2016 | SAD | Preliminary review of retention letter received from client (.1). <br> A104 - Review/analyze <br> L190 - Other Case Assessment, Development and Administration | 0.10 | 13.50 |
| 10/10/2016 | GWU | Reviewed motion to remand and formulated initial opposition arguments (.5). Reviewed First Amended Complaint, noted changed allegations (.7) and analyzed response deadline (.2). <br> A104 - Review/analyze <br> L210 - Pleadings | 1.40 | 462.00 |
| 10/10/2016 | MSS | Further update case information in preparation to send to client. <br> A103 - Draft/revise <br> L190 - Other Case Assessment, Development and Administration | 0.10 | 14.00 |
| 10/11/2016 | FJH | Analyze information from prior title litigation and judgment against bank | 0.50 | 165.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

|            |     |                                                                                                                                                                                                                                                                                                             | Hours | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | for relevance to present action.<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration                                                                                                                                                                                      |       |          |
| 10/11/2016 | GWU | Reviewed extensive filings in prior bankruptcy adversary proceedings, complaint, declarations and bankruptcy schedules and amended schedules (2.3). Selected documents to use for opposing motion to remand on value of property. (.3).  Reviewed emails exchanges between Fred J. Hickman, client and Fidelity regarding adversary judgment (.5).<br>A104 - Review/analyze<br>L210 - Pleadings | 3.10  | 1,023.00 |
| 10/11/2016 | GWU | Office conference with and exchanged emails with Fred J. Hickman regarding bankruptcy case and adversary.<br>A105 - Communicate (in firm)<br>L120 - Analysis/Strategy                                                                                                                                           | 0.30  | 99.00    |
| 10/11/2016 | EVM | Initial draft of Notice of Withdrawal of Motion to Dismiss Complaint.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                               | 0.40  | 62.00    |
| 10/11/2016 | EVM | Review bankruptcy docket for pleadings needed (.3); procure various bankruptcy pleadings for attorney review and use in motion preparation (.4); Review  adversary proceedings docket for pleadings needed (.3); procure various bankruptcy pleadings for attorney review and use in motion preparation (.4).<br>A104 - Review/analyze<br>L210 - Pleadings | 1.40  | 217.00   |
| 10/17/2016 | GWU | Reviewed detailed scheduling conference order.<br>A104 - Review/analyze<br>L210 - Pleadings                                                                                                                                                                                                                    | 0.20  | 66.00    |
| 10/17/2016 | GWU | Emailed plaintiff's counsel (.1) and telephone call with same to meet and confer on Motion to Dismiss First Amended Complaint, motion to remand and initial meet and confer on Joint Rule 26(f) report (.3).<br>A107 - Communicate (other outside counsel)<br>L230 - Court Mandated Conferences                 | 0.40  | 132.00   |
| 10/17/2016 | EVM | Review case file and docket in preparation for drafting Joint Rule 26(f) Report.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                    | 0.30  | 46.50    |
| 10/17/2016 | EVM | Initial draft of Joint Rule 26(F) Report.                                                                                                                                                                                                                                                                      | 0.30  | 46.50    |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                           Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A103 - Draft/revise<br>L210 - Pleadings | | |
| 10/21/2016 | GWU | Carefully compared lengthy First Amended Complaint with length original Complaint for new allegations and deleted allegations (1.3), initial formulation of arguments to new allegations and new causes of action (.4).<br>A104 - Review/analyze<br>L210 - Pleadings | 1.70 | 561.00 |
| 10/21/2016 | GWU | Legal research for authority that plaintiff's first breach will defeat a breach of contract cause of action (.7), post-statement reliance not actionable (.6).<br>A102 - Research<br>L210 - Pleadings | 1.30 | 429.00 |
| 10/21/2016 | GWU | Telephone call with opposing counsel regarding re-noticed motion to remand and joint Rule 26 report.<br>A107 - Communicate (other outside counsel)<br>L230 - Court Mandated Conferences | 0.20 | 66.00 |
| 10/24/2016 | GWU | Revised motion to dismiss to be motion to dismiss First Amended Complaint (.3), added grounds to dismiss 2 additional causes of action (.3), revised introduction (.2), drafted summary of additional allegations (.8), revised memorandum to correspond with new paragraph cites (1.4), revised section on preemption to reflect new allegations and new causes of action (1.1), grounds to dismiss negligent misrepresentation, pre-reliance not actionable (.6), grounds for dismissal of breach of contract based on prior breach (.4), based on different contract language (.6). Revised Request for Judicial Notice and Proposed Order (.3), reviewed and finalized motion to dismiss (.3).<br>A103 - Draft/revise<br>L210 - Pleadings | 6.30 | 2,079.00 |
| 10/24/2016 | GWU | Legal research regarding motion to remove punitive damages and pleading standards under Rule 9(b) versus Civil Code 3294 (.8), closely reviewed Rees v. PNC Bank case (.3).<br>A102 - Research<br>L210 - Pleadings | 1.10 | 363.00 |
| 10/25/2016 | GWU | Outlined opposition to motion to remand (.4), drafted section of opposition to motion to remand regarding determining from amount in controversy from original complaint (.8), drafted introduction as broad summary of opposition (.6).<br>A103 - Draft/revise<br>L210 - Pleadings | 1.80 | 594.00 |
| 10/25/2016 | GWU | Legal research in treatise for authority that propriety of removal | 2.20 | 726.00 |

**AFRCT**

Client Number: 93000-BR2050                                                                   Page 4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | determined by original complaint (.7), research for case applying that to amount in controversy(.5), closely reviewed Williams case (.3), citing references to Williams (.3).  Legal research on value of judgment as determined by defendants' cost of compliance, reviewed McCauley case (.4). A102 - Research L210 - Pleadings |  |  |
| 10/25/2016 | GWU | Reviewed amended motion to remand and formulated initial arguments (.5), and compared to original motion to remand on relief sought by Complaint (.3). A104 - Review/analyze L210 - Pleadings | 0.80 | 264.00 |
| 10/25/2016 | EVM | Review Zillow for property estimate (.1); procure Zestimate of property (.1). A104 - Review/analyze L210 - Pleadings | 0.20 | 31.00 |
| 10/26/2016 | GWU | Exchanged emails with plaintiff's counsel regarding Joint Rule 26(f) report. A107 - Communicate (other outside counsel) L210 - Pleadings | 0.20 | 66.00 |
| 10/26/2016 | GWU | Office conference with Emily Martinez ████████████████████████████████ . A105 - Communicate (in firm) L210 - Pleadings | 0.10 | 33.00 |
| 10/26/2016 | GWU | Exchanged emails with Fred J. Hickman ████████████████████████████████████████████████ . A105 - Communicate (in firm) L450 - Trial and Hearing Attendance | 0.20 | 66.00 |
| 10/26/2016 | EVM | Initial draft of Notice of Change of Address. A103 - Draft/revise L210 - Pleadings | 0.20 | 31.00 |

|  |  | **For professional services rendered** | **24.90** | **7,669.00** |
|---|---|---|---|---|
|  |  | MTF Discount |  | -7,669.00 |

| **Additional Charges** |
|---|

|  |  |  | **Amount** |
|---|---|---|---|
| 10/05/2016 | 9/30/2016 | Golden State Overnight Services of Defendant's Notice of Motion to Dismiss Complaint; Proposed Order Granting Wells Fargo's Motion to Dismiss Complaint; Request for Judicial Notice in Support of Wells Fargo | 19.58 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Name: 93000-BR2050                                                                    Page 5

Bank's Motion to Dismiss Complaint to Judge Josephine Staton at US
District Court, Santa Ana, CA on 09/16/16. Tracking #533317541. Invoice
#3170488.

    E108 - Postage

| | | **Total Costs** | **19.58** |
|---|---|---|---|

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Hickman, Frederick J. | 0.50 | 330.00 | 165.00 |
| Wu, Yaw-Jiun | 21.30 | 330.00 | 7,029.00 |
| Sinclair, Malinda S. | 0.10 | 140.00 | 14.00 |
| Dries, Sandra A. | 0.20 | 135.00 | 27.00 |
| Martinez, Emily V. | 2.80 | 155.00 | 434.00 |
| Totals | 24.90 | | 7,669.00 |

**Total amount of this bill**                                                                    **19.58**

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ██████████

Wells Fargo Bank



December 29, 2016

| | |
|---|---|
| Invoice # | 100461 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through November 30, 2016

| Professional Services | | |
|---|---|---|
| | **Hours** | **Amount** |
| 11/01/2016 GWU   Telephone call and reviewed email from plaintiff's counsel regarding Nov. 3 foreclosure sale being canceled.<br>A107 - Communicate (other outside counsel)<br>L220 - Preliminary Injunctions/Provisional Remedies | 0.20 | 66.00 |
| 11/01/2016 GWU   Emailed ████████████████████████████████. <br>A106 - Communicate (with client)<br>L220 - Preliminary Injunctions/Provisional Remedies | 0.10 | 33.00 |
| 11/01/2016 EVM   Revise Joint Rule 26(f) Report with Proposed Pre-trial and trial dates.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.70 | 108.50 |
| 11/02/2016 GWU   Exchanged emails with plaintiffs' counsel regarding Nationwide Posting's sales date and discrepancy on website and whether 11/03 sale canceled.<br>A107 - Communicate (other outside counsel)<br>L220 - Preliminary Injunctions/Provisional Remedies | 0.30 | 99.00 |
| 11/02/2016 GWU   Emails and voicemails ████████████████████████ | 0.30 | 99.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮ | | |
| | | A106 - Communicate (with client) | | |
| | | L220 - Preliminary Injunctions/Provisional Remedies | | |
| 11/02/2016 | GWU | Reviewed and revised Joint Rule 26(f) Report. | 0.30 | 99.00 |
| | | A103 - Draft/revise | | |
| | | L210 - Pleadings | | |
| 11/02/2016 | GWU | Emailed plaintiff's counsel with draft Rule 26(f) report, deadline for filing and summary of changes. | 0.20 | 66.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L210 - Pleadings | | |
| 11/04/2016 | GWU | Emails (.3) and telephone voicemails (.1) to plaintiffs' counsel for e-signature for Joint Rule 26(f) Report. | 0.40 | 132.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L210 - Pleadings | | |
| 11/14/2016 | GWU | Drafted section of opposition to motion to remand summarizing allegations and causes of action in original complaint (1.3), section on Dart case and why defendant not limited to materials submitted in the Notice of Removal (.4). | 1.70 | 561.00 |
| | | A103 - Draft/revise | | |
| | | L210 - Pleadings | | |
| 11/15/2016 | GWU | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 33.00 |
| | | A106 - Communicate (with client) | | |
| | | L120 - Analysis/Strategy | | |
| 11/15/2016 | GWU | Exchanged emails with plaintiffs' counsel regarding loan modification application submission. | 0.10 | 33.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 11/16/2016 | GWU | Drafted sections of opposition to motion to remand. | 1.30 | 429.00 |
| | | A103 - Draft/revise | | |
| | | L210 - Pleadings | | |
| 11/16/2016 | GWU | Closely analyzed order staying case and referring case to loan modification settlement conference. | 0.30 | 99.00 |
| | | A104 - Review/analyze | | |
| | | L210 - Pleadings | | |
| 11/17/2016 | GWU | Exchanged emails ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.40 | 132.00 |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | | |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                      Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A106 - Communicate (with client) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 11/29/2016 | GWU | Telephone call with plaintiff's counsel regarding availability for loan modification settlement conference. | 0.20 | 66.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L160 - Settlement/Non-Binding ADR | | |

| | | **For professional services rendered** | **6.60** | **2,055.50** |
|---|---|---|---|---|
| | | MTF Discount | | -2,055.50 |

| **Additional Charges** | | | |
|---|---|---|---|
| | | | **Amount** |
| 11/03/2016 | 10/31/2016 | Golden State Overnight Services of Defendant Wells Fargo Bank, N.A.'s Notice Of Motion And Motion To Dismiss First Amended Complaint; Memorandum Of Points And Authorities; Proposed Order Granting Wells Fargo's Motion To Dismiss First Amended Complaint;Request For Judicial Notice In Support Of Wells Fargo Bank, N.A.'s Motion To Dismiss First Amended Complaint to Judge Josephine L. Staton at USDC, Santa Ana, CA on 10/24/16. Tracking #533752308.  Invoice #3202516. | 18.66 |
| | E108 - Postage | | |
| 11/10/2016 | 10/15/2016 | Golden State Overnight Services of Notice of Withdrawal of Defendant's Motion to Dismiss Complaint to Judge Josephine Staton at US District Court, Santa Ana, CA on 10/12/16. Tracking #533608872. Invoice #3182207. | 14.04 |
| | E108 - Postage | | |
| 11/18/2016 | 11/15/2016 | Golden State Overnight Services of Joint Rule 26(f) Report to Judge Josephine L. Staton at USDC, Santa Ana, CA on 11/04/16. Tracking #533897368.  Invoice #3208868. | 11.22 |
| | E108 - Postage | | |

| | | **Total Costs** | **43.92** |
|---|---|---|---|

| **Timekeeper Summary** | | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Wu, Yaw-Jiun | 5.90 | 330.00 | 1,947.00 |
| Martinez, Emily V. | 0.70 | 155.00 | 108.50 |
| Totals | 6.60 | | 2,055.50 |

| | **Total amount of this bill** | **43.92** |
|---|---|---|

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 42

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████████

Wells Fargo Bank

███████████████████████

January 24, 2017

| | |
|---|---|
| Invoice # | 101155 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through December 31, 2016

---

| Professional Services | | |
|---|---|---|
| | **Hours** | **Amount** |
| 12/02/2016  GWU  Drafted and revised letter regarding mandatory loan modification settlement conference and instructions on sending.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.80 | 264.00 |
| 12/05/2016  GWU  Reviewed notice of mediation, noted briefing and continuance deadlines; informed client re the same.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.20 | 66.00 |
| 12/15/2016  GWU  Office conference with Emily Martinez ████████████ ████████████.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 12/15/2016  GWU  Exchanged emails with plaintiffs' counsel regarding loan modification package and need for re-submission.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                          Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/15/2016 | EVM | Review file to determine loan modification documents received.<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration | 0.40 | 62.00 |
| 12/15/2016 | EVM | Email communication to client regarding disposition of loan modification and a resubmit of loan modification resulting from November letters generated to plaintiffs from client.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| **For professional services rendered** | | **2.00** | **555.00** |
| MTF Discount | | | -555.00 |

**Additional Charges**

|  |  |  | Amount |
|---|---|---|---|
| 12/05/2016 | 11/30/2016 | Golden State Overnight Services of Loan Modification Kit to The Law Offices of Adela Z. Ulloa, APC, West Hollywood, CA on 11/29/16. Tracking #534149603.  Invoice #3222480. | 17.73 |
|  | E108 - Postage | | |

|  | Amount |
|---|---|
| **Total Costs** | **17.73** |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wu, Yaw-Jiun | 1.40 | 330.00 | 462.00 |
| Martinez, Emily V. | 0.60 | 155.00 | 93.00 |
| Totals | 2.00 | | 555.00 |

|  | Amount |
|---|---|
| **Total amount of this bill** | **17.73** |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

## ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank



February 28, 2017

Invoice #             101972
In Reference To:     Adam, Dino (2) (WF2016024960)
Client Number:       93000-BR2050

For Services Rendered Through January 31, 2017

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 45

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ████████

Wells Fargo Bank



March 1, 2017

| | |
|---|---|
| Invoice # | 102163 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through January 31, 2017

| | | | Hours | Amount |
|---|---|---|---|---|
| **Professional Services** | | | | |
| 01/05/2017 | EVM | Email correspondence with client ███████████ ██████████. | 0.10 | 15.50 |
| | | A104 - Review/analyze | | |
| | | L190 - Other Case Assessment, Development and Administration | | |
| 01/09/2017 | GWU | Reviewed missing documents sent by client to borrower and analyzed if loan modification settlement conference needs to be postponed (.1), analyzed order regarding loan modification conference for deadlines to report to Court regarding still missing documents (.2). | 0.30 | 99.00 |
| | | A104 - Review/analyze | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 01/09/2017 | GWU | Email to plaintiff's counsel with missing documents letter and statement of due date and no prejudice. | 0.20 | 66.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 01/09/2017 | GWU | Exchanged emails ████████████████████████ ████████████████████████ ████. | 0.20 | 66.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                      Page 2

|            |     |                                                                                                                           | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR                                                      |       |        |
| 01/23/2017 | GWU | Exchanged emails ███████████████ .<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR               | 0.20  | 66.00  |
| 01/23/2017 | EVM | Email correspondence with client ███████████<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |
| 01/27/2017 | GWU | Reviewed email exchange with plaintiff's counsel regarding missing documents and office conference with Emily Martinez on next steps.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.30  | 99.00  |
| 01/27/2017 | GWU | Drafted notice regarding need for loan modification readiness conference and missing documents.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.80  | 264.00 |
| 01/27/2017 | EVM | Email communication to client ████████████ .<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |
| 01/30/2017 | GWU | Analyzed purpose of plaintiff counsel's email requesting clarification as to need to submit profits and loss statements.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.20  | 66.00  |
| 01/30/2017 | GWU | Email ████████████████████████████<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.30  | 99.00  |
| 01/31/2017 | JES | Prepare agenda ██████████<br>A101 - Plan and prepare for<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 33.00  |
| 01/31/2017 | JES | Conference call with client █████████████<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 33.00  |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                          Page 3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 01/31/2017 | GWU | Reviewed docket entry and emailed ████████████████ ████████████████████████ (.2), telephone call with client r████████████ (.3). <br> A104 - Review/analyze <br> L160 - Settlement/Non-Binding ADR | 0.50 | 165.00 |
| 01/31/2017 | LOC | Confer with client and handling attorney ███████████████ ██. <br> A105 - Communicate (in firm) <br> L190 - Other Case Assessment, Development and Administration | 0.10 | 33.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| **For professional services rendered** | | **3.60** | **1,135.50** |
| MTF Discount | | | -1,135.50 |

| Timekeeper Summary | | | |
|---|---|---|---|
| Name | Hours | Rate | Amount |
| Shulman, Jeremy E. | 0.20 | 330.00 | 66.00 |
| Wu, Yaw-Jiun | 3.00 | 330.00 | 990.00 |
| Martinez, Emily V. | 0.30 | 155.00 | 46.50 |
| Curran, Leigh O. | 0.10 | 330.00 | 33.00 |
| Totals | 3.60 | | 1,135.50 |

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 48

# AFRCT, LLP

ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ██████████

Wells Fargo Bank

██████████████████████████████████

March 23, 2017

| | |
|---|---|
| Invoice # | 102805 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through February 28, 2017

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 02/01/2017 | GWU | Exchanged emails ████████████████████ | 0.20 | 66.00 |
| | | A106 - Communicate (with client) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 02/01/2017 | GWU | Monitor emails regarding missing profit and loss statements and reason why. | 0.20 | 66.00 |
| | | A108 - Communicate (other external) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 02/01/2017 | EVM | Email communication with plaintiff's counsel regarding missing loan modification documents. | 0.10 | 15.50 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L190 - Other Case Assessment, Development and Administration | | |
| 02/14/2017 | GWU | ████████████████ follow-up email ██████████ ████ (.2), exchanged emails ████████████████████ ████████████████████ (.2). | 0.40 | 132.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

|            |     |                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR                                                         |       |        |
| 02/14/2017 | GWU | Telephone all with Clerk of the Court re location of loan modification readiness conference and attendance of Wells Fargo employee.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.20  | 66.00  |
| 02/14/2017 | LOC | Confer ███████████████████████████.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 33.00  |
| 02/14/2017 | JES | ███████████████████████.<br>A101 - Plan and prepare for<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 33.00  |
| 02/14/2017 | JES | Conference call with client ███████████████.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 33.00  |
| 02/17/2017 | EVM | Email correspondence to client ███████████████.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |
| 02/23/2017 | GWU | Exchanged emails ███████████████.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.30  | 99.00  |
| 02/23/2017 | GWU | Exchanged emails with plaintiffs' counsel regarding missing documents, type of 4506-T and reviewed attachment.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.30  | 99.00  |
| 02/24/2017 | GWU | Exchanged emails with plaintiff's counsel (.2) and telephone call with plaintiff's counsel regarding letter potentially in lieu of paystubs (.2).<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.40  | 132.00 |
| 02/24/2017 | GWU | Drafted supplemental notice regarding loan modification readiness conference.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.40  | 132.00 |
|            |     | **For professional services rendered**                                                                                       | **2.90** | **922.00** |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 3

| | | |
|---|---|---:|
| | MTF Discount | -922.00 |

| Additional Charges | |
|---|---:|
| | **Amount** |
| 02/03/2017  1/31/2017   Golden State Overnight Services of Defendant Wells Fargo Bank, N.A.'s Notice re Loan Modification Readiness Conference to Judge Josephine L. Staton at USDC, Santa Ana, CA on 1/27/17. Tracking #534835177. Invoice #3265382. | 13.97 |
| E108 - Postage | |

| | | |
|---|---|---:|
| | **Total Costs** | **13.97** |

| Timekeeper Summary | | | |
|---|---:|---:|---:|
| **Name** | **Hours** | **Rate** | **Amount** |
| Shulman, Jeremy E. | 0.20 | 330.00 | 66.00 |
| Wu, Yaw-Jiun | 2.40 | 330.00 | 792.00 |
| Martinez, Emily V. | 0.20 | 155.00 | 31.00 |
| Curran, Leigh O. | 0.10 | 330.00 | 33.00 |
| Totals | 2.90 | | 922.00 |

| | | |
|---|---|---:|
| | **Total amount of this bill** | **13.97** |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 51

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ▮▮▮▮▮

Wells Fargo Bank



April 27, 2017

| | |
|---|---|
| Invoice # | 103668 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through March 31, 2017

| | | | Hours | Amount |
|---|---|---|---|---|
| | | **Professional Services** | | |
| 03/01/2017 | GWU | Email to plaintiffs' counsel regarding plan for second supplemental notice.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 03/01/2017 | GWU | Drafted second supplemental notice regarding loan modification readiness conference and request to cancel.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.40 | 132.00 |
| 03/02/2017 | GIF | Update case information in preparation to send to client.<br>A103 - Draft/revise<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 11.50 |
| 03/06/2017 | GWU | Drafted executive summary for ADR and recommended settlement authority.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.50 | 165.00 |
| 03/06/2017 | GWU | Telephone call with Diane from plaintiff's counsel regarding fresh 4506- | 0.30 | 99.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                              Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| | | T (.2) and confirming email (.1). A107 - Communicate (other outside counsel) L160 - Settlement/Non-Binding ADR | | |
| 03/07/2017 | GWU | Telephone call and reviewed email ███████████. A106 - Communicate (with client) L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 03/07/2017 | GWU | Email to plaintiff's counsel regarding continuing mediation. A107 - Communicate (other outside counsel) L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 03/08/2017 | GWU | Exchanged emails with Plaintiff's counsel regarding new 4506-T. A107 - Communicate (other outside counsel) L160 - Settlement/Non-Binding ADR | 0.10 | 33.00 |
| 03/08/2017 | GWU | ████████████ A106 - Communicate (with client) L160 - Settlement/Non-Binding ADR | 0.10 | 33.00 |
| 03/09/2017 | GWU | Exchanged emails with ADR Officer and plaintiffs' counsel continuing mediation to April 4. A108 - Communicate (other external) L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 03/09/2017 | GWU | Email ██████████████. A106 - Communicate (with client) L160 - Settlement/Non-Binding ADR | 0.10 | 33.00 |
| 03/14/2017 | EVM | Email correspondence with client ███████████████████ ████. A106 - Communicate (with client) L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |
| 03/15/2017 | GWU | Attention to emails █████████████ (.2), exchanged emails ████████████ (.2). A106 - Communicate (with client) L160 - Settlement/Non-Binding ADR | 0.40 | 132.00 |
| 03/16/2017 | GWU | Exchanged emails █████████████ ████████. A106 - Communicate (with client) L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 03/21/2017 | EVM | Email communication with plaintiff's counsel regarding loan modification update. | 0.10 | 15.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                          Page 3

|            |     |                                                                                                                                                   | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration                                          |           |            |
| 03/21/2017 | EVM | Email communication with client ██████████████ ████████████.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 03/27/2017 | GWU | Email ██████████████████████████<br>(.1), ████████████████████████ (.1).<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.20      | 66.00      |
| 03/27/2017 | EVM | Review on-line case information in preparation for drafting a Stipulation to Extend Date to Complete Loan Modification Mediation (.1); procure federal register of action for attorney review (.1).<br>A104 - Review/analyze<br>L210 - Pleadings | 0.20      | 31.00      |
| 03/27/2017 | EVM | Initial draft of Stipulation to Extend Date to Complete Loan Modification Mediation.<br>A103 - Draft/revise<br>L210 - Pleadings                    | 0.60      | 93.00      |
| 03/28/2017 | GWU | Exchanged emails with Court's ADR officer regarding no underwriting decision yet and extension of deadline by 45 days.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.30      | 99.00      |
| 03/28/2017 | GWU | Reviewed and revised draft Stipulation and Order to extend mediation deadline.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR          | 0.30      | 99.00      |
| 03/28/2017 | EVM | Initial draft of Joint Stipulation to Extend Loan Modification Mediation (.8); initial draft of Proposed Order Granting Joint Stipulation to Extend Loan Modification Mediation (.3).<br>A103 - Draft/revise<br>L210 - Pleadings | 1.10      | 170.50     |
| 03/29/2017 | GWU | Exchanged emails with clients ██████████████████ ████████████.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR            | 0.20      | 66.00      |
| 03/29/2017 | GWU | Exchanged emails with mediator regarding her available dates.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR          | 0.20      | 66.00      |

---

**AFRCT**

Client Number: 93000-BR2050                                                                Page 4

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/29/2017 | GWU | Revised stipulation and proposed order with extended dates due to mediator's unavailability.<br>A103 - Draft/revise<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 03/30/2017 | EVM | Email communications with client ████████████████ ████████████████████████. <br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |
| 03/30/2017 | EVM | Email communications with plaintiffs' counsel regarding loan modification submission and request for additional documents.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |
| 03/31/2017 | GWU | Updated entry ████████████████ (.2), exchanged emails ████ ████████████████████ (.2).<br>A106 - Communicate (with client)<br>L120 - Analysis/Strategy | 0.40 | 132.00 |
| 03/31/2017 | GWU | Exchanged emails with court clerk regarding stipulation and proposed order to continue mediation deadline (.2), email and telephone call with ADR Officer regarding whether mediation will go forward and whether telephonic appearance would be permitted (.2).<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.40 | 132.00 |

| | | | | |
|---|---|---|---|---|
| | **For professional services rendered** | | **8.20** | **2,212.00** |
| | MTF Discount | | | -2,212.00 |

| **Additional Charges** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 03/03/2017 | 2/28/2017 | Golden State Overnight Services of Defendant Wells Fargo Bank, N.A.'s Supplemental Notice re Loan Modification Readiness Conference to Judge Josephine L. Staton at USDC, Santa Ana, CA on 02/24/17. Tracking #535161518.  Invoice #3290646.<br>E108 - Postage | | 14.04 |
| 03/20/2017 | 3/15/2017 | Golden State Overnight Services of Second Supplemental Notice re Loan Modification Readiness Conference of Defendant Wells Fargo to Judge Josephine L. Staton at USDC, Santa Ana, CA on 03/01/17. Tracking #535207057.  Invoice #3295326.<br>E108 - Postage | | 14.10 |

| | | | | |
|---|---|---|---|---|
| | **Total Costs** | | | **28.14** |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                       Page 5

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 5.40 | 330.00 | 1,782.00 |
| Martinez, Emily V. | 2.70 | 155.00 | 418.50 |
| Figueroa, G. Isaac | 0.10 | 115.00 | 11.50 |
| Totals | 8.20 | | 2,212.00 |

**Total amount of this bill**                                                                                    **28.14**

---

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: 

Wells Fargo Bank

June 27, 2017

| | |
|---|---|
| Invoice # | 105098 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through May 31, 2017

| | | | Hours | Amount |
|---|---|---|---|---|
| | | **Professional Services** | | |
| 04/02/2017 | GWU | Emailed ▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.10 | 33.00 |
| | | A106 - Communicate (with client) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 04/04/2017 | GWU | Reviewed court order and exchanged emails with Court's ADR Officer regarding scheduling mediation only after underwriting decision. | 0.30 | 99.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 04/13/2017 | GWU | Attention to email exchange with plaintiffs' counsel regarding missing documents letter and letters of explanation. | 0.20 | 66.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L160 - Settlement/Non-Binding ADR | | |
| 04/13/2017 | EVM | Email communications with borrowers/plaintiffs counsel regarding additional information needed for loan modification consideration. | 0.20 | 31.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L190 - Other Case Assessment, Development and Administration | | |
| 04/13/2017 | EVM | Email communications with client ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 31.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 57

**AFRCT**

Client Number: 93000-BR2050                                                          Page 2

|            |     |                                                                                                                                                                                 | **Hours** | **Amount** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | ███████████████████████ <br> A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration                                                  |           |            |
| 04/18/2017 | EVM | Email communication with Plaintiffs/borrowers counsel regarding April 11, 2017 letter to borrowers. <br> A103 - Draft/revise <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 04/25/2017 | EVM | Email communication with borrowers/plaintiff counsel regarding additional documentation needed. <br> A107 - Communicate (other outside counsel) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 04/25/2017 | EVM | Email communication with client ██████████████████ <br> ████████████████. <br> A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 04/28/2017 | EVM | Email communication with plaintiff's counsel regarding additional documentation needed for loan modification review. <br> A107 - Communicate (other outside counsel) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 04/28/2017 | EVM | Email communication with client ████████████████████ <br> ██████████████. <br> A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 05/10/2017 | EVM | Email communication with client ████████████████████. <br> A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 05/10/2017 | EVM | Telephone communication with plaintiffs counsel regarding loan modification update. <br> A107 - Communicate (other outside counsel) <br> L190 - Other Case Assessment, Development and Administration | 0.10      | 15.50      |
| 05/16/2017 | GWU | Reviewed emails regarding modification decision and assess need for further continuance and office conference with Emily Martinez for further stipulation. <br> A104 - Review/analyze <br> L160 - Settlement/Non-Binding ADR | 0.30      | 99.00      |
| 05/17/2017 | EVM | Initial draft of Second Joint Stipulation to Extend Loan Modification Mediation Deadline (.5); initial draft of Proposed Order Granting Second Joint Stipulation to Extend Loan Modification Mediation Deadline (.2). | 0.70      | 108.50     |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                          Page 3

|            |     |                                                                                                      | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | A103 - Draft/revise<br>L210 - Pleadings                                                               |       |        |
| 05/18/2017 | GWU | Reviewed and revised draft stipulation to continue mediation deadline and proposed order.<br>A104 - Review/analyze<br>L160 - Settlement/Non-Binding ADR | 0.30  | 99.00  |
| 05/18/2017 | GWU | Emails to plaintiff's counsel regarding stipulation and order to continue mediation deadline.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.20  | 66.00  |
| 05/25/2017 | EVM | Email communication with plaintiffs/borrowers counsel regarding progress of loan modification.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |
| 05/26/2017 | EVM | Email communication with client ██████████<br>████████<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |
| 05/26/2017 | EVM | Email communication with plaintiffs/borrowers counsel regarding progress of loan modification.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | 0.10  | 15.50  |

|                                              | Hours | Amount  |
|----------------------------------------------|-------|---------|
| **For professional services rendered**       | 3.50  | 787.50  |
| MTF Discount                                 |       | -787.50 |

| Additional Charges |
|---|

|            |           |                                                                                                                                                                                                                                                                  | Amount |
|------------|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
| 04/05/2017 | 3/31/2017 | Golden State Overnight Services of Joint Stipulation to Extend Date to Complete Loan Modification Settlement Conference; Proposed Order Granting Joint Stipulation to Extend Date to Complete Loan Modification Settlement Conference to Judge Josephine Staton at US District Court, Santa Ana, CA on 03/29/17. Tracking #535555222. Invoice #3316283. | 14.10  |
|            | E108 - Postage |                                                                                                                                                                                                                                             |        |

|                  | Amount |
|------------------|--------|
| **Total Costs**  | 14.10  |

| Timekeeper Summary |
|---|

| Name          | Hours | Rate   | Amount |
|---------------|-------|--------|--------|
| Wu, Yaw-Jiun  | 1.40  | 330.00 | 462.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 4

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Martinez, Emily V. | 2.10 | 155.00 | 325.50 |
| Totals | 3.50 | | 787.50 |

**Total amount of this bill**                                **14.10**

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: █████

Wells Fargo Bank



July 26, 2017

Invoice #            105896
In Reference To:     Adam, Dino (2) (WF2016024960)
Client Number:       93000-BR2050

For Services Rendered Through June 30, 2017

| | Professional Services | | Hours | Amount |
|---|---|---|---|---|
| 06/08/2017 MSS | Review file regarding current case information in preparation to update client. | | 0.10 | 14.00 |
| | A104 - Review/analyze | | | |
| | L190 - Other Case Assessment, Development and Administration | | | |
| 06/20/2017 GIF | Update case information in preparation to send to client. | | 0.10 | 11.50 |
| | A103 - Draft/revise | | | |
| | L190 - Other Case Assessment, Development and Administration | | | |
| 06/29/2017 EVM | Email communication with plaintiffs/borrowers counsel regarding acknowledgement letter of receipt of documentation for loan modification review and additional documentation required. | | 0.20 | 31.00 |
| | A107 - Communicate (other outside counsel) | | | |
| | L190 - Other Case Assessment, Development and Administration | | | |
| | **For professional services rendered** | | **0.40** | **56.50** |
| | MTF Discount | | | -56.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Sinclair, Malinda S. | 0.10 | 140.00 | 14.00 |
| Martinez, Emily V. | 0.20 | 155.00 | 31.00 |
| Figueroa, G. Isaac | 0.10 | 115.00 | 11.50 |
| Totals | 0.40 | | 56.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 62

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: █████████

Wells Fargo Bank

███████████████████████████████████

August 24, 2017

Invoice #              106611
In Reference To:   Adam, Dino (2) (WF2016024960)
Client Number:    93000-BR2050

For Services Rendered Through July 31, 2017

| | | | | | Professional Services | | | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/20/2017 | EVM | Email communication with client ████████████████████████ ████████. | | | | | | 0.10 | 15.50 |
| | | A106 - Communicate (with client) | | | | | | | |
| | | L190 - Other Case Assessment, Development and Administration | | | | | | | |
| 07/20/2017 | EVM | Email communication with plaintiffs' counsel regarding requested loan modification documentation. | | | | | | 0.10 | 15.50 |
| | | A107 - Communicate (other outside counsel) | | | | | | | |
| | | L190 - Other Case Assessment, Development and Administration | | | | | | | |
| 07/25/2017 | EVM | Email communication with plaintiffs' counsel regarding additional documentation to submit for loan modification review. | | | | | | 0.10 | 15.50 |
| | | A107 - Communicate (other outside counsel) | | | | | | | |
| | | L190 - Other Case Assessment, Development and Administration | | | | | | | |
| 07/25/2017 | EVM | Email communication with client ████████████████████████ ███████████████████. | | | | | | 0.10 | 15.50 |
| | | A106 - Communicate (with client) | | | | | | | |
| | | L190 - Other Case Assessment, Development and Administration | | | | | | | |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/28/2017 | EVM | Email communications with borrowers/plaintiffs counsel regarding additional documentation needed to complete loan modification review. | 0.20 | 31.00 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L190 - Other Case Assessment, Development and Administration | | |

| | | | |
|---|---|---|---|
| **For professional services rendered** | **0.60** | **93.00** | |
| MTF Discount | | -93.00 | |

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Martinez, Emily V. | 0.60 | 155.00 | 93.00 |
| Totals | 0.60 | | 93.00 |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 64

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ██████

Wells Fargo Bank

██████████████████████████

September 14, 2017

| | |
|---|---|
| Invoice # | 107007 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through August 31, 2017

| Professional Services | | | | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2017 | EVM | Email correspondence with plaintiffs/borrowers counsel regarding loan modification documentation.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | | 0.10 | 15.50 |
| 08/16/2017 | EVM | Email communication with plaintiffs' counsel regarding Wells Fargo's August 15, 2017 acknowledgement of receipt of documentation.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | | 0.10 | 15.50 |
| 08/16/2017 | EVM | Email communication with client ██████████████████████████<br>██████████████<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | | 0.10 | 15.50 |
| 08/18/2017 | EVM | Initial draft of Third Joint Stipulation to Extend Loan Modification Mediation Date (.4); initial draft of Proposed Order Granting Third Joint Stipulation to Extend Loan Modification Mediation Date (.2). | | 0.60 | 93.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| | | A103 - Draft/revise<br>L210 - Pleadings | | | |
| 08/22/2017 | GWU | Exchanged emails with plaintiffs' counsel regarding missing paystubs for Luke Adams.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 08/22/2017 | GWU | Exchanged emails ███████████████████████<br>████████████<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 08/22/2017 | EVM | Email communications with plaintiffs' counsel regarding additional documentation needed for loan modification review.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |
| 08/23/2017 | GWU | Closely reviewed lengthy explanation from bank's loss mitigation department.<br>A104 - Review/analyze<br>L160 - Settlement/Non-Binding ADR | 0.50 | 165.00 |
| 08/23/2017 | GWU | Exchanged emails ██████████████████████<br>█████████<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 08/23/2017 | GWU | Office conference with Emily Martinez ████████████████<br>███████<br>A105 - Communicate (in firm)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 08/28/2017 | GWU | Prepared for call with client regarding income discrepancies for Luke Adams.<br>A101 - Plan and prepare for<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 08/28/2017 | GWU | Conference call with Ms. Shuller and Ms. Torres regarding type of income for Luke Adams and next steps.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 08/28/2017 | EVM | Telephone conference with Mr, Wu and client ████████████<br>████████████████<br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.40 | 62.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/28/2017 | EVM | Email communication with Plaintiffs' counsel regarding Luke Adam's current employment and/or income classification for loan modification purposes.<br>A107 - Communicate (other outside counsel)<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 15.50 |
| 08/28/2017 | EVM | Email communication with the client r███████████████████████<br>████████████████████████████████.<br>A106 - Communicate (with client)<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 15.50 |
| 08/29/2017 | GWU | Reviewed order relieving plaintiff's counsel.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.20 | 66.00 |
| 08/29/2017 | GWU | Exchanged emails with former plaintiffs' counsel regarding continuance of foreclosure stay.<br>A107 - Communicate (other outside counsel)<br>L210 - Pleadings | 0.20 | 66.00 |
| 08/29/2017 | GWU | Telephone calls with Dino Adam on next step regarding foreclosure stay and missing documents (.4), email to ADR officer regarding plaintiffs now in pro se and extension of stay (.2).<br>A108 - Communicate (other external)<br>L210 - Pleadings | 0.60 | 198.00 |
| 08/29/2017 | GWU | Revised stipulation for further extension and proposed order.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.30 | 99.00 |
| 08/30/2017 | GWU | Finalized third stipulation to extend ADR deadline.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.20 | 66.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **5.10** | **1,385.50** |
| MTF Discount | | -1,385.50 |

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 3.40 | 330.00 | 1,122.00 |
| Martinez, Emily V. | 1.70 | 155.00 | 263.50 |
| Totals | 5.10 | | 1,385.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ████████

Wells Fargo Bank



October 16, 2017

| | |
|---|---|
| Invoice # | 107961 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through September 30, 2017

| **Professional Services** | | **Hours** | **Amount** |
|---|---|---|---|
| 09/07/2017 GWU | Exchanged emails ██████████████████. | 0.20 | 66.00 |
| | A106 - Communicate (with client) | | |
| | L160 - Settlement/Non-Binding ADR | | |
| 09/07/2017 GWU | Office conference with Emily Martinez ████████████ ██████████████. | 0.10 | 33.00 |
| | A105 - Communicate (in firm) | | |
| | L150 - Budgeting | | |
| 09/07/2017 EVM | Email communications with Plaintiff regarding requested documentation for loan modification. | 0.20 | 31.00 |
| | A108 - Communicate (other external) | | |
| | L190 - Other Case Assessment, Development and Administration | | |
| 09/14/2017 EVM | Telephone conference with Mr. Dino Adam regarding documentation needed and approaching deadline (.1); email communication with Mr. Dino Adam regarding documentation needed and approaching deadline (.1). | 0.20 | 31.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 68

**AFRCT**

Client Number: 93000-BR2050                                                             Page 2

|            |     |                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
|            |     | A108 - Communicate (other external) <br> L190 - Other Case Assessment, Development and Administration | | |
| 09/19/2017 | EVM | Email communication and telephone conference with Mr. Adam regarding additional documentation received for loan modification review. | 0.20 | 31.00 |
|            |     | A108 - Communicate (other external) <br> L190 - Other Case Assessment, Development and Administration | | |
| 09/19/2017 | EVM | Email communication with client ███████████████ ███████████████████. | 0.10 | 15.50 |
|            |     | A106 - Communicate (with client) <br> L190 - Other Case Assessment, Development and Administration | | |
| 09/29/2017 | GWU | Exchanged emails ████████████████████████ ████████████████████. | 0.20 | 66.00 |
|            |     | A106 - Communicate (with client) <br> L160 - Settlement/Non-Binding ADR | | |

|                                              | Hours | Amount  |
|----------------------------------------------|-------|---------|
| **For professional services rendered**       | **1.20** | **273.50** |
| MTF Discount                                 |       | -273.50 |

| **Additional Charges** | | | Amount |
|-----------|-----------|--------------------------------------------------|--------|
| 09/06/2017 | 8/31/2017 | Golden State Overnight Services of Third Joint Stipulation to Extend Date to Complete Loan Modification Settlement Conference; Proposed Order Granting Third Joint Stipulation to Extend Date to Complete Loan Modification Settlement Conference to Judge Josephine Staton at US District Court, Santa Ana, CA on 08/30/17. Tracking #537439287. Invoice #3424703. | 14.10 |
|           | E108 - Postage | | |

| **Total Costs** | **14.10** |
|-----------------|-----------|

| **Timekeeper Summary** | | | |
|------------------------|-------|-------|--------|
| **Name**               | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun           | 0.50  | 330.00 | 165.00 |
| Martinez, Emily V.     | 0.70  | 155.00 | 108.50 |
| Totals                 | 1.20  |        | 273.50 |

| **Total amount of this bill** | **14.10** |
|-------------------------------|-----------|

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

## ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank



November 17, 2017

| | |
|---|---|
| Invoice # | 108862 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through October 31, 2017

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 10/03/2017 GWU ██████████████ | | 0.20 | 66.00 |
| A106 - Communicate (with client) | | | |
| L120 - Analysis/Strategy | | | |
| 10/04/2017 EVM Telephone conference with Mr. Dino Adam regarding loan modification. | | 0.10 | 15.50 |
| A108 - Communicate (other external) | | | |
| L190 - Other Case Assessment, Development and Administration | | | |
| 10/04/2017 EVM Email communication with Mr. Wu ████████████████████. | | 0.10 | 15.50 |
| A105 - Communicate (in firm) | | | |
| L190 - Other Case Assessment, Development and Administration | | | |
| 10/04/2017 EVM Email communication ███████████████████ ██████████ | | 0.10 | 15.50 |
| A106 - Communicate (with client) | | | |
| L190 - Other Case Assessment, Development and Administration | | | |
| 10/04/2017 GWU Telephone call with Dino Adams regarding rain damages, insurance proceeds and mold remediation (.2), reviewed insurance estimate | | 0.40 | 132.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 70

**AFRCT**

Client Number: 93000-BR2050                                                                     Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | regarding work and joint check (.2).<br>A108 - Communicate (other external)<br>L110 - Fact Investigation/Development |  |  |
| 10/05/2017 | GWU | Exchanged emails ███████████████████<br>███████████████████<br>A106 - Communicate (with client)<br>L110 - Fact Investigation/Development | 0.30 | 99.00 |
| 10/05/2017 | GWU | Telephone call with Dino Adam regarding hazard insurance package from Assurant and next steps.<br>A108 - Communicate (other external)<br>L110 - Fact Investigation/Development | 0.20 | 66.00 |
| 10/16/2017 | GWU | Reviewed loan modification denial letter.<br>A104 - Review/analyze<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 10/16/2017 | GWU | Emailed loan modification denial letter and outlined next steps with Dino Adams (.2), telephone call with Dino Adams (.2).<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.40 | 132.00 |
| 10/16/2017 | GWU | Exchanged emails with Court's ADR Officer regarding available dates in November.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 10/16/2017 | GWU | Email ███████████████████.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 10/18/2017 | GWU | Call with Dino Adams re denial and missing documents.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 10/18/2017 | GWU | Exchanged emails ███████████████████<br>███████<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 10/25/2017 | EVM | Email communication with plaintiffs/borrowers pro per transferring Wells Fargo Disaster Acknowledgement Notification letter.<br>A108 - Communicate (other external)<br>L190 - Other Case Assessment, Development and Administration | 0.10 | 15.50 |
| 10/26/2017 | EVM | Email communication with Mr. Adam transferring October 16, 2017 Letter from Wells Fargo with appraisal information used during Loan | 0.10 | 15.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Modification review.<br>A108 - Communicate (other external)<br>L190 - Other Case Assessment, Development and Administration | | |
| 10/26/2017 | GWU | Exchanged emails ███████████████ (.2), telephone call ███████████ (.3), telephone call ███████████ ███████████ (.3).<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.80 | 264.00 |
| 10/26/2017 | GWU | Telephone call and exchanged emails with Dino Adam regarding ADR scheduling for Nov. 14.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 10/26/2017 | GWU | Emails to Court's ADR Officer regarding Nov. 13 at 3pm and Nov. 14 at 10:30 am for mediation.<br>A108 - Communicate (other external)<br>L160 - Settlement/Non-Binding ADR | 0.20 | 66.00 |
| 10/30/2017 | EVM | Search on California Bar site for attorney Kimberly Jo Manning (.1); ███████████ (.1).<br>A104 - Review/analyze<br>L190 - Other Case Assessment, Development and Administration | 0.20 | 31.00 |
| 10/31/2017 | GWU | Analyzed and responded to email from plaintiff's potential counsel regarding date of mediation.<br>A107 - Communicate (other outside counsel)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |
| 10/31/2017 | GWU | ███████████████████████████<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | 0.30 | 99.00 |

| | **For professional services rendered** | **5.30** | **1,626.50** |
|---|---|---|---|
| | MTF Discount | | -1,626.50 |

| **Timekeeper Summary** | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 4.60 | 330.00 | 1,518.00 |
| Martinez, Emily V. | 0.70 | 155.00 | 108.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050 Page 4

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Totals | 5.30 | | 1,626.50 |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 73

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank

███████████████████████████████

December 13, 2017

Invoice #            109603
In Reference To:     Adam, Dino (2) (WF2016024960)
Client Number:       93000-BR2050

For Services Rendered Through November 30, 2017

| Professional Services | | Hours | Amount |
| --- | --- | --- | --- |
| 11/01/2017 GWU | Emailed ████████████████████████. | 0.20 | 66.00 |
| | A106 - Communicate (with client) | | |
| | L160 - Settlement/Non-Binding ADR | | |
| 11/03/2017 GWU | Exchanged emails with clients ████████████ ████████████████████. | 0.30 | 99.00 |
| | A106 - Communicate (with client) | | |
| | L160 - Settlement/Non-Binding ADR | | |
| 11/03/2017 GWU | Emailed request to ADR Officer for telephonic appearance to Nov. 14, 2017 mediation and to set that date and time. | 0.40 | 132.00 |
| | A108 - Communicate (other external) | | |
| | L160 - Settlement/Non-Binding ADR | | |
| 11/06/2017 GWU | Updated monthly case list (.1). | 0.10 | 33.00 |
| | A103 - Draft/revise | | |
| | L120 - Analysis/Strategy | | |
| 11/06/2017 GWU | Email to clients █████████████████. | 0.10 | 33.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 2

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| | | A106 - Communicate (with client) | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/07/2017 | GWU | Follow-up email ███████████████ ████████. | | 0.20 | 66.00 |
| | | A106 - Communicate (with client) | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/08/2017 | GWU | Reviewed loan modification history, appraisal and documents submitted (1.3), reviewed loan modification file for pre-litigation denials (.3), reviewed loan file for bankruptcy discharge of ELOC lien (.3). | | 1.90 | 627.00 |
| | | A104 - Review/analyze | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/08/2017 | GWU | Call ███████████████ (.5), email to clients ███████████████ (.2). | | 0.70 | 231.00 |
| | | A106 - Communicate (with client) | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/08/2017 | GWU | Call with mediator for background. | | 0.30 | 99.00 |
| | | A108 - Communicate (other external) | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/08/2017 | EVM | Lexis search for Staton case decisions specific to HOLA (.2); search case files for Staton case decisions specific to HOLA (.2). | | 0.40 | 62.00 |
| | | A104 - Review/analyze | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/08/2017 | EVM | Review client loan documents for denial letters, loan modification agreements and Request Modification Assistance Cancellation letters. | | 0.60 | 93.00 |
| | | A104 - Review/analyze | | | |
| | | L210 - Pleadings | | | |
| 11/09/2017 | GWU | Exchanged emails with new plaintiff's counsel regarding time, date and appearance of mediation. | | 0.20 | 66.00 |
| | | A107 - Communicate (other outside counsel) | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/09/2017 | GWU | Reviewed court's local rules regarding confidential settlement statement. | | 0.20 | 66.00 |
| | | A104 - Review/analyze | | | |
| | | L160 - Settlement/Non-Binding ADR | | | |
| 11/09/2017 | GWU | Exchanged emails with appointed mediator regarding confidential settlement statement. | | 0.20 | 66.00 |
| | | A108 - Communicate (other external) | | | |
| | | L210 - Pleadings | | | |

EXHIBIT B TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 75

**AFRCT**

Client Number: 93000-BR2050                                                                                   Page 3

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 11/10/2017 | GWU | Reviewed payoff estimate and compared with appraisal for equity position.<br>A104 - Review/analyze<br>L160 - Settlement/Non-Binding ADR | | 0.30 | 99.00 |
| 11/13/2017 | GWU | Exchanged emails with client ██████████.<br>A106 - Communicate (with client)<br>L160 - Settlement/Non-Binding ADR | | 0.20 | 66.00 |
| 11/13/2017 | GWU | Reviewed ELOC charged off records and prepare for mediation.<br>A101 - Plan and prepare for<br>L160 - Settlement/Non-Binding ADR | | 0.50 | 165.00 |
| 11/14/2017 | GWU | Attended loan modification settlement conference.<br>A109 - Appear for/attend<br>L160 - Settlement/Non-Binding ADR | | 3.00 | 990.00 |
| 11/14/2017 | EVM | Joint Status Report on Loan Modification Mediation Conference.<br>A103 - Draft/revise<br>L210 - Pleadings | | 0.70 | 108.50 |
| 11/15/2017 | GWU | Revised joint post-mediation report.<br>A103 - Draft/revise<br>L210 - Pleadings | | 0.30 | 99.00 |
| 11/15/2017 | GWU | Exchanged emails with plaintiff's counsel regarding joint report, motion to remand and filing.<br>A107 - Communicate (other outside counsel)<br>L210 - Pleadings | | 0.20 | 66.00 |
| 11/15/2017 | EVM | Initial draft of Renewed Notice of Motion to Dismiss First Amended Complaint.<br>A103 - Draft/revise<br>L210 - Pleadings | | 0.50 | 77.50 |

| | | | | |
|---|---|---|---|---|
| | **For professional services rendered** | | **11.50** | **3,410.00** |
| | MTF Discount | | | -3,410.00 |

| **Additional Charges** | | | |
|---|---|---|---|
| | | | **Amount** |
| 11/20/2017 | 11/15/2017 | Golden State Overnight Services of Joint Status Report on Loan Modification Mediation Conference to Judge Josephine Staton at US District Court, Santa Ana, CA on 11/15/17. Tracking #538391934. Invoice #3493013. | 31.92 |
| | | E108 - Postage | |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Name: 93000-BR2050

Page 4

| | Amount |
|---|---|
| **Total Costs** | **31.92** |

| Timekeeper Summary | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 9.30 | 330.00 | 3,069.00 |
| Martinez, Emily V. | 2.20 | 155.00 | 341.00 |
| Totals | 11.50 | | 3,410.00 |

| | Amount |
|---|---|
| **Total amount of this bill** | **31.92** |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: █████████

Wells Fargo Bank



January 12, 2018

Invoice #            110049
In Reference To:    Adam, Dino (2) (WF2016024960)
Client Number:      93000-BR2050

For Services Rendered Through December 31, 2017

| | Professional Services | Hours | Amount |
|---|---|---|---|
| | | **Hours** | **Amount** |
| 12/26/2017 GWU | Briefly reviewed Opposition to Motion to Dismiss First Amended Complaint and noted missed deadline.<br>A104 - Review/analyze<br>L210 - Pleadings | 0.50 | 165.00 |
| 12/27/2017 GWU | Reviewed First Amended Complaint, Motion to Dismiss and Opposition and formulated initial arguments.<br>A104 - Review/analyze<br>L210 - Pleadings | 1.30 | 429.00 |
| 12/27/2017 GWU | Drafted reply in support of Motion to Dismiss First Amended Complaint, introduction section (.3), HOLA (.2), material violation first part (1.4), outlined remaining sections (.4).<br>A103 - Draft/revise<br>L210 - Pleadings | 2.30 | 759.00 |
| 12/28/2017 GWU | Drafted sections of reply regarding substitution of trustee and chain of title of the loan (.5), completed no material violation and cure provision for HBOR causes of action (2.3), no reliance and reliance not justifiable for fraud and negligent misrepresentation (1.1), section on | 4.20 | 1,386.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 78

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Lueras as followed in Ninth Circuit (.3). A103 - Draft/revise L210 - Pleadings |  |  |
| 12/29/2017 | GWU | Drafted remaining sections of reply (.8) and reviewed and finalized reply as a whole (.9). A103 - Draft/revise L210 - Pleadings | 1.70 | 561.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| **For professional services rendered** |  | **10.00** | **3,300.00** |
| MTF Discount |  |  | -3,300.00 |

| Additional Charges |
|---|

|  |  |  | Amount |
|---|---|---|---|
| 12/05/2017 | 11/30/2017 | Golden State Overnight Services of Wells Fargo Bank's Renewed Motion to Dismiss Plaintiff's First Amended Complaint to Judge Josephine Staton at US District Court, Santa Ana, CA on 11/27/17. Tracking #538499505. Invoice #3506174. | 14.16 |
|  |  | E108 - Postage |  |
| 12/13/2017 | 12/13/2017 | Parking at US District Court, Los Angeles, CA while attending Mediation on 11/14/17. | 25.00 |
|  |  | E124 - Other |  |

|  | Amount |
|---|---|
| **Total Costs** | **39.16** |

| Timekeeper Summary |
|---|

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wu, Yaw-Jiun | 10.00 | 330.00 | 3,300.00 |
| Totals | 10.00 |  | 3,300.00 |

|  | Amount |
|---|---|
| **Total amount of this bill** | **39.16** |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank

██████████████████████████

February 27, 2018

| | |
|---|---|
| Invoice # | 111169 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through January 31, 2018

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 01/02/2018 GWU | Analyzed motion to remand (.5), complaint, First Amended Complaint (.6) and formulated arguments for opposition (.6).<br>A104 - Review/analyze<br>L210 - Pleadings | | 1.70 | 491.30 |
| 01/02/2018 GWU | Drafted opposition to motion to remand, introduction section (.8), section that initial complaint controls (.7).<br>A103 - Draft/revise<br>L210 - Pleadings | | 1.50 | 433.50 |
| 01/02/2018 EVM | Initial draft of Amended Joint Rule 26(f) Report.<br>A103 - Draft/revise<br>L210 - Pleadings | | 0.90 | 146.70 |
| 01/02/2018 GWU | Legal research on either view point test for amount in controversy.<br>A102 - Research<br>L210 - Pleadings | | 0.50 | 144.50 |
| 01/03/2018 GWU | Drafted section of Opposition to Motion to Remand on: limit in First Amended Complaint to be disregarded (.3), relevant factual summary | | 4.90 | 1,416.10 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                    Page 2

|            |     |                                                                                                                                                                                                                     | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | (.8), standard for remand motions and summary of amount in controversy (1.0), either view point test (.8), facially apparent test (1.1), permanent injunction (.5), section on fee request (.4). A103 - Draft/revise L210 - Pleadings |           |            |
| 01/03/2018 | GWU | Legal research on when evidence is not necessary to oppose motion to remand and facially apparent test. A102 - Research L210 - Pleadings                                                                                | 1.10      | 317.90     |
| 01/03/2018 | EVM | Initial draft of Exhibit A Proposed Pretrial and Trial Dates to Joint Rule 26(f) Report. A103 - Draft/revise L210 - Pleadings                                                                                          | 0.70      | 114.10     |
| 01/04/2018 | GWU | Revised and finalized opposition to motion to remand. A103 - Draft/revise L210 - Pleadings                                                                                                                             | 1.10      | 317.90     |
| 01/10/2018 | EVM | Examination, preparation,amalgamation and summary of relevant pleadings for attorney review in preparation for hearing. A104 - Review/analyze L210 - Pleadings                                                         | 0.80      | 130.40     |
| 01/16/2018 | GWU | Reviewed court's standing order on scheduling conference and joint Rule 26(f) report. A104 - Review/analyze L210 - Pleadings                                                                                            | 0.30      | 86.70      |
| 01/16/2018 | GWU | Drafted and revised Joint Rule 26(f) Report (1.0), calculated deadlines based on the Court's presumptive deadlines in Scheduling Order (.3). A103 - Draft/revise L210 - Pleadings                                       | 1.30      | 375.70     |
| 01/16/2018 | GWU | Sent draft Joint Rule 26(f) Report to plaintiff's counsel for review and set deadline for input and response. A107 - Communicate (other outside counsel) L210 - Pleadings                                              | 0.20      | 57.80      |
| 01/24/2018 | FJH | Begin analysis of motion to remand by Plaintiff (.2), Motion to Dismiss (.1), and history of case (.1) and track record of this judge (.1). A104 - Review/analyze L250 - Other Written Motions and Submissions         | 0.50      | 140.00     |
| 01/24/2018 | GWU | Office conference with Fred J. Hickman ███████████████ (.2) and ██████ ████████████████████ (.1).                                                                                                                    | 0.30      | 86.70      |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A105 - Communicate (in firm) | | |
| | | L120 - Analysis/Strategy | | |
| 01/30/2018 | GWU | Exchanged emails with Fred J. Hickman ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.20 | 57.80 |
| | | A105 - Communicate (in firm) | | |
| | | L450 - Trial and Hearing Attendance | | |

| | | **For professional services rendered** | **16.00** | **4,317.10** |
|---|---|---|---|---|
| | | MTF Discount | | -4,317.10 |

| **Additional Charges** | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 01/04/2018 | 12/31/2017 | Golden State Overnight Services of Wells Fargo Bank's Reply in Support of its Renewed Motion to Dismiss Plaintiff's First Amended Complaint to Judge Josephine Staton at US District Court, Santa Ana, CA on 12/29/17. Tracking #538925810. Invoice #3525361. | | 19.00 |
| | E108 - Postage | | | |
| 01/18/2018 | 1/15/2018 | Golden State Overnight Services of Wells Fargo's Opposition to Plaintiffs' Motion to Remand to Judge Josephine Staton at US District Court, Santa Ana, CA on 01/04/18. Tracking #538982966. Invoice #3543419. | | 21.81 |
| | E108 - Postage | | | |

| | | **Total Costs** | | **40.81** |
|---|---|---|---|---|

| **Timekeeper Summary** | | | | |
|---|---|---|---|---|
| **Name** | | **Hours** | **Rate** | **Amount** |
| Hickman, Frederick J. | | 0.50 | 280.00 | 140.00 |
| Wu, Yaw-Jiun | | 13.10 | 289.00 | 3,785.90 |
| Martinez, Emily V. | | 2.40 | 163.00 | 391.20 |
| | Totals | 16.00 | | 4,317.10 |

| | | **Total amount of this bill** | | **40.81** |
|---|---|---|---|---|

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank
███████████████████████████

March 6, 2018

Invoice #              111537
In Reference To:   Adam, Dino (2) (WF2016024960)
Client Number:    93000-BR2050

For Services Rendered Through February 28, 2018

| | | | Hours | Amount |
|---|---|---|---|---|
| **Professional Services** | | | | |
| 02/05/2018 | MTF | Review order denying remand motion (.10) and email correspondence regarding order denying remand motion (.10). A104 - Review/analyze L210 - Pleadings | 0.20 | No Charge |
| 02/05/2018 | GWU | Drafted (.9) and reviewed and revised (.2) summary of procedural history to date. A103 - Draft/revise L150 - Budgeting | 1.10 | No Charge |
| 02/05/2018 | GWU | Closely reviewed Court's order denying Motion to Remand and Granting Motion to Dismiss. A104 - Review/analyze L210 - Pleadings | 0.40 | No Charge |
| 02/05/2018 | GWU | Emailed client ███████████████████████ ███████ A106 - Communicate (with client) L210 - Pleadings | 0.20 | No Charge |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                 Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 02/05/2018 | GWU | Reviewed procedural history to draft summary.<br>A104 - Review/analyze<br>L150 - Budgeting | 0.30 | No Charge |
| 02/12/2018 | GWU | Exchanged emails ███████████████████<br>██████<br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.20 | No Charge |
| 02/16/2018 | GWU | Updated client ████████████████████<br>██████████████.<br>A106 - Communicate (with client)<br>L210 - Pleadings | 0.10 | 28.90 |
| 02/26/2018 | GWU | Reviewed order granting motion to dismiss (.3) and reviewed Second Amended Complaint on whether the Court identified defects were corrected (.5).<br>A104 - Review/analyze<br>L210 - Pleadings | 0.80 | 231.20 |
| 02/27/2018 | GWU | Updated monthly case list.<br>A103 - Draft/revise<br>L120 - Analysis/Strategy | 0.10 | 28.90 |

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **3.40** | **289.00** |
| MTF Discount |  | -43.35 |

### Additional Charges

|  |  |  | Amount |
|---|---|---|---|
| 02/05/2018 | 1/31/2018 | Golden State Overnight Services of Amended Joint Rule Report to Judge Josephine L. Staton at USDC, Santa Ana, CA on 01/19/18.  Shipment #539156254.  Invoice #3552699. | 21.81 |
|  | E108 - Postage |  |  |

|  | Amount |
|---|---|
| **Total Costs** | **21.81** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Flewelling, Mark T. | 0.20 | 0.00 | No Charge |
| Wu, Yaw-Jiun | 2.20 | 0.00 | No Charge |
| Wu, Yaw-Jiun | 1.00 | 289.00 | 289.00 |
| Totals | 3.40 |  | 289.00 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                                 Page 3

**Total amount of this bill**                                                    **267.46**

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

# AFRCT, LLP

### ATTORNEYS

301 N. Lake Avenue | Suite 1100 | Pasadena | CA | 91101-4158
Tel: 626.535.1900 | Fax: 626.577.7764
www.afrct.com
Fed Tax ID: ███████

Wells Fargo Bank

██████████████████████

April 6, 2018

| | |
|---|---|
| Invoice # | 112307 |
| In Reference To: | Adam, Dino (2) (WF2016024960) |
| Client Number: | 93000-BR2050 |

For Services Rendered Through April 10, 2018

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 03/02/2018 | GWU | Email and telephone call with opposing counsel to meet and confer on Motion to Dismiss the Second Amended Complaint. | 0.20 | 57.80 |
| | | A107 - Communicate (other outside counsel) | | |
| | | L230 - Court Mandated Conferences | | |
| 03/02/2018 | GWU | Legal research for 125% principal aggregate cases for Motion to Dismiss. | 0.50 | 144.50 |
| | | A102 - Research | | |
| | | L210 - Pleadings | | |
| 03/07/2018 | GWU | Reviewed bankruptcy filings by plaintiffs and amended schedules for admissions regarding loan balance and portion of principal in 3 bankruptcy cases (1.3), closely analyzed attached exhibits and focused Exhibit C to First Amended Complaint and calculated difference on loan balance (.5). Analyzed allegations in UCL cause of action and formulated initial arguments for Motion to Dismiss (.3). | 2.10 | 606.90 |
| | | A104 - Review/analyze | | |
| | | L210 - Pleadings | | |
| 03/07/2018 | GWU | Drafted introduction section to Motion to Dismiss the Second Amended | 0.50 | 144.50 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                               Page 2

|            |     |                                                                                                                                                                                                                                                                                                                                               | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | Complaint (.3), revised grounds to dismiss UCL cause of action (.2).<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                                                                  |           |            |
| 03/07/2018 | GWU | Legal research on 125% cases (.2), reviewed Judan, Diamos and Nadaf cases (.3), closely reviewed Velasquez case (.2).<br>A102 - Research<br>L210 - Pleadings                                                                                                                                                                                       | 0.70      | 202.30     |
| 03/08/2018 | GWU | Drafted Motion to Dismiss fact section and grounds to dismiss to add new facts for new arguments (1.5), legal argument for fraud and negligent misrepresentation (1.3), no duty to modify and Deschaine, no actionable reliance (.8). UCL cause of action, Iqbal and conclusory allegations contradicted by NOD (.8), breach of contract, November 22, 2014 letter and Velasequez case (1.2).<br>A103 - Draft/revise<br>L210 - Pleadings | 5.60      | 1,618.40   |
| 03/08/2018 | GWU | Emails ███████████████████████████████████ e.<br>A106 - Communicate (with client)<br>L210 - Pleadings                                                                                                                                                                                                                                           | 0.20      | 57.80      |
| 03/08/2018 | VLH | Analyze arguments for Motion to Dismiss.<br>A104 - Review/analyze<br>L210 - Pleadings                                                                                                                                                                                                                                                            | 0.20      | 54.60      |
| 03/09/2018 | GWU | Reviewed, revised and finalized Motion to Dismiss and Request for Judicial Notice and deleted unnecessary exhibit.<br>A103 - Draft/revise<br>L210 - Pleadings                                                                                                                                                                                     | 1.30      | 375.70     |
| 03/16/2018 | GWU | Telephone call with plaintiff's counsel regarding Joint Rule 26(f) report and due date, exchanged emails with plaintiff's counsel regarding the same.<br>A107 - Communicate (other outside counsel)<br>L210 - Pleadings                                                                                                                           | 0.20      | 57.80      |
| 03/19/2018 | GWU | Office conference and email exchanges with Emily Martinez ████████<br>████████████████████████<br>A105 - Communicate (in firm)<br>L210 - Pleadings                                                                                                                                                                                                | 0.30      | 86.70      |
| 03/19/2018 | GWU | Reviewed Opposition and formulated initial arguments for Reply.<br>A104 - Review/analyze<br>L210 - Pleadings                                                                                                                                                                                                                                     | 0.40      | 115.60     |
| 03/19/2018 | EVM | Review file in preparation for drafting Joint Rule 26f Report.                                                                                                                                                                                                                                                                                   | 0.30      | 48.90      |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 87

**AFRCT**

Client Number: 93000-BR2050

Page 3

| | | | Hours | Amount |
|---|---|---|---|---|
| | | A103 - Draft/revise<br>L210 - Pleadings | | |
| 03/19/2018 | EVM | Initial draft of Second Amended Rule 26f report.<br>A103 - Draft/revise<br>L210 - Pleadings | 1.20 | 195.60 |
| 03/20/2018 | GWU | Revised draft Joint Rule 26(f) report.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.40 | 115.60 |
| 03/20/2018 | GWU | Email to plaintiff's counsel with draft Joint Rule 26(f) report and note re Court's scheduling chart.<br>A107 - Communicate (other outside counsel)<br>L210 - Pleadings | 0.10 | 28.90 |
| 03/20/2018 | EVM | Revise Exhibit A to Joint Scheduling Report.<br>A103 - Draft/revise<br>L210 - Pleadings | 0.50 | 81.50 |
| 03/23/2018 | GWU | Reply - drafted intro (.2), section on fraud and negligent summarized MTD arguments (.6), allegations omitted by the Opposition (.4), UCL claim summary of argument (.4), Opposition's discussion re unlawful (.5), no facts to support unfair as held by the Court (.4), breach of contract claim summary of argument (.4), plaintiffs' argument re performance (.5), plaintiffs' damages theory (.6), no argument on Deed of Trust language (.2). reviewed and revised Reply as a whole (.8).<br>A103 - Draft/revise<br>L210 - Pleadings | 5.00 | 1,445.00 |
| 03/23/2018 | GWU | Legal research regarding definition of detrimental reliance and preclusion of contract damages if there is no legal right.<br>A102 - Research<br>L210 - Pleadings | 1.00 | 289.00 |
| 03/27/2018 | GWU | Updated client ██████████████████████<br>A106 - Communicate (with client)<br>L120 - Analysis/Strategy | 0.10 | 28.90 |
| 03/28/2018 | GWU | Office conference with Fred J. Hickman regarding upcoming hearing on Motion to Dismiss and Scheduling Conference.<br>A105 - Communicate (in firm)<br>L450 - Trial and Hearing Attendance | 0.10 | 28.90 |
| 04/04/2018 | EVM | Initial draft index to Motion to Dismiss Second Amended Complaint pleadings and Joint Scheduling Report for attorney review and use at hearing. | 0.40 | 65.20 |

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050

Page 4

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| | | A103 - Draft/revise | | | |
| | | L210 - Pleadings | | | |
| 04/05/2018 | GWU | Reviewed Order granting Motion to Dismiss Second Amended Complaint. | | 0.30 | 86.70 |
| | | A104 - Review/analyze | | | |
| | | L210 - Pleadings | | | |
| 04/05/2018 | GWU | Email to clients ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆ | | 0.20 | 57.80 |
| | | A106 - Communicate (with client) | | | |
| | | L120 - Analysis/Strategy | | | |
| 04/05/2018 | GWU | Legal research on deadline to file motion for attorney's fees under FRCP and local rules. | | 0.30 | 86.70 |
| | | A102 - Research | | | |
| | | L460 - Post-Trial Motions and Submissions | | | |
| 04/05/2018 | GWU | Analyzed need for motion for attorney's fees as leverage against appeal. | | 0.20 | 57.80 |
| | | A105 - Communicate (in firm) | | | |
| | | L120 - Analysis/Strategy | | | |

| | | **For professional services rendered** | **22.30** | **6,139.10** |
|---|---|---|---|---|

| | **Additional Charges** | | | |
|---|---|---|---|---|

| | | | **Amount** |
|---|---|---|---|
| 03/23/2018 | 3/15/2018 | Golden State Overnight Services of Defendant's Notice of Motion to Dismiss Second Amended Complaint; Proposed Order Granting Wells Fargo's Motion to Dismiss Second Amended Complaint; Request for Judicial Notice in Support of Wells Fargo Bank's Motion to Dismiss Second Amended Complaint to Judge Josephine Staton at US District Court, Santa Ana, CA on 03/09/18. Tracking #539755494. Invoice #3585363. | 38.12 |
| | E108 - Postage | | |

| | **Total Costs** | **38.12** |
|---|---|---|

| **Timekeeper Summary** | | | |
|---|---|---|---|
| **Name** | **Hours** | **Rate** | **Amount** |
| Wu, Yaw-Jiun | 19.70 | 289.00 | 5,693.30 |
| Heard, Viddell Lee | 0.20 | 273.00 | 54.60 |
| Martinez, Emily V. | 2.40 | 163.00 | 391.20 |
| Totals | 22.30 | | 6,139.10 |

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

**AFRCT**

Client Number: 93000-BR2050                                                                 Page 5

**Total amount of this bill**                                      **6,177.22**

---

Services rendered are due and payable upon receipt. Please make check payable to AFRCT LLP.
Please allow for the possibility that some out of pocket costs are not yet posted and may be billed on a subsequent invoice.

EXHIBIT B TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 90

EXHIBIT C

WORLD SAVINGS BANK, FSB

# ADJUSTABLE RATE MORTGAGE NOTE

## PICK-A-PAYMENT LOAN

### CERTIFICATES OF DEPOSIT INDEX

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, MY MONTHLY PAYMENT AND MY UNPAID PRINCIPAL BALANCE. MY MONTHLY PAYMENT INCREASES, MY INTEREST RATE INCREASES AND MY PRINCIPAL BALANCE INCREASES ARE LIMITED. THIS NOTE IS SECURED BY A SECURITY INSTRUMENT OF THE SAME DATE.**

LOAN NUMBER: ▮▮▮▮5722          DATE:   MAY 26, 2004

BORROWER(S):  LUKE DANIEL ADAM, AN UNMARRIED MAN, AND CHANDRA MARIE ADAM, AN UNMARRIED WOMAN

sometimes called "Borrower" and sometimes simply called "I" or "me."

PROPERTY ADDRESS:   5505 PASEO JOAQUIN
YORBA LINDA, CA  92886

1.  BORROWER'S PROMISE TO PAY
In return for a loan that I have received, I promise to pay U.S. **$502,000.00 * * * *** called "Principal," plus interest, to the order of the Lender. The Lender is **WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK * * * * * * * * * * * * * * *  ITS SUCCESSORS AND/OR ASSIGNEES**, or anyone to whom this Note is transferred.

2.  INTEREST
(A)  Interest Rate
Interest will be charged on unpaid Principal until the full amount of Principal has been paid. I will pay interest at the yearly rate of **4.335% * * * ***. The interest rate I will pay may change as described in this Section 2. Interest will be charged on the basis of a twelve month year and a thirty day month.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 7(B) of this Note.

(B)  Interest Change Dates
The interest rate I will pay may change on the **15TH** day of **JULY, 2004 * * *** and on the same day every month thereafter. Each date on which my interest rate could change is called an "Interest Change Date." The new rate of interest will become effective on each Interest Change Date.

(C)  Interest Rate Limit
My lifetime maximum interest rate limit is **11.950%, *** called "Lifetime Rate Cap."

SD253A (11.01.03/1-03) A21A          ADJUSTABLE NOTE          CA          LENDER'S USE ONLY
Page 1

*001*

EXHIBIT C TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 91

5722

**(D)   Index**

Beginning with the first Interest Change Date, my interest rate will be based on an "Index". The Index is the average of the last twelve calendar months' most recently published monthly yields on 3-month certificates of deposit (secondary market) as published by the Federal Reserve Board. Lender will calculate the average by adding the twelve most recently published yields together and dividing the result by twelve. Lender will round the result of this division to the nearest one-thousand of one percentage point (0.001%) by using the following convention: if the value of the 10,000th place is five or greater, the value of the 1,000th place will round up; if the value of the 10,000th place is less than five, the 1,000th place will not change. The most recent Index figure available on each Interest Change Date is called the "Current Index". For purposes of determining the Index, "published" means first made available to the public by the Federal Reserve Board.

**(E)   Calculation of Interest Rate Changes**

Lender will calculate my new interest rate by adding **3.250** * percentage points, called the "Margin," to the Current Index. Subject to the limit stated in Section 2(C) above, the result of this calculation will be my new interest rate until the next Interest Change Date.

If Lender fails to utilize the entire interest rate increase to which it is entitled under this Note on any Interest Change Date by failing to add all or part of the allowable Margin to the Current Index, then Lender may add any such allowable Margin to the Current Index on any future Interest Change Date. Lender may not, at a later date, "carryover" or add interest to which it is not entitled under this Note on any Interest Change Date.

**(F)   Alternative Index**

The Lender may choose an alternative index to be the Index if the Index is no longer available. For purposes of this Section 2(F), the Index is not "available" if: (a) the Index is for any reason no longer published; or (b) the Lender, in its sole discretion, determines that the Index is calculated in a substantially different manner or based on substantially different information than at the time the Index became applicable to this Note; or (c) applicable laws or regulations prevent the Lender from using the Index to calculate interest under this Note. The selection of the alternative index shall be at Lender's sole discretion. The alternative index may be a national or regional index or another type of index approved by the Lender's primary regulator. The Lender will give me notice of the alternative index.

**3. PAYMENTS**

**(A)   Time and Place of Payments**

I will pay Principal and interest by making payments every month.

I will make my monthly payments on the **15TH** day of each month beginning on **JULY 15, 2004.** * * * I will make these payments every month until I have paid (i) all the Principal and interest; and (ii) any other charges described below that I may owe under this Note; and (iii) any charges that may be due under the Security Instrument. If, on **JUNE 15, 2034** * * *, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **1901 HARRISON STREET, OAKLAND, CALIFORNIA 94612** * * * * * * * * * * * * * * * * * or at a different place if required by notice from the Lender.

**(B)   Amount of My Initial Monthly Payments**

Each of my initial monthly payments will be in the amount of U.S. **$1,842.97.** * * This amount will change as described in Sections 3(C) and 3(D) below. My initial monthly payment amount was selected by me from a range of initial payment amounts approved by Lender and may not be sufficient to pay the entire amount of interest accruing on the unpaid Principal balance.

**(C)   Payment Change Dates**

My monthly payment will change as required by Section 3(D) below beginning on the **15TH** * * day of **JULY, 2005** * * * and on that day every **12TH** month thereafter. Each of these dates is called a "Payment Change Date." My monthly payment will also change at any time Section 3(F) or 3(G) below requires me to pay a different amount.

I will pay the amount of my new monthly payment each month beginning on each Payment Change Date and as provided in Section 3(F) or 3(G) below.

**(D)   Calculation of Payment Changes**

Subject to Sections 3(F) and 3(G), on the Payment Change Date my monthly payment may be changed to an amount sufficient to pay the unpaid principal balance, including any deferred interest as described in Section 3(E) below, by the Maturity Date. However, the amount by which my payment can be increased will not be more than 7-1/2% of the then existing Principal and interest payment. This 7-1/2% limitation is called the "Payment Cap." The Lender will peform this Payment Change calculation at least 60 but not more than 90 days before the Payment Change Date.

CA         CODI

EXHIBIT C TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 92

**(E)   Deferred Interest; Additions to My Unpaid Principal**

From time to time, my monthly payments may be insufficient to pay the total amount of monthly interest that is due. If this occurs, the amount of interest that is not paid each month, called "Deferred Interest," will be added to my Principal and will accrue interest at the same rate as the Principal.

**(F)   Limit on My Unpaid Principal; Increased Monthly Payment**

My unpaid principal balance can never exceed **125% * *** of the Principal I originally borrowed, called "Principal Balance Cap." If, as a result of the addition of deferred interest to my unpaid principal balance, the Principal Balance Cap limitation would be exceeded on the date that my monthly payment is due, I will instead pay a new monthly payment. Notwithstanding Sections 3(C) and 3(D) above, I will pay a new monthly payment which is equal to an amount that will be sufficient to repay my then unpaid principal balance in full on the Maturity Date at the interest rate then in effect, in substantially equal payments.

**(G)   Payment Cap Limitation; Exceptions**

Beginning with the **10TH** Payment Change Date and every 5th Payment Change Date thereafter, my monthly payment will be calculated as described in Section 3(D) above except that the Payment Cap limitation will not apply. Additionally, the Payment Cap limitation will not apply on the final Payment Change Date.

**(H)   Notice of Payment Changes**

The Lender will deliver or mail to me a notice of any changes in the amount of my monthly payment, called "Payment Change Notice," before each Payment Change Date. The Payment Change Notice will include information required by law.

## 4.  FAILURE TO MAKE ADJUSTMENTS

If for any reason Lender fails to make an adjustment to the interest rate or payment amount as described in this Note, regardless of any notice requirement, I agree that Lender may, upon discovery of such failure, then make the adjustments as if they had been made on time. I also agree not to hold Lender responsible for any damages to me which may result from Lender's failure to make the adjustment and to let the Lender, at its option, apply any excess monies which I may have paid to partial prepayment of unpaid Principal.

## 5.  BORROWER'S RIGHT TO PREPAY

I HAVE THE RIGHT TO MAKE PAYMENTS OF PRINCIPAL AT ANY TIME BEFORE THEY ARE DUE.  A PAYMENT OF PRINCIPAL BEFORE IT IS DUE IS CALLED A "PREPAYMENT".  WHEN I MAKE A PREPAYMENT, I WILL TELL THE LENDER IN WRITING THAT I AM DOING SO.   THE LENDER MAY REQUIRE THAT ANY PARTIAL PREPAYMENTS BE MADE ON THE DATE MY REGULARLY SCHEDULED PAYMENTS ARE DUE.  IF I MAKE A PARTIAL PREPAYMENT, THERE WILL BE NO CHANGES IN THE DUE DATES OR AMOUNT OF MY REGULARLY SCHEDULED PAYMENTS UNLESS THE LENDER AGREES TO THOSE CHANGES IN WRITING.  I MAY PAY DEFERRED INTEREST ON THIS NOTE AT ANY TIME WITHOUT CHARGE AND SUCH PAYMENT WILL NOT BE CONSIDERED A "PREPAYMENT" OF PRINCIPAL.   DURING THE FIRST 3 YEARS OF THE LOAN TERM IF I MAKE ONE OR MORE PREPAYMENTS THAT, IN THE AGGREGATE, EXCEED $5,000 IN ANY CALENDAR MONTH, I MUST PAY A PREPAYMENT CHARGE EQUAL TO 2% OF THE AMOUNT SUCH PREPAYMENTS EXCEED $5,000 IN THAT CALENDAR MONTH. AFTER THE FIRST 3 YEARS OF THE LOAN TERM, I MAY MAKE A FULL OR PARTIAL PREPAYMENT WITHOUT PAYING ANY PREPAYMENT CHARGE. * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## 6.  MAXIMUM LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. The Lender may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 7.  BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charges for Overdue Payments**

If the Lender has not received the full amount of any monthly payment by the end of **15** calendar days after the date it is due, I will pay a late charge to the Lender. The amount of the charge will be **5% *** of my overdue payment of Principal and interest. I will pay this late charge promptly but only once on each late payment.

EXHIBIT C TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 93

**(B)   Default**
I will be in default if (i) I do not pay the full amount of each monthly payment on the date it is due; or (ii) I fail to perform any of my promises or agreements under this Note or the Security Instrument; or (iii) any statement made in my application for this loan was materially false or misleading or if any statement in my application for this loan was materially false or misleading by reason of my omission of certain facts; or (iv) I have made any other statement to Lender in connection with this loan that is materially false or misleading.

**(C)   Notice of Default**
If I am in default, the Lender may send me a written notice, called "Notice of Default," telling me that if I do not pay the overdue amount by a certain date, the Lender may require me to pay immediately the amount of Principal which has not been paid and all the interest that I owe on that amount, plus any other amounts due under the Security Instrument.

**(D)   No Waiver by Lender**
Even if, at a time when I am in default, the Lender does not require me to pay immediately in full as described above, the Lender will still have the right to do so if I am in default at a later time.

**(E)   Payment of Lender's Costs and Expenses**
The Lender will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses may include, for example, reasonable attorneys' fees and court costs.

**8.   GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me or any Borrower at **5505 PASEO JOAQUIN, YORBA LINDA, CA  92886,** * * * * * * * * * * * * * or at a single alternative address if I give the Lender notice of my alternative address. I may give notice to Lender of a change in my address in writing or by calling Lender's customer service telephone number provided on my billing statement. I may designate only one mailing address at a time for notification purposes.

Except as permitted above for changes of address, any notice that must be given to the Lender under this Note will be given by mailing it by first class mail to the Lender at the address stated in Section 3(A) above or at a different address if I am given a notice of that diferent address.

**9.   OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who takes over these obligations is also obligated to keep all of the promises made in this Note. The Lender may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**10.   WAIVERS**
I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Lender to demand payment of amounts due. "Notice of Dishonor" means the right to require the Lender to give notice to other persons that amounts due have not been paid.

**11.   SECURED NOTE – ACCELERATION**
In addition to the protections given to the Lender under this Note, the Security Instrument dated the same date as this Note gives the Lender security against which it may proceed if I do not keep the promises which I made in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note and includes the following Paragraph **26:**

**AGREEMENTS ABOUT LENDER'S RIGHTS IF THE PROPERTY IS SOLD OR TRANSFERRED**

**Acceleration of Payment of Sums Secured.** Lender may, at its option, require immediate payment in full of all Sums Secured by this Security Instrument if all or any part of the Property, or if any right in the Property, is sold or transferred without Lender's prior written permission. Lender also may, at its option, require immediate payment in full if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred without Lender's prior written permission. However, Lender shall not require immediate payment in full if this is prohibited by Federal Law in effect on the date of the Security Instrument.

If Lender exercises the option to require immediate payment in full, Lender will give me notice of acceleration. If I fail to pay all Sums Secured by this Security Instrument immediately, Lender may then or thereafter invoke any remedies permitted by this Security Instrument without further notice to or demand on me.

CA

**Exception to Acceleration of Payment of Sums Secured.** If the sale or transfer of all or any part of the Property, or of a beneficial interest in Borrower, if Borrower is not a natural Person, is the first one to occur after the date of this Security Instrument, Lender will not exercise the option to accelerate payment in full of all Sums Secured and the loan may be assumed if:

     (i)    Lender receives a completed written application from transferee to evaluate the creditworthiness of transferee as if a new loan were being made to the transferee by Lender;

     (ii)    Lender approves the creditworthiness of the transferee in writing;

     (iii)    transferee makes a cash downpayment sufficient to meet Lender's then current underwriting standards;

     (iv)    an assumption fee, in an amount to be determined by Lender (but not to exceed 1% of the balance of principal and interest due under the Secured Notes at the time of sale or transfer of the Property or of the interest in the Borrower) is paid to Lender; and

     (v)    the transferee executes an assumption agreement which is satisfactory to Lender.

The loan may be assumed under its then existing terms and conditions with one exception; the Lifetime Rate Cap may be changed. The Lifetime Rate Cap shall be changed to an interest rate which is the sum of the interest rate in effect on the date of a sale or transfer of the Property or beneficial interest in Borrower plus 5 percentage points, if that sum exceeds the Lifetime Rate Cap stated in the Secured Notes.

## 12. GOVERNING LAW; SEVERABILITY

**This Note shall be governed by and construed under federal law and federal rules and regulations including those for federally chartered savings institutions, called "Federal Law."** In the event that any of the terms or provisions of this Note are interpreted or construed by a court of competent jurisdiction to be void, invalid or unenforceable, such decision shall affect only those provisions so construed or interpreted and shall not affect the remaining provisions of this Note.

## 13. CLERICAL ERRORS

In the event the Lender at any time discovers that this Note or the Security Instrument or any other document related to this loan, called collectively the "Loan Documents," contains an error which was caused by a clerical mistake, calculation error, computer error, printing error or similar error, I agree, upon notice from the Lender, to reexecute any Loan Documents that are necessary to correct any such error(s) and I also agree that I will not hold the Lender responsible for any damage to me which may result from any such error.

## 14. LOST, STOLEN OR MUTILATED DOCUMENTS

If any of the Loan Documents are lost, stolen, mutilated or destroyed and the Lender delivers to me an indemnification in my favor, signed by the Lender, then I will sign and deliver to the Lender a Loan Document identical in form and content which will have the effect of the original for all purposes.

<strong>THIS SPACE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS.</strong>

EXHIBIT C TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 95

# SIGNATURE PAGE

NOTICE TO BORROWER(S):

BY SIGNING THIS NOTE YOU AGREE TO PAY A PREPAYMENT CHARGE IN CERTAIN CIRCUMSTANCES.  PLEASE CAREFULLY READ THIS ENTIRE NOTE (INCLUDING THE PREPAYMENT PROVISION) BEFORE YOU SIGN IT.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

(PLEASE SIGN YOUR NAME EXACTLY AS IT APPEARS BELOW)

BORROWER(S):

_____ (Seal)
LUKE DANIEL ADAM

_____ (Seal)
CHANDRA MARIE ADAM

_____ (Seal)

_____ (Seal)

_____ (Seal)

_____ (Seal)

EXHIBIT C TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 96

PAY TO THE ORDER OF
THE BANK OF NEW YORK

WORLD SAVINGS BANK
A FEDERAL SAVINGS BANK

BY: _____
NAME:  MIKE RODRIGUEZ
TITLE:  ASSISTANT CUSTODIAN
OF RECORDS

WITHOUT RECOURSE
PAY TO THE ORDER OF

Wells Fargo Bank, N.A., successor by merger to
Wachovia Mortgage, FSB, formerly known as
World Savings Bank, FSB

By: _____
Angela Deanna Lacsamana-Keller
Vice President Loan Documentation

EXHIBIT D

First American Title Co.
Escrow # 1408638 - 2232268

RECORDING REQUESTED BY:
WORLD SAVINGS BANK

WHEN RECORDED MAIL TO:
WORLD SAVINGS
FINAL DOCUMENTATION
CLOSING DEPARTMENT
P.O. BOX 659548
SAN ANTONIO, TX 78265-9548

LOAN NUMBER:   0025315722

NOTE AMOUNT:   $502,000.00

2232268

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

81.00

2004000508404 04:28pm 06/04/04

216 92 D11 26
0.00 0.00 0.00 0.00 75.00 0.00 0.00 0.00

FOR RECORDER'S USE ONLY

### DEED OF TRUST

THIS IS A FIRST DEED OF TRUST WHICH SECURES A NOTE WHICH CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, FREQUENCY AND AMOUNT OF PAYMENTS AND PRINCIPAL BALANCE (INCLUDING FUTURE ADVANCES AND DEFERRED INTEREST). AT LENDER'S OPTION THE SECURED NOTE MAY BE RENEWED OR RENEGOTIATED.

THE MAXIMUM AGGREGATE PRINCIPAL BALANCE SECURED BY THIS DEED OF TRUST IS   $627,500.00 WHICH IS  125% OF THE ORIGINAL PRINCIPAL NOTE AMOUNT.

I.   DEFINITIONS OF WORDS USED IN THIS DEED OF TRUST
    (A)   Security Instrument. This Deed of Trust, which is dated MAY 26, 2004" * " * * * " will be called the "Security Instrument."

    (B)   Borrower. LUKE DANIEL ADAM, AN UNMARRIED MAN, AND CHANDRA MARIE ADAM, AN UNMARRIED WOMAN

sometimes will be called "Borrower" and sometimes simply "I" or "me."

    (C)   Lender. WORLD SAVINGS BANK, FSB, * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * " ITS SUCCESSORS AND/OR ASSIGNEES, will be called "Lender." Lender is  A FEDERAL SAVINGS BANK * * * * * * * * * * *  which is organized and exists under the laws of the United States. Lender's address is 1901 HARRISON STREET, OAKLAND, CALIFORNIA  94612.

SD001A (03.22.02/4-02) A01A                Page 1                    CA
                                 DEED OF TRUST-ADJUSTABLE

* 003 *

LENDER'S USE ONLY

0025315722

**(D)   Note.** The note signed by Borrower and having the same date as this Security Instrument, including all extensions, renewals, substitutions and modifications thereof, will be called the "Note." The Note shows that I owe Lender the original principal amount of U.S. **$502,000.00 * *** ("Note Amount"), plus accrued and deferred interest and such other amounts as stated in the Note. I have promised to pay this debt in monthly payments and to pay the debt in full by **JUNE 15, 2034.**

**(E)   Property.** The property that is described below in Section III entitled "Description of the Property" will be called the "Property."

**(F)   Sums Secured.** The amounts described below in Section II entitled "Borrower's Transfer of Rights in the Property" sometimes will be called the "Sums Secured."

**(G)   Person.** Any person, organization, governmental authority or other party will be called "Person."

**(H)   Trustor, Beneficiary, Trustee.** Borrower is the "Trustor," Lender is the "Beneficiary" and **GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION * * * * * *** is the "Trustee.

## II.   BORROWER'S TRANSFER OF RIGHTS IN THE PROPERTY

I irrevocably grant and convey the Property to the Trustee, in trust for Lender, with a power of sale subject to the terms of this Security Instrument. This means that, by signing this Security Instrument, I am giving Lender and Trustee those rights that are stated in this Security Instrument and also those rights that the law gives to lenders who are beneficiaries of a deed of trust and to trustees of a deed of trust. I am giving Lender and Trustee these rights to protect Lender from possible losses that might result if I fail to:

(i)   pay all amounts owed to Lender under the Note and all other notes secured by this Security Instrument, called the "Secured Notes," including future advances made by Lender and any changes to the Secured Notes made with the written consent of Lender;

(ii)   pay, with interest, any amounts that Lender spends under Paragraphs 2 and 7 below to protect the value of the Property and Lender's rights in the Property; and

(iii)   keep all of my other promises and agreements under this Security Instrument, the Secured Notes and any changes to the Secured Notes made with the written consent of Lender.

## III.   DESCRIPTION OF THE PROPERTY

I give Trustee rights in the Property described below:

(i)   The property which is located at **5505 PASEO JOAQUIN, YORBA LINDA, CA 92886. * * * * * * * * * * * * * * * * * * * * *** The legal description of the Property is attached as Exhibit "A" which is made a part of this Security Instrument. This Property is called the "Described Property."

(ii)   All buildings and other improvements that are located on the Described Property;

SD001B1 (03.22.02/4-02) A01B          DEED OF TRUST-ADJUSTABLE                CA
DEFERRED INTEREST                          Page 2

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 99

0025315722

    (iii)   All rights in other property that I have as owner of the Described Property. These rights are known as easements, rights and appurtenances attached to the Property;

    (iv)   All rents or royalties and other income from the Described Property;

    (v)   All mineral, oil and gas rights and profits, water rights and stock that are part of the Described Property;

    (vi)   All rights that I have in the land which lies in the streets or roads in front of, behind or next to, the Described Property;

    (vii)   All fixtures that are now or in the future will be on the Described Property or on the property described in subsection (ii) of this Section;

    (viii)   All of the rights and property described in subsections (ii) through (vii) of this Section that I acquire in the future;

    (ix)   All replacements of or additions to the property described in subsections (ii) through (viii) of this Section; and

    (x)   All of the amounts that I pay to Lender under Paragraph 2 below.

**IV.**   **BORROWER'S RIGHT TO GRANT A SECURITY INTEREST IN THE PROPERTY AND BORROWER'S OBLIGATION TO DEFEND OWNERSHIP OF THE PROPERTY**
    I promise that: (i) I lawfully own the Property; (ii) I have the right to grant and convey the Property to Trustee; and (iii) there are no outstanding claims, charges, liens or encumbrances against the Property, except for those which are of public record.

    I give a general warranty of title to Lender. This means that I will be fully responsible for any losses which Lender suffers because someone other than myself and the Trustee has some of the rights in the Property which I promise that I have. I promise that I will defend my ownership of the Property against any claims of such rights.

COVENANTS

I promise and I agree with Lender as follows:

**1.**   **BORROWER'S PROMISE TO PAY**
    I will pay to Lender, on time, all principal and interest due under the Secured Notes and any prepayment and late charges due under the Secured Notes.

**2.**   **PAYMENTS FOR TAXES AND INSURANCE**
   **(A)**  **Borrower's Obligations**
    I will pay all amounts necessary to pay taxes and hazard insurance premiums on the Property as well as assessments, leasehold payments, ground rents or mortgage insurance premiums (if any).

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 100

0025315722

**(B)    Escrow Accounts**

Subject to applicable law, no escrow shall be required except upon written demand by Lender, in which case, I shall pay to Lender on the day payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes, penalties and assessments which may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; and (e) yearly mortgage insurance premiums, if any. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for an escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. § 2601 et seq. ("RESPA"), unless another law that applies to the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not charge me for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays me interest on the Funds and/or applicable law permits Lender to make such a charge. However, Lender may require me to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay me any interest or earnings on the Funds. Lender shall give to me, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for all sums secured by this Security Instrument.

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to me for the excess Funds in accordance with the requirements of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify me in writing, and, in such case I shall pay to Lender the amount necessary to make up the deficiency or shortage. I shall make up the deficiency or shortage in accordance with the requirements of the Lender, at its sole discretion, in the manner and times prescribed by RESPA.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to me any Funds held by Lender. If, under Paragraph 28, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument.

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 101

0025315722

**3.    APPLICATION OF BORROWER'S PAYMENTS**

Unless the law requires otherwise, Lender will apply each of my payments under the Secured Notes and under Paragraphs 1 and 2 above in the following order and for the following purposes:

First, to pay prepayment charges due under the Secured Notes;

Second, to pay any advances due to Lender under this Security Instrument;

Third, to pay the amounts due to Lender under Paragraph 2 above;

Fourth, to pay interest due under the Secured Notes;

Fifth, to pay deferred interest due under the Secured Notes;

Sixth, to pay principal due under the Secured Notes;

Last, to pay late charges due under the Secured Notes.

**4.    BORROWER'S OBLIGATION TO PAY CHARGES, ASSESSMENTS AND CLAIMS**

I will pay all taxes, assessments and any other charges and fines that may be imposed on the Property and that may be superior to this Security Instrument.

I will also make payments due under my lease if I am a tenant on the Property and I will pay ground rents (if any) due on the Property. I will pay these amounts either by making the payments to Lender that are described in Paragraph 2 above or by making the payments on time to the Person owed them.

Any claim, demand or charge that is made against property because an obligation has not been fulfilled is known as a **lien.** I will promptly pay or satisfy all liens against the Property that may be superior to this Security Instrument. However, this Security Instrument does not require me to satisfy a superior lien if: (A) I agree, in writing, to pay the obligation which gave rise to the superior lien and Lender approves in writing the way in which I agree to pay that obligation; or (B) in good faith, I argue or defend against the superior lien in a lawsuit so that, during the lawsuit, the superior lien may not be enforced and no part of the Property must be given up; or (C) I secure from the holder of that other lien an agreement, approved in writing by Lender, that the lien of this Security Instrument is superior to the lien held by that Person. If Lender determines that any part of the Property is subject to a superior lien, Lender may give me a notice identifying the superior lien. I will pay or satisfy the superior lien or take one or more of the actions set forth above within 10 days of the giving of notice.

**5.    BORROWER'S OBLIGATION TO MAINTAIN INSURANCE**

At my sole cost and expense, I will obtain and maintain hazard insurance to cover all buildings and other improvements that now are or in the future will be located on the Property. The insurance must cover loss or damage caused by fire, hazards normally covered

SD001E (03.22.02/4-02) A01F                      DEED OF TRUST-ADJUSTABLE                       CA
Page 5

EXHIBIT D TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 102

0025315722

by "extended coverage" hazard insurance policies and other hazards for which Lender requires coverage. The insurance must be in the amounts and for the periods of time required by Lender. I may choose the insurance company but my choice is subject to Lender's approval. Lender may not refuse to approve my choice unless the refusal is reasonable. All of these insurance policies and renewals of the policies must include what is known as a **Standard Mortgagee Clause** to protect Lender. The form of all policies and renewals must be acceptable to Lender. Lender will have the right to hold the policies and renewals. If Lender requires, I will promptly give Lender all receipts of paid premiums and renewal notices that I receive.

If I obtain earthquake insurance, any other hazard insurance, credit life and/or disability insurance, or any other insurance on or relating to the Property or the Secured Notes and which are not specifically required by Lender, I will name Lender as loss payee of any proceeds.

If there is a loss or damage to the Property, I will promptly notify the proper insurance company and Lender. If I do not promptly prove to the insurance company that the loss or damage occurred, then Lender may do so.

The amount paid by the insurance company is called "Proceeds." Any Proceeds received will be applied first to reimburse Lender for costs and expenses incurred in connection with obtaining the Proceeds, and then, at Lender's option and in the order and proportion as Lender may determine in its sole and absolute discretion, regardless of any impairment or lack of impairment of security, as follows: (A) to the extent allowed by applicable law, to the Sums Secured in a manner that Lender determines and/or (B) to the payment of costs and expenses of necessary repairs or to the restoration of the Property to a condition satisfactory to Lender, such application to be made in the manner and at the times as determined by Lender.

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that the insurance company has offered to settle a claim, Lender may collect the Proceeds. Lender may use the Proceeds to repair or restore the Property or to pay the Sums Secured. The 30-day period will begin when the notice is given.

If any Proceeds are used to reduce the amount of principal which I owe to Lender under the Secured Notes, that use will not delay the due date or change the amount of any of my monthly payments under the Secured Notes and under Paragraphs 1 and 2 above. However, Lender and I may agree in writing to delays or changes.

If Lender acquires the Property under Paragraph 28 below, all of my rights in the insurance policies will belong to Lender. Also, all of my rights in any proceeds which are paid because of damage that occurred before the Property is acquired by Lender or sold will belong to Lender. However, Lender's rights in those proceeds will not be greater than the Sums Secured immediately before the Property is acquired by Lender or sold.

If I am required by Lender to pay premiums for mortgage insurance, I will pay the premiums until the requirement for mortgage insurance ends according to my written agreement with Lender or according to law.

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 103

0025315722

**6.   BORROWER'S OBLIGATION TO MAINTAIN THE PROPERTY AND TO FULFILL ANY LEASE OBLIGATIONS**

I will keep the Property in good repair including, but not limited to, keeping the Property free from debris, mold, termites, dry rot and other damaging pests and infestations. I will not destroy or substantially change the Property and I will not allow the Property to deteriorate. I will keep and maintain the Property in compliance with any state or federal health and safety laws, and hazardous materials and hazardous waste laws. I will not use, generate, manufacture or store any hazardous materials or hazardous waste on, under or about the Property. I will indemnify, defend and hold harmless Lender and its employees, officers and directors and their successors from any claims, damages or costs for required or necessary repair or the removal of mold, termites, dry rot, other damaging pests and infestations and hazardous waste or any other hazardous materials claim. If I do not own but am a tenant on the Property, I will fulfill my obligations under my lease. I also agree that, if I acquire the fee title to the Property, my lease interest and the fee title will not merge unless Lender agrees to the merger in writing.

**7.   LENDER'S RIGHT TO PROTECT ITS RIGHTS IN THE PROPERTY**

If: (A) I do not keep my promises and agreements made in this Security Instrument, or (B) someone, including me, begins a legal proceeding that may significantly affect Lender's rights in the Property (such as a legal proceeding in bankruptcy, in probate, for condemnation or to enforce laws or regulations), then Lender may do and pay for whatever it deems reasonable or appropriate to protect the Lender's rights in the Property. Lender's actions may, without limitation, include appearing in court, paying reasonable attorneys' fees, purchasing insurance required under Section 5, above (such insurance may cost more and provide less coverage than the insurance I might purchase), and entering on the Property to make repairs. Lender must give me notice before Lender may take any of these actions. Although Lender may take action under this Paragraph 7, Lender does not have to do so. Any action taken by Lender under this Paragraph 7, will not release me from my obligations under this Security Instrument.

I will pay to Lender any amounts which Lender advances under this Paragraph 7 with interest, at the interest rate in effect under the Secured Notes which have not been paid. I will pay those amounts to Lender when Lender sends me a notice requesting that I do so. Interest on each amount will begin to accrue on the date that the amount is advanced by Lender. However, Lender and I may agree in writing to terms that are different from those in this Paragraph 7. This Security Instrument will protect Lender in case I do not keep this promise to pay those amounts with interest.

**8.   LENDER'S RIGHT TO INSPECT THE PROPERTY**

Lender, and others authorized by Lender, may enter upon and inspect the Property. They must do so in a reasonable manner and at reasonable times. Before or at the time an inspection is made, Lender must give me notice stating a reasonable purpose for the inspection.

**9.   AGREEMENTS ABOUT GOVERNMENTAL TAKING OF THE PROPERTY**

I assign to Lender all my rights: (A) to proceeds of all awards or claims for damages resulting from condemnation, eminent domain or other governmental taking of all or any part of the Property; and (B) to proceeds from a sale of all or any part of the Property that is made to avoid condemnation, eminent domain or other government taking of the property. All of those proceeds will be paid to Lender.

If all of the Property is taken, the proceeds will be used to reduce the Sums Secured. If any of the proceeds remain after the amount that I owe to Lender has been paid in full, the remaining proceeds will be paid to me. Unless Lender and I agree otherwise in writing, if

SD001G (03.22.02/4-02) A01H
REV. (08.01.03/1-03)

DEED OF TRUST-ADJUSTABLE
Page 7

CA

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 104

0025315722

only a part of the Property is taken, the amount that I owe to Lender will be reduced only by the amount of proceeds multiplied by the following fraction: (A) the total amount of the Sums Secured immediately before the taking, divided by (B) the fair market value of the Property immediately before the taking. The remainder of the proceeds will be paid to me.

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that a governmental authority has offered to make a payment or to settle a claim for damages, Lender has the authority to collect the proceeds. Lender may then use the proceeds to repair or restore the Property or to reduce the Sums Secured. The 30-day period will begin when the notice is given.

If any proceeds are used to reduce the amount of principal which I owe to Lender under the Secured Notes, that use will not delay the due date or change the amount of any of my monthly payments under the Secured Notes and under Paragraphs 1 and 2 above. However, Lender and I may agree in writing to delays or changes.

**10.   CONTINUATION OF BORROWER'S OBLIGATIONS AND OF LENDER'S RIGHTS**
**(A)   Borrower's Obligations**
Lender may allow a Person who takes over my rights and obligations subject to this Security Instrument to delay or to change the amount of the monthly payments of principal and interest due under the Secured Notes or under this Security Instrument. Even if Lender does this, however, that Person and I will both still be fully obligated under the Secured Notes and under this Security Instrument.

Lender may allow those delays or changes for a Person who takes over my rights and obligations, even if Lender is requested not to do so. Lender will not be required to bring a lawsuit against such a Person for not fulfilling obligations under the Secured Notes or under this Security Instrument, even if Lender is requested to do so.

**(B)   Lender's Rights**
Even if Lender does not exercise or enforce any of its rights under this Security Instrument or under the law, Lender will still have all of those rights and may exercise and enforce them in the future. Even if Lender obtains insurance, pays taxes, or pays other claims, charges or liens against the Property, Lender will have the right under Paragraph 28 below to demand that I make immediate payment in full of the amounts that I owe to Lender under the Secured Notes and under this Security Instrument.

**11.   OBLIGATIONS OF BORROWER, CO-SIGNORS AND OF PERSONS TAKING OVER BORROWER'S RIGHTS OR OBLIGATIONS**
Except as provided below, if more than one Person signs this Security Instrument as Borrower, each of us is fully obligated to keep all of Borrower's promises and obligations contained in this Security Instrument. Lender may enforce Lender's rights under this Security Instrument against each of us individually or against all of us together. This means that any one of us may be required to pay all of the Sums Secured.

Any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signor"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signor's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signor's consent.

Any Person who takes over my rights or obligations under this Security Instrument will have all of my rights and will be obligated to keep all of my promises and agreements made

EXHIBIT D TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 105

0025315722

in this Security Instrument. Similarly, any Person who takes over Lender's rights or obligations under this Security Instrument will have all of Lender's rights and will be obligated to keep all of Lender's agreements made in this Security Instrument.

**12. MAXIMUM LOAN CHARGES**

If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed permitted limits, then: (A) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limits and (B) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Secured Notes or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Secured Notes.

**13. LEGISLATION AFFECTING LENDER'S RIGHTS**

If a change in applicable law would make any provision of the Secured Notes or this Security Instrument unenforceable, Lender may require that I make immediate payment in full of all Sums Secured by this Security Instrument.

**14. NOTICES REQUIRED UNDER THIS SECURITY INSTRUMENT**

Any notice that must be given to me under this Security Instrument will be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice will be addressed to me at 5505 PASEO JOAQUIN, YORBA LINDA, CA 92886. * * * * * * * * * * * * * * * * * * * * * * * * * * * A notice will be given to me at an alternative address if I give Lender notice of my alternative address. I may give notice to Lender of my alternative address in writing or by calling Lender's customer service telephone number provided on my billing statement. I may designate only one mailing address at a time for notification purposes. Except as permitted above for changes of address, any notice that must be given to Lender under this Security Instrument will be given by mailing it by first class mail to Lender's address stated in Section I.(C) above entitled, "Definitions of Words Used In This Deed of Trust," unless Lender gives me notice of a different address. Any notice required by this Security Instrument is given when it is mailed or when it is delivered according to the requirements of this Paragraph 14 or of applicable law.

**15. GOVERNING LAW; SEVERABILITY**

**This Security Instrument and the Secured Notes shall be governed by and construed under federal law and federal rules and regulations, including those for federally chartered savings institutions, ("Federal Law") and, to the extent Federal Law does not apply, by the law of the jurisdiction in which the Property is located.** In the event that any of the terms or provisions of this Security Instrument or the Secured Notes are interpreted or construed by a court of competent jurisdiction to be void, invalid or unenforceable, such decision shall affect only those provisions so construed or interpreted and shall not affect the remaining provisions of this Security Instrument or the Secured Notes.

**16. BORROWER'S COPY**

I acknowledge the receipt of one conformed copy of the Secured Notes and of this Security Instrument.

**17. LENDER'S RIGHTS TO RENTAL PAYMENTS AND TO TAKE POSSESSION OF THE PROPERTY**

If Lender requires immediate payment in full or if I abandon the Property, then Lender, Persons authorized by Lender, or a receiver appointed by a court at Lender's request may: (A) collect the rental payments, including overdue rental payments, directly from the tenants; (B), enter upon and take possession of the Property; (C) manage the Property; and (D) sign, cancel and change rental agreements and leases. If Lender notifies the tenants that Lender has the right to collect rental payments directly from them under this Paragraph 17, I agree that the

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 106

0025315722

tenants may make those rental payments to Lender without having to ask (i) Lender whether I have failed to keep my promises and agreements under this Security Instrument, or (ii) me for my permission to do so.

If Lender acts to have the Property sold after a Breach of Duty as defined in Paragraph 28, I understand and agree that: (A) my right to occupy the Property ceases at the time the Property is sold; (B) I shall have no right to occupy the Property after such sale without the written consent of the new owner of the Property; and (C) my wrongful and unlawful possession of the Property may subject me to monetary damages, including the loss of reasonable rent and the cost of eviction. All rental payments collected by Lender or by a receiver, other than the rent paid by me under this Paragraph 17, will be used first to pay the costs of collecting rental payments and of managing the Property. If any part of the rental payments remains after those costs have been paid in full, the remaining part will be used to reduce the Sums Secured. The costs of managing the Property may include the receiver's fees, reasonable attorneys' fees and the costs of any necessary bonds.

**18.   INJURY TO PROPERTY; ASSIGNMENT OF RIGHTS**
An **assignment** is a transfer of rights to another. I may have rights to bring legal action against persons, other than Lender, for injury or damage to the Property or in connection with the loan made to me by Lender and which arose or will arise before or after the date of this Security Instrument. These rights to bring legal action may include an action for breach of contract, fraud, concealment of a material fact or for intentional or negligent acts. I assign these rights, and any proceeds arising from these rights, as permitted by applicable law, to Lender. Lender may, at its option, enforce these rights in its own name and may apply any proceeds resulting from this assignment to any amount that I may owe to Lender under the Note and this Security Instrument after deducting any expenses, including attorneys' fees, incurred in enforcing these rights. At the request of Lender, I will sign any further assignments or other documents that may be necessary to enforce this assignment.

**19.   CLERICAL ERRORS**
In the event Lender at any time discovers that this Security Instrument, the Secured Notes or any other document related to this loan, called collectively the "Loan Documents," contains an error which was caused by a clerical mistake, calculation error, computer error, printing error or similar error, I agree, upon notice from Lender, to reexecute any Loan Documents that are necessary to correct any such error(s) and I also agree that I will not hold Lender responsible for any damage to me which may result from any such error.

**20.   LOST, STOLEN OR MUTILATED DOCUMENTS**
If any of the Loan Documents are lost, stolen, mutilated or destroyed and Lender delivers to me an indemnification in my favor, signed by Lender, then I will sign and deliver to Lender a Loan Document identical in form and content which will have the effect of the original for all purposes.

**21.   WAIVER OF STATUTE OF LIMITATIONS**
I will waive, within applicable law, the pleading of the statute of limitations as a defense to enforce this Security Instrument, including any obligations referred to in this Security Instrument or Secured Notes.

**22.   CAPTIONS**
The captions and headings at the beginning of each paragraph of this Security Instrument are for reference only and will not be used in the interpretation of any provision of this Security Instrument.

**23.   MODIFICATION**
This Security Instrument may be modified or amended only by an agreement in writing signed by Borrower and Lender.

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 107

0025315722

**24.** **CONDOMINIUM, COOPERATIVE AND PLANNED UNIT DEVELOPMENT OBLIGATIONS**

If the Property is a unit in a condominium, cooperative or planned unit development, each of which shall be called the "Project," and I have an interest in the common elements of the Project, then Lender and I agree that:

**(A)** If an owners association or other entity, called "Owners Association," holds title to Property for the benefit or use of the Project and its members or shareholders, the Property also includes my interest in the Owners Association and the uses, proceeds and benefits of my interest.

**(B)** The following are called the "Constituent Documents:" (i) The declaration or any other document which created the Project; (ii) By-laws of the Owners Association; (iii) Code of regulations for the Project; (iv) Articles of incorporation, trust instrument or equivalent document which creates the Owners Association; (v) The Project's covenants, conditions and restrictions; (vi) Other equivalent documents.

I shall perform all of my obligations under the Constituent Documents, including my obligation to pay, when due, all dues and assessments. If I do not pay the dues and assessments when due, Lender may, at its option, pay them. I will pay to Lender any amounts which Lender advances under this Paragraph 24 according to the terms described in Paragraph 7 above.

**(C)** If the Owners Association maintains, with an insurance company reasonably acceptable to Lender, a **master** or **blanket** policy on the Project which is satisfactory to Lender and which provides insurance coverage on the terms, in the amounts, for the periods, and against the hazards Lender requires, including fire and hazards included within the term "extended coverage," and Lender is provided with evidence of such **master** or **blanket** policy, then: (i) Lender waives the provision in Paragraph 2(B) above for the monthly payment to Lender of the estimated yearly premium installments for hazard insurance on the Property; and (ii) hazard insurance coverage on the Property as required by Paragraph 5 above is deemed to be satisfied to the extent that the required coverage is provided by the Owners Association policy. I shall give Lender prompt notice of any lapse in the required hazard insurance coverage. I shall provide a copy of such **master** or **blanket** policy to Lender annually.

In the event of a distribution of any hazard insurance proceeds, including without limitation any earthquake or special hazards insurance whether or not such coverage was required by Lender, in lieu of restoration or repair following a loss to the Property, whether to the unit or to common elements, any proceeds payable to me are hereby assigned and shall be paid to Lender for application to the Sums Secured by this Security Instrument, with any excess paid to me.

I shall take such actions as may be reasonable to insure that the Owners Association maintains a public liability insurance policy acceptable to Lender in form, amount and extent of coverage.

**(D)** I shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to: (i) the abandonment or termination of the Project, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of condemnation, eminent domain or other governmental taking; (ii) any amendment to any provision of Constituent Documents unless the provision is for the express benefit of Lender or of lenders generally; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the **master** or **blanket** hazard insurance policy and/or the public liability insurance coverage maintained by the Owners Association unacceptable to Lender.

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 108

0025315722

**25.    FUTURE ADVANCES**

At Borrower's request, Lender, at its option (but before release of this Security Instrument or the full reconveyance of the Property described in the Security Instrument) may lend future advances, with interest, to Borrower. Such future advances, with interest, will then be additional Sums Secured under this Security Instrument.

**26.    AGREEMENTS ABOUT LENDER'S RIGHTS IF THE PROPERTY IS SOLD OR TRANSFERRED**

**Acceleration of Payment of Sums Secured.** Lender may, at its option, require immediate payment in full of all Sums Secured by this Security Instrument if all or any part of the Property, or if any right in the Property, is sold or transferred without Lender's prior written permission. Lender also may, at its option, require immediate payment in full if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred without Lender's prior written permission. However, Lender shall not require immediate payment in full if this is prohibited by Federal Law in effect on the date of the Security Instrument.

If Lender exercises the option to require immediate payment in full, Lender will give me notice of acceleration. If I fail to pay all Sums Secured by this Security Instrument immediately, Lender may then or thereafter invoke any remedies permitted by this Security Instrument without further notice to or demand on me.

**Exception to Acceleration of Payment of Sums Secured.** If the sale or transfer of all or any part of the Property, or of a beneficial interest in Borrower, if Borrower is not a natural Person, is the first one to occur after the date of this Security Instrument, Lender will not exercise the option to accelerate payment in full of all Sums Secured and the loan may be assumed if:

(i)     Lender receives a completed written application from transferee to evaluate the creditworthiness of transferee as if a new loan were being made to the transferee by Lender;

(ii)    Lender approves the creditworthiness of the transferee in writing;

(iii)   transferee makes a cash downpayment sufficient to meet Lender's then current underwriting standards;

(iv)    an assumption fee, in an amount to be determined by Lender (but not to exceed 1% of the balance of Principal and interest due under the Secured Notes at the time of sale or transfer of the Property or of the interest in the Borrower) is paid to Lender; and

(v)     the transferee executes an assumption agreement which is satisfactory to Lender.

The loan may be assumed under its then existing terms and conditions with one exception; the Lifetime Rate Cap may be changed. The Lifetime Rate Cap shall be changed to an interest rate which is the sum of the interest rate in effect on the date of a sale or transfer of the Property or beneficial interest in Borrower plus 5 percentage points, if that sum exceeds the Lifetime Rate Cap stated in the Secured Notes.

**27.    SUBSTITUTION OF TRUSTEE**

I agree that Lender may at any time appoint a successor trustee and that Person shall become the Trustee under this Security Instrument as if originally named as Trustee.

EXHIBIT D TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 109

0025315722

**28.  RIGHTS OF THE LENDER IF THERE IS A BREACH OF DUTY**

It will be called a "Breach of Duty" if (i) I do not pay the full amount of each monthly payment on the date it is due; or (ii) I fail to perform any of my promises or agreements under the Note or this Security Instrument; or (iii) any statement made in my application for this loan was materially false or misleading or if any statement in my application for this loan was materially false or misleading by reason of my omission of certain facts; or (iv) I have made any other statement to Lender in connection with this loan that is materially false or misleading. If there is a Breach of Duty by me, Lender may demand an immediate payment of all sums secured.

If there is a Breach of Duty by me, Lender may take action to have the Property sold under any applicable law.

Lender does not have to give me notice of a Breach of Duty. If Lender does not make a demand for full payment upon a Breach of Duty, Lender may make a demand for full payment upon any other Breach of Duty.

If there is a Breach of Duty, Lender may also take action to have a receiver appointed to collect rents from any tenants on the Property and to manage the Property. The action to appoint a receiver may be taken without prior notice to me and regardless of the value of the Property.

The sale of the Property may be postponed by or at the direction of Lender. If the Property is sold, I agree that it may be sold in one parcel. I also agree that Lender may add to the amount that I owe to Lender all legal fees, costs, allowances, and disbursements incurred as a result of the action to sell the Property.

Lender will apply the proceeds from the sale of the Property in the following order: (A) to all fees, expenses and costs incurred in connection with the sale, including trustees' and attorneys' fees, if any; (B) to all Sums Secured by this Security Instrument; and (C) any excess to the Person or Persons legally entitled to it.

**29.  RECONVEYANCE**

Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to Borrower. Lender may charge Borrower a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (including the Trustee) for services rendered and the charging of the fee is permitted, whether expressly or by lack of express prohibition, under applicable law. If the fee charged does not exceed any maximum fee set by applicable law, the fee is conclusively presumed to be reasonable.

**30.  STATEMENT OF OBLIGATION**

Lender may collect a fee of $60.00, or such greater maximum amount as may from time to time be allowed by law, for furnishing any statement of obligation with respect to this Security Instrument or the Secured Notes.

EXHIBIT D TO WU DECL. ISO MOTION
FOR AN AWARD OF ATTORNEYS' FEES
PAGE 110

0025315722

**31.    ( X )  QUICK QUALIFYING LOAN PROGRAM**

I have qualified ·for this loan by making statements of fact which were relied upon by Lender to approve the loan rapidly. This loan is called a "Quick Qualifying Loan." I have stated and I confirm that: (A) I do not have any other Quick Qualifying Loans with Lender; (B) I have agreed to not further encumber the Property and do not intend to further encumber the Property for at least six months after the date of the Secured Notes and this Security Instrument; and (C) If I am purchasing the Property, all of the terms of the purchase agreement submitted to Lender are true and the entire down payment is cash from my own funds.

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate and margin subject to the Lifetime Rate Cap stated in the Secured Notes.

**32.    ( X )  OWNER OCCUPANCY**

Lender has relied upon statements of fact which I have made to qualify for this loan. I have stated and confirm that:    (A) the Property is my personal and primary residence; (B) I will occupy the Property not later than 30 days after this Security Instrument is recorded; and (C) I will use the Property as my residence for at least 12 months from the date this Security Instrument is recorded.

If any of the statements of fact that I have made are materially false or misleading, I will be in default under the Secured Notes and this Security Instrument. If I am in such default, Lender may, at its option, increase the interest rate and margin, subject to the Lifetime Rate Cap stated in the Secured Notes.

**( X )  VALUE INDICATES THAT THE PARAGRAPH APPLIES.**

**THIS SPACE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS.**

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 111

0025315722

**BY SIGNING BELOW,** I accept and agree to the promises and agreements contained in this Security Instrument and in any rider(s) signed by me and recorded in proper official records.

### (PLEASE SIGN YOUR NAME EXACTLY AS IT APPEARS BELOW)

BORROWER(S):

_____ (Seal)
LUKE DANIEL ADAM

_____ (Seal)
CHANDRA MARIE ADAM

_____ (Seal)

_____ (Seal)

_____ (Seal)

_____ (Seal)

ATTACH INDIVIDUAL   NOTARY ACKNOWLEDGEMENT

A "MODIFICATION TO NOTE AND RIDER TO SECURITY INSTRUMENT" IS ATTACHED HERETO AND RECORDED HEREWITH.

SD001Q1 (03.22.02/4-02) A01P                    DEED OF TRUST-ADJUSTABLE                    CA
                                                         PAGE 15 OF 15

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 112

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

File No: 4106-1408638 **(MV)**
APN No:

STATE OF **California** )SS
COUNTY OF *Orange* )

On *May 28, 2004* before me, *Danita Littles* personally appeared
**LUKE DANIEL ADAM AND CHANDRA MARIE ADAM**
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _David Littles_

DANITA LITTLES
Commission # 1285333
Notary Public - California
Riverside County
My Comm. Expires Nov 24, 2004

This area for official notarial seal.

## OPTIONAL SECTION
### CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the documents.

[X] INDIVIDUAL
[ ] CORPORATE OFFICER(S)   TITLE(S)
[ ] PARTNER(S)   [ ] LIMITED   [ ] GENERAL
[ ] ATTORNEY-IN-FACT
[ ] TRUSTEE(S)
[ ] GUARDIAN/CONSERVATOR
[ ] OTHER

SIGNER IS REPRESENTING:

_____   _____
**Name of Person or Entity**        Name of Person or Entity

## OPTIONAL SECTION

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

### THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW

TITLE OR TYPE OF DOCUMENT: _____

NUMBER OF PAGES _____   DATE OF DOCUMENT _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

Reproduced by First American Title Insurance 1/2001

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA )SS
COUNTY OF Orange )

On May 28, 2004 before me, Danita Littles
personally appeared Luis Daniel Adam and Chandra Marie Adam
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature Danita Littles

> DANITA LITTLES
> Commission # 1285333
> Notary Public - California
> Riverside County
> My Comm. Expires Nov 24, 2004

This area for official notarial seal.

---

### OPTIONAL SECTION
### CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

[  ] INDIVIDUAL

[  ] CORPORATE OFFICER(S) _____ TITLE(S)

[  ] PARTNER(S) - [  ] LIMITED    [  ] GENERAL

[  ] ATTORNEY-IN-FACT

[  ] TRUSTEE(S)

[  ] GUARDIAN/CONSERVATOR

[  ] OTHER _____

**SIGNER IS REPRESENTING:**

_____      _____
Name of Person or Entity                      Name of Person or Entity

---

### OPTIONAL SECTION

Though the date requested here is not required by law, it could prevent fraudulent reattachment of this form.

### THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW

TITLE OR TYPE OF DOCUMENT:_____

NUMBER OF PAGES_____ DATE OF DOCUMENT_____

SIGNER(S) OTHER THAN NAMED ABOVE_____

ORDER NO: 2232268
REFERENCE NO: ADAMS
ESCROW OFFICER: MELINDA VELASCO
ESCROW NO: 1408638

## DESCRIPTION

THE LAND REFERRED TO IN THIS DESCRIPTION SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, CITY OF YORBA LINDA, AND IS DESCRIBED AS FOLLOWS:

LOT 56 OF TRACT NO. 9717, AS SHOWN ON A MAP THEREOF RECORDED IN BOOK 415 PAGES 36, 37 AND 38, MISCELLANEOUS MAPS, RECORDS OF SAID ORANGE COUNTY.

EXCEPTING THEREFROM ALL OIL, PETROLEUM, ASPHALTUM, GAS AND OTHER HYDROCARBON SUBSTANCES IN OR UNDER SAID LAND WITHOUT ANY RIGHT OF ENTRY ONTO THE SURFACE THEREOF OF THE UPPER 500 FEET MEASURED AT RIGHT ANGLES TO THE SURFACE OF SAID LAND, AS RESERVED IN DEED FROM GERALDINE E. ROTH, RECORDED SEPTEMBER 16, 1977, IN BOOK 12380, PAGE 980, OFFICIAL RECORDS.

349-531-23

PAGE 4

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 115

WORLD SAVINGS BANK, FSB

# E X H I B I T "A"
## LEGAL DESCRIPTION

LOAN NO.      0025315722

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF  ORANGE
STATE OF   CALIFORNIA * * * * * , DESCRIBED AS FOLLOWS:

TAPE ONLY THE LEGAL DESCRIPTION TO THIS PAGE.

GF430A1 (02.15.01/1-01) R30A
REV. (07.15.01/2-01)

CA

# RIDER TO SECURITY INSTRUMENT
## AND MODIFICATION TO NOTE
### Fixed Rate Option Feature

DATE: MAY 26, 2004          LOAN NUMBER:  0025315722

FOR VALUE RECEIVED, the undersigned (the "Borrower") agrees that the following provisions shall be incorporated into the Note and Security Instrument of even date herewith which were executed by the Borrower. The Security Instrument was executed by the Borrower and creates a lien in favor of WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK, * * * * * * * * * * * * * ITS SUCCESSORS AND/OR ASSIGNEES ("Lender").

This Rider to Security Instrument and Modification to Note ("Rider and Modification") is attached to the Security Instrument. To the extent that the provisions of this Rider and Modification are inconsistent with the provisions of the Note and the Security Instrument, the provisions of this Rider and Modification shall prevail and shall supersede any such inconsistent provisions in the Note and the Security Instrument. Except to the extent modified by this Rider and Modification and other rider(s) and modification(s), if any, the provisions of the Note and the Security Instrument shall remain in full force and effect. Any capitalized term not defined in this Rider and Modification shall have the meaning given to such term in the Note or the Security Instrument.

SD443A (02.14.03/1-03) N13A          Page 1          CA

*005*

LENDER'S USE ONLY

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 117

0025315722

**A.      Conversion Option; Conversion Period**

The Borrower has the right to convert the adjustable rate of interest under the Note to a fixed rate of interest (the "Conversion Option") at any time beginning on the day that is the first anniversary of the Borrower's first regularly scheduled payment due date under the Note and continuing until the day immediately prior to the seventh anniversary of the Borrower's first regularly scheduled payment due date under the Note (the "Conversion Period"). Unless exercised by the Borrower during the Conversion Period, the Conversion Option will expire and the adjustable interest rate provisions in the Note will remain in full force and effect. Once the Borrower exercises the Conversion Option, the Note cannot later be converted back to an adjustable interest rate.

If the Borrower's loan is payable in biweekly installments, and if the Borrower exercises the Conversion Option, the Borrower's payment schedule under the Note will automatically convert to monthly installments and the loan will be due in full on the non-accelerated Maturity Date stated in the Note.

**B.      Conditions to Exercising the Conversion Option**

The Borrower can exercise the Conversion Option only if the Borrower has: (i) made all of the payments due under the Note and the Security Instrument prior to the exercise of the Conversion Option; (ii) made no more than two (2) payments under the Note more than 15 days after their regularly scheduled due dates during the 12-month period immediately preceding the exercise of the Conversion Option; and (iii) met all other terms and conditions of the Note and the Security Instrument.

**C.      Calculating the Fixed Rate**

The fixed rate of interest that will apply upon the exercise of the Conversion Option (the "Conversion Rate") will be calculated by adding 1.000 percentage points to the then current Federal National Mortgage Association's required net yield for 30-year fixed rate mortgages covered by applicable 60-day mandatory delivery commitments [ expressed as a percentage ] (the "FNMA Rate"). This calculation will be made at the time and in the manner described in paragraph D of this Modification and Rider. Any periodic interest rate change limitation in the Note will not apply to the fixed rate conversion, but in no event will the Conversion Rate be higher than the lifetime interest rate cap set forth in the Note.

The Borrower understands that the FNMA Rate fluctuates and that the fixed rates available during the Conversion Period may be substantially higher than the fixed rate available at the time the Borrower's loan is made. In the event the FNMA Rate is no longer quoted, the Lender will select an alternative rate source.

SD443B1 (02.14.03/1-03) N13B                          Page 2                          CA

**0025315722**

*The Borrower may ask for the then current FNMA Rate by calling the Lender's fixed rate conversion representatives at the toll-free customer service number given on the Borrower's monthly statement.*

**D.       Exercising the Conversion Option**

To exercise the Conversion Option, the Borrower will take and complete the following steps **before** the end of the Conversion Period.

### 1. Lock-in the Fixed Conversion Rate

The Borrower will first obtain a Conversion Rate from the Lender by calling the Lender's fixed rate conversion representatives at the toll-free customer service number given on the Borrower's most recent monthly statement. The Lender will calculate the Conversion Rate as of that day, using the last quoted FNMA Rate from the immediately preceding business day. The Conversion Rate will be binding on the Borrower and the Lender for fourteen **(14)** days (the "Exercise Period") following the Borrower's telephone confirmation of the desire to exercise the Conversion Option.

### 2. Notice to Convert; Conversion Fee

After the Borrower obtains the Conversion Rate in the manner set forth above, the Lender will furnish the Borrower with a written notice to convert (the "Conversion Notice"). The Borrower will sign the Conversion Notice and return it to the Lender along with a conversion fee of U.S.      **$200.00** * * * * (the "Fee"). **Notwithstanding any notice provision to the contrary in the Note or the Security Instrument, the Conversion Option will be exercised only if the Conversion Notice and Fee are actually received at World Savings, Attn: Customer Service Administration, 4101 Wiseman Boulevard, Bldg. 106, San Antonio, Texas 78251, or at such other address as designated by the Lender in the Conversion Notice, prior to the end of the Exercise Period; otherwise, the Borrower must obtain a new Conversion Rate and start a new Exercise Period. The Borrower bears all risk of delivery, including, without limitation, the risks of non-delivery, misdelivery, loss or destruction.**

Notwithstanding anything to the contrary in this Rider and Modification, if the Borrower fails for any reason to exercise the Conversion Option in the manner described above after obtaining three (3) Conversion Rates and Exercise Periods, the Conversion Option will terminate and can no longer be exercised.

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 119

0025315722

**E.      New Monthly Payment Amount**
         The Lender will calculate the Borrower's new monthly principal and interest payment after receiving the signed Conversion Notice and Fee during the Conversion Period. The Borrower's new monthly payment will be an amount sufficient to pay, in substantially equal payments by the Maturity Date, the unpaid principal balance of the Note (including any Deferred Interest) plus interest charged at the Conversion Rate. The payment change limitations in the Note do not apply to the fixed rate conversion.

         If the Lender receives the Conversion Notice and Fee fifteen (15) days or more before the Borrower's next regularly scheduled payment due date, unpaid principal will accrue interest at the Conversion Rate beginning on the next regularly scheduled payment due date. If the Lender receives the Conversion Notice and Fee less than fifteen (15) days before the Borrower's next regularly scheduled payment due date, unpaid principal will accrue interest at the Conversion Rate beginning on the second following regularly scheduled payment due date. The date on which the Conversion Rate is first in effect is called the "Conversion Date." Interest will continue to accrue on unpaid principal in accordance with the adjustable interest rate provisions of the Note up to, but not including, the Conversion Date. The Borrower will continue to make monthly payments in accordance with the adjustable interest rate provisions of the Note through and including the payment that falls due on the Conversion Date. The Borrower's first fixed rate monthly payment will be due one month from the Conversion Date, and subsequent monthly payments will be due on the same day of each following month.

         *For example, if the Lender receives the Conversion Notice and fee on March 10, which is more than fifteen (15) days before the Borrower's next payment due April 1, the Conversion Rate will be charged beginning April 1 and the first fixed rate monthly payment will be due on May 1. The adjustable rate will be charged through March 31 and the Borrower pays the adjustable rate monthly payment due April 1. If the Conversion Notice and Fee were received March 20, which is less than 15 days before the Borrower's next payment due April 1, the Conversion Rate would be charged beginning on May 1 and the first fixed rate monthly payment would be due June 1. The adjustable rate would be charged through April 30 and the Borrower would pay the adjustable rate monthly payments due April 1 and May 1.*

EXHIBIT D TO WU DECL. ISO MOTION FOR AN AWARD OF ATTORNEYS' FEES PAGE 120

0025315722

**F.**     **Loan Not Assumable and Due-On-Sale After Conversion to a Fixed Rate**
          Notwithstanding any provision to the contrary contained in the Note or the Security Instrument, if the Borrower exercises the Conversion Option, the Borrower's loan may not be assumed by any other person. If the Borrower sells or transfers all or part of the Property after exercising the Conversion Option, then the Lender may, at any time, require the Borrower to pay immediately and in full all amounts owing under the Note and the Security Instrument. If the Borrower's loan is otherwise assumable, a person who assumes the loan secured by the Security Instrument prior to the exercise of the Conversion Option also assumes the Conversion Option on the terms and conditions set forth in this Rider and Modification.

**THIS SPACE INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS.**

SD443E (02.14.03/1-03) N13G                          Page 5                          CA

0025315722

**IN WITNESS WHEREOF**, the undersigned has executed this Rider and Modification on the _____ day of _____.

**(PLEASE SIGN YOUR NAME EXACTLY AS IT APPEARS BELOW)**

BORROWER(S):

_____ (Seal)
LUKE DANIEL ADAM

_____ (Seal)
CHANDRA MARIE ADAM

MAILING ADDRESS:  5505 PASEO JOAQUIN
                  YORBA LINDA, CA  92886

ATTACH INDIVIDUAL  NOTARY ACKNOWLEDGEMENT

SD443F1 (02.14.03/1-03) N13H          PAGE 6 OF 6                    CA

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

STATE OF **California** )SS

COUNTY OF _Orange_ )

File No: 4106-1408638 **(MV)**

APN No:

On _May 28, 2004_ before me, _Danita Littles_ personally appeared **LUKE DANIEL ADAM AND CHANDRA MARIE ADAM** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Danita Littles_

DANITA LITTLES
Commission # 1285333
Notary Public - California
Riverside County
My Comm. Expires Nov 24, 2004

This area for official notarial seal.

## OPTIONAL SECTION
### CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the documents.

[X] INDIVIDUAL

[ ] CORPORATE OFFICER(S)   TITLE(S)

[ ] PARTNER(S)   [ ] LIMITED   [ ] GENERAL

[ ] ATTORNEY-IN-FACT

[ ] TRUSTEE(S)

[ ] GUARDIAN/CONSERVATOR

[ ] OTHER

SIGNER IS REPRESENTING:

_____
**Name of Person or Entity**

_____
Name of Person or Entity

## OPTIONAL SECTION

Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

### THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW

TITLE OR TYPE OF DOCUMENT: _____

NUMBER OF PAGES _____   DATE OF DOCUMENT _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

Reproduced by First American Title Insurance 1/2001

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA  91101-4158

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF YAW-JIUN (GENE) WU IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR AN AWARD OF ATTORNEYS FEES**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**

| *Counsel for Plaintiffs:* | *Counsel for Defendant NBS Default Services, LLC:* |
|---|---|
| Patricia R. Rodriguez, Esq. RODRIGUEZ LAW GROUP, INC. 1492 W. Colorado Blvd, Suite 120 Pasadena, CA 91105 | Nabeel Zuberi, Esq. BUCKLEY MADOLE, P.C. 301 E. Ocean Drive, Suite 1720 Long Beach, CA  90802 |
| Tel: (626) 888-5206 Fax: (626) 282-0522 | Tel:  (562) 983-5363 Fax:  (562) 983-5363 |
| prod@attorneyprod.com | nabeel.zuberi@buckleymadole.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on April 19, 2018.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP