UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO ADAM, an individual; TRINA ADAM, an individual; LUKE ADAM, an individual; and CHANDRA ADAM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. dba WELLS FARGO HOME MORTGAGE, INC., a National Banking Association; NBS DEFAULT SERVICES, LLC, a Texas Limited Liability Company; DOES 1 through 15, inclusive,<br><br>Defendants. | CASE No.:  8:16-cv-01630-JLS (JCGx)<br><br>**JUDGMENT** |

# JUDGMENT

The Motion to Dismiss Plaintiffs' Second Amended Complaint of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and successor by merger with Wells Fargo Home Mortgage, Inc. ("Wells Fargo"), came on regularly for hearing before the Honorable Josephine L. Staton, on April 6, 2018. The Court, having read and considered the motion, the accompanying request for judicial, the opposition and reply papers, and for good cause appearing, granted the motion with prejudice. (Doc. 65.)

Accordingly, IT IS ORDERED AND ADJUDGED that the claims of plaintiffs Dino Adam, Chandra Adam, Luke Adam, and Trina Adam, are dismissed on the merits with prejudice.

DATED: July 02, 2018

THE HON. JOSEPHINE L. STATON
UNITED SATES DISTRICT JUDGE